**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Identify Yourself

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Allan**<br>First Name<br>**L.**<br>Middle Name<br>**Reagan**<br>Last Name | First Name<br>Middle Name<br>Last Name |
| | Bring your picture identification to your meeting with the trustee. | Suffix (Sr., Jr., II, III) | Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | First Name<br>Middle Name<br>Last Name | First Name<br>Middle Name<br>Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _9_ _8_ _5_ _3_<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9xx – xx – ____ ____ ____ ____ |
| 4. | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and doing business as names | ☒ I have not used any business names or EINs.<br>Business name<br>Business name<br>Business name | ☐ I have not used any business names or EINs.<br>Business name<br>Business name<br>Business name |

Debtor 1  **Allan L. Reagan**                                          Case number (if known) _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| ___ ___ – ___ ___ ___ ___ ___ ___ ___ | ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| EIN | EIN |
| ___ ___ – ___ ___ ___ ___ ___ ___ ___ | ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| EIN | EIN |

**5.  Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|

**585 River Run**
_____
Number     Street

_____

_____

**Leander          TX     78641**
City              State   ZIP Code
**Williamson**
_____
County

| Number     Street |
|---|
| |
| |
| City              State   ZIP Code |
| County |

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

**2000 S. IH-35, Suite Q11**
_____
Number     Street

_____
P.O. Box
**Round Rock      TX     78681-6942**
City              State   ZIP Code

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box
_____
City              State   ZIP Code

**6.  Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:  Tell the Court About Your Bankruptcy Case**

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:*  (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Allan L. Reagan**              Case number (if known) _____

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, |
| | | MM / DD / YYYY | if known |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, |
| | | MM / DD / YYYY | if known |

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

     ☐ No. Go to line 12.

     ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Allan L. Reagan**                                              Case number (if known) _____

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number    Street

_____
If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____   _____   _____
City                                State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:   Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ No
☑ Yes.  What is the hazard?
**In process of replacing two storage buildings for water well & equipment.**

If immediate attention is needed, why is it needed?
**Roof and walls for both buildings are failing due to rot; patching will no longer suffice.**

Where is the property? **585 River Run**
_____
Number    Street

_____

**Leander**                          **TX**   **78641**
City                                  State    ZIP Code

Debtor 1    **Allan L. Reagan** _____     Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
_You must check one:_

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
_You must check one:_

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Allan L. Reagan**                                              Case number (if known)  _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** **What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No.  Go to line 16b.
☐ Yes.  Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.
☑ Yes.  Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17.** **Are you filing under Chapter 7?**

☑ No.   I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18.** **How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** **How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Allan L. Reagan**        Case number (if known) _____

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Allan L. Reagan** _____      X _____
    Allan L. Reagan, Debtor 1                  Signature of Debtor 2

    Executed on **10/22/2020** _____       Executed on _____
            MM / DD / YYYY                     MM / DD / YYYY

Debtor 1    **Allan L. Reagan** _____    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X  **/s/ Mark C. Taylor** _____    Date  **10/22/2020**
Signature of Attorney for Debtor                                         MM / DD / YYYY

**Mark C. Taylor** _____
Printed name

**Waller Lansden Dortch & Davis, LLP** _____
Firm Name

**100 Congress Avenue, 18th Floor** _____
Number        Street

_____

_____

**Austin** _____    **TX**    **78701** _____
City                                                         State       ZIP Code

Contact phone  **(512) 685-6400** _____    Email address **mark.taylor@wallerlaw.com**

**19713225** _____    **TX** _____
Bar number                                  State

Official Form 101              **Voluntary Petition for Individuals Filing for Bankruptcy**              page 8

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Allan** | **L.** | **Reagan** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing)  First Name     Middle Name     Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  |  | Unsecured claim |
|---|---|---|

**1** | **Madison/East Towne LLC**
Creditor's name
**c/o CBL & Associates**
Number        Street
**2030 Hamilton Place Blvd.**

**Chattanooga        TN     37421-6000**
City                State      ZIP Code

Contact

Contact phone

| What is the nature of the claim? | **Guarantee** | $426,750.00 |

As of the date you file, the claim is:    Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security  – _____
        Unsecured claim:  _____

**2** | **Village @ La Orilla**
Creditor's name
**Attn: Philip Lindborg**
Number        Street
**12809 Donette Court N.E.**

**Albuquerque     NM    87112**
City              State     ZIP Code

Contact

Contact phone

| What is the nature of the claim? | **Guarantee** | $392,970.75 |

As of the date you file, the claim is:    Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security  – _____
        Unsecured claim:  _____

| Debtor 1 | **Allan L. Reagan** | | Case number (if known) | |
|---|---|---|---|---|

| | | | | Unsecured claim |
|---|---|---|---|---|

**3** | **Martin S. Headley**
Creditor's name
**1500 Knobb Hill Lane**
Number          Street

**Paoli**          **PA**    **19301**
City          State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?    Guarantee**          **$292,179.14**

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
                 Value of security —  _____
                 Unsecured claim: _____

---

**4** | **Comerica Bank**
Creditor's name
**Attn: J.B. Stueckler, AVP**
Number          Street
**300 W. Sixth St.**

**Austin**          **TX**    **78701**
City          State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?    Guarantee**          **$217,442.28**

**As of the date you file, the claim is:**    Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply
**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
                 Value of security —  _____
                 Unsecured claim: _____

---

**5** | **Ann E. Headley**
Creditor's name
**1500 Knobb Hill Lane**
Number          Street

**Paoli**          **PA**    **19301**
City          State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?    Guarantee**          **$210,062.64**

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
                 Value of security —  _____
                 Unsecured claim: _____

---

**6** | **Wyndham Franchisor LLC**
Creditor's name
**22 Sylvan Way**
Number          Street

**Parssipany**          **NJ**    **07054**
City          State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?    Franchise agreement**          **$199,437.44**

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
                 Value of security —  _____
                 Unsecured claim: _____

---

**7** | **Spain Family IX LLC**
Creditor's name
**c/o Patrick J. Spain**
Number          Street
**11809 Oak Branch Dr.**

**Austin**          **TX**    **78737**
City          State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?    Guarantee**          **$91,460.93**

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
                 Value of security —  _____
                 Unsecured claim: _____

Debtor 1  **Allan L. Reagan**                              Case number (if known) _____

| | | Unsecured claim |
|---|---|---|

**8** **Bennett Living Trust**
Creditor's name
**Attn: Michael Bennett**
Number  Street
**2321 Abbot Kinney Blvd.**

**Venice**          **CA**     **90291**
City              State   ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Guarantee**                    **$91,460.92**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured):   _____
                Value of security:         – _____
                Unsecured claim:           _____

---

**9** **Gary J. Neumayer**
Creditor's name
**2201 Berrywood Lane**
Number  Street

**Bloomington**      **IL**     **61704-2449**
City              State   ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Guarantee**                    **$36,569.57**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured):   _____
                Value of security:         – _____
                Unsecured claim:           _____

---

**10** **Headley Investments LP**
Creditor's name
**1500 Knobb Hill Lane**
Number  Street

**Paoli**            **PA**     **19301**
City              State   ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Guarantee**                    **$27,438.28**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured):   _____
                Value of security:         – _____
                Unsecured claim:           _____

---

**11** **Frances and Wayne Lee**
Creditor's name
**468 Jade Tree Lane**
Number  Street

**Monterey Park**    **CA**     **91754**
City              State   ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Guarantee**                    **$9,142.40**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured):   _____
                Value of security:         – _____
                Unsecured claim:           _____

---

**12** **Capital One Spark Visa for Business**
Creditor's name
**P.O. Box 30285**
Number  Street

**Salt Lake City**   **UT**     **84130-0285**
City              State   ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Credit Card**                  **$8,838.59**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured):   _____
                Value of security:         – _____
                Unsecured claim:           _____

Debtor 1    **Allan L. Reagan**                                                    Case number (if known) _____

| | | Unsecured claim |
|---|---|---|

**13** | **Chase Ink Card for Business** | What is the nature of the claim?    **Credit Card** | **$8,343.35**

Creditor's name
**P.O. Box 15298**
Number        Street

_____

**Wilmington        DE      19850-5298**
City                State    ZIP Code

Contact
_____

Contact phone

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
              Value of security          – _____
              Unsecured claim:              _____

---

**14** | **Ford Motor Credit Corp.** | What is the nature of the claim?    **Automobile loan** | **$5,782.63**

Creditor's name
**P.O. Box 105704**
Number        Street

_____

**Atlanta        GA      30348**
City                State    ZIP Code

Contact
_____

Contact phone

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
**Does the creditor have a lien on your property?**
☐ No
☑ Yes.  Total claim (secured and unsecured): **$60,782.63**
              Value of security          – **$55,000.00**
              Unsecured claim:              **$5,782.63**

---

**15** | **Comerica Bank** | What is the nature of the claim?    **Credit Card** | **$3,543.70**

Creditor's name
**Dept. #166901**
Number        Street
**P.O. Box 55000**

**Detroit        MI      48255-1669**
City                State    ZIP Code

Contact
_____

Contact phone

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
              Value of security          – _____
              Unsecured claim:              _____

---

**16** | **Citicard Aadvantage Mastercard** | What is the nature of the claim?    **Credit Card** | **$1,737.52**

Creditor's name
**Cardmember Services**
Number        Street
**P.O. Box 6062**

**Sioux Falls        SD      57117**
City                State    ZIP Code

Contact
_____

Contact phone

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
              Value of security          – _____
              Unsecured claim:              _____

---

**17** | **Discover Card** | What is the nature of the claim?    **Credit Card** | **$400.00**

Creditor's name
**Billing Inquiries**
Number        Street
**P.O. Box 30943**

**Salt Lake City        UT      84130**
City                State    ZIP Code

Contact
_____

Contact phone

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
              Value of security          – _____
              Unsecured claim:              _____

---

Debtor 1     **Allan L. Reagan**                                    Case number (if known) _____

|  | | | | | Unsecured claim |
|---|---|---|---|---|---|

**18** | **Chase VISA Mileage Plus** | What is the nature of the claim? | **Credit Card** | **$75.25**

Creditor's name

**P.O. Box 15298**

Number          Street

_____

**Wilmington          DE     19850-5298**

City          State     ZIP Code

_____
Contact

_____
Contact phone

As of the date you file, the claim is:     Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes.  Total claim (secured and unsecured):     _____
               Value of security     –     _____
               Unsecured claim:            _____

---

**19** | **Comerica Bank** | What is the nature of the claim? | **Guarantee** | **$0.00**

Creditor's name

**Attn: J.B. Stueckler, AVP**

Number          Street

**300 W. Sixth St.**

_____

**Austin          TX     78701**

City          State     ZIP Code

_____
Contact

_____
Contact phone

As of the date you file, the claim is:     Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes.  Total claim (secured and unsecured):     _____
               Value of security     –     _____
               Unsecured claim:            _____

---

**20** | **Comerica Bank** | What is the nature of the claim? | **Guarantee** | **$0.00**

Creditor's name

**Attn: J.B. Stueckler, AVP**

Number          Street

**300 W. Sixth St.**

_____

**Austin          TX     78701**

City          State     ZIP Code

_____
Contact

_____
Contact phone

As of the date you file, the claim is:     Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes.  Total claim (secured and unsecured):     _____
               Value of security     –     _____
               Unsecured claim:            _____

---

**Part 2:     Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X **/s/ Allan L. Reagan**                              X _____
   Allan L. Reagan, Debtor 1                              Signature of Debtor 2

Date   **10/22/2020**                                    Date _____
          MM / DD / YYYY                                        MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Allan L. Reagan**                                                          CASE NO

                                                                                                    CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/22/2020 _____                    Signature   **/s/ Allan L. Reagan** _____
                                                                                        *Allan L. Reagan*

Date _____                          Signature _____

```
3401 Hoteliers, LP
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942

83rd Street Development LLC
Attn: Trent G. Moore
9000 Cameron Parkway
Oklahoma City, OK 73114


Action Propane
2601 S Hwy 183
Leander, TX 78641


ADT
PO Box 660418
Dallas, TX 75266


Al Clawson Disposal
PO Box 416
Jarrell, TX 76537


Ann E. Headley
1500 Knobb Hill Lane
Paoli, PA 19301


AT&T
PO Box 5001
Carol Stream, IL 60197


AT&T(DirecTV)
PO Box 5014
Carol Stream, IL 60197


Bank of Austin
Attn: David H. Marks, SVP
8611 N Mopac Expy
Suite 101
Austin, TX 78759
```

```
Bennett Living Trust
Attn: Michael Bennett
2321 Abbot Kinney Blvd.
Ste 101
Venice, CA 90291

Capital One Spark Visa for Business
P.O. Box 30285
Salt Lake City, UT 84130-0285


Chase Ink Card for Business
P.O. Box 15298
Wilmington, DE 19850-5298


Chase VISA Mileage Plus
P.O. Box 15298
Wilmington, DE 19850-5298


Citicard Aadvantage Mastercard
Cardmember Services
P.O. Box 6062
Sioux Falls, SD 57117


Comerica Bank
Attn: J.B. Stueckler, AVP
300 W. Sixth St.
Ste 1950
Austin, TX 78701

Comerica Bank
Dept. #166901
P.O. Box 55000
Detroit, MI 48255-1669


Discover Card
Billing Inquiries
P.O. Box 30943
Salt Lake City, UT 84130


DT Chandler LLC
Attn: Bret Anderson, Manager
140 E. Rio Salado Parkway
Unit 209
Tempe, AZ 85281
```

```
FB Capital, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Flix Brewhouse AZ, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Flix Brewhouse Holdco, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Flix Brewhouse Indiana, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Flix Brewhouse Iowa, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Flix Brewhouse NM, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Flix Brewhouse OK, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Flix Brewhouse SAT, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Flix Brewhouse Texas III LLC (Mansfield)
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942
```

```
Flix Brewhouse Texas IV, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Flix Brewhouse Texas V, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Flix Brewhouse TX II, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Flix Brewhouse TX IV, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Flix Brewhouse WI, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Flix Brewhouse, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Flix Entertainment, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942


Ford Motor Credit Corp.
P.O. Box 105704
Atlanta, GA 30348



Frances and Wayne Lee
468 Jade Tree Lane
Monterey Park, CA 91754
```

Gary J. Neumayer
2201 Berrywood Lane
Bloomington, IL 61704-2449


GCRE/TX Main Marketplace LLC
and LCAR Main Market LLC
Attn: Joseph D. Goveia
24855 Del Prado
Dana Point, CA 92629

Headley Investments LP
1500 Knobb Hill Lane
Paoli, PA 19301


Hospitality Investors Inc.
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


Janet L. Reagan
585 River Run
Leander, TX 78641


Kathleen R. McCormick
6801 Greenwood Ave.
Unit 210
Seattle, WA 98103


Lone Star National Bank
Attn: Sergio Gonzalez, 1st VP
2100 Boca Chica Blvd.
Brownsville, TX 78520


Madison/East Towne LLC
c/o CBL & Associates
2030 Hamilton Place Blvd.
CBL Center Suite 500
Chattanooga, TN 37421-6000

Martin S. Headley
1500 Knobb Hill Lane
Paoli, PA 19301


Merle Hay Investors LLC
c/o Abbell Credit Corporation
30 N. LaSalle St.
Suite 2120
Chicago, IL 60602

Pedernales Electric Company
P.O. Box 1
Johnson City, TX 78636


Poolwerx by Blue Bottom Pool Supply
3021 S. IH 35, Ste. 140
Round Rock, TX 78664


Prudential Mortgage Capital Company LLC
c/o Prudential
100 Mulberry St., Gateway Center 4
8th Floor
Newark, NJ 07102

ROP Artcraft LLC
Attn: Adam Frank
106 Mesa Park Drive
El Paso, TX 79912


Round Rock Business Park, LLC
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942

RPT Realty, L.P.
19 W. 44th Street
Suite 1002
New York, NY 10036


Securian/Minnesota Life Insurance Co.
c/o Trinity Real Estate Finance
100 NE Loop 410
Ste 972
San Antonio, TX 78216

```
Southwestern Retail Properties II L.P.
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942

Southwestern Retail Properties III LP
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942

Southwestern Retail Properties L.P.
Attn: Allan Reagan
2000 S. IH-35
Ste Q11
Round Rock, TX 78681-6942

Spain Family IX LLC
c/o Patrick J. Spain
11809 Oak Branch Dr.
Austin, TX 78737


Spectrum
PO Box 60074
City of Industry, CA 91716-0074



UBS Real Estate Securities Inc.
c/o Berkadia Commercial Mortgage LLC
6955 Union Park Center
Suite 450
Midvale, UT 84047

United States Trustee
903 San Jacinto, Ste. 230
Austin, TX 78701



Village @ La Orilla
Attn: Philip Lindborg
12809 Donette Court N.E.
Albuquerque, NM 87112


Williamson County Tax Office
904 S. Main Street
Georgetown, TX 78626
```

Wyndham Franchisor LLC
22 Sylvan Way
Parssipany, NJ 07054