**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ALLAN L. REAGAN,** | § | **CASE NO. 20-11161-tmd** |
| | § | |
| **Debtor** | § | **CHAPTER 11** |

### GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

On October 22, 2020 (the "***Petition Date***"), the above-captioned debtor and debtor-in-possession in the above-captioned chapter 11 case filed his voluntary petition for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***").

Pursuant to the requirements of Bankruptcy Code Section 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the Debtor, with the assistance of his advisors, has filed his Schedule of Assets and Liabilities (the "***Schedules***") and Statement of Financial Affairs (the "***Statements***") with the United States Bankruptcy Court for the Western District of Texas (the "***Bankruptcy Court***").

These *Global Notes, Methodology and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "***Global Notes***") pertain to, are incorporated by reference in and comprise an integral part of the Debtor's Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("***GAAP***"). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's reasonable best efforts to report the assets and liabilities.

In preparing the Schedules and Statements, the Debtor relied upon financial data derived from his books and records that was available at the time of such preparation. Although the Debtor made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause a material change to the Schedules and Statements. Thus, the Debtor is unable to warrant or represent the Schedules and Statements are without inadvertent errors, omissions or inaccuracies. Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate.

Notwithstanding the foregoing, the Debtors shall not be required to update, amend or supplement the Schedules and Statements, but reserve the right to do so.

## Global Notes and Overview of Methodology

**Value of Assets**.  The Debtor has attempted to provide an estimate of the value of his assets, and his portion of his community property interest in the assets, based upon his familiarity with the assets and the businesses involved.

**Recharacterization**.  Notwithstanding the Debtor's reasonable best efforts to properly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtor may nevertheless have improperly characterized, classified, categorized, designated or omitted certain items. Accordingly, the Debtor reserves his rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary and appropriate, as additional information becomes available.

**Classifications**.  Listing a claim on (a) Schedule D as "secured," (b) Schedule E/F as "priority," (c) Schedule E/F as "unsecured" or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description**.  Schedules D and  E/F permit each of the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection. The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtor expressly reserves the rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtors.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule G and H**.  Debtor has provided continuing guarantees of payment and performance of film rental obligations for engagements at various Flix Brewhouse movie theaters. Each engagement, defined as the continuous run of a title at a given location, is negotiated on a case-by-case basis as an individual contract that incorporates by reference standard terms and conditions. Film rental contracts are with studio distributors (and their subsidiaries) such as the Walt Disney Company, Warner Bros., Universal, Sony Pictures Entertainment, Paramount Pictures, STX and several more minor studios and distributors.  These guaranties are revocable by Debtor immediately upon notice at any time with respect to any engagement that has not begun its run. As of the date of filing, all amounts owed by Flix entities to film distributors were current and did not exceed in the aggregate $50,000, and no amount has been asserted against the Debtor.

### Disclosure Regarding Prairie Point Estates, Inc.

In 2019, Debtor made a $15,000 investment in Prairie Pointe Estates Inc. ("**PPEI**"), which was used as part payment for a 9.22-acre parcel of ranchland located between Liberty Hill and Bertram TX. In 2020, Debtor made an additional $345,000 investment in this entity, which was earmarked as part payment for an adjacent 232.96-acre parcel purchased from a related party. Debtor's equity interest in PPEI is 80%. As of October 22, 2020 PPEI had made substantial engineering and site planning progress necessary in order to develop the 242-acre tract into approximately 60 lots sized 2.5 to 7 acres for resale, together with roadways, some utilities and modest equestrian facilities.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement 2, Part 5**:  During calendar year 2020, Debtor made direct and indirect investments totaling $7,625,000 into equity securities of Flix Entertainment LLC ("**FELLC**") pursuant to the terms of FELLC's Amended and Restated Limited Liability Company Agreement.  As a result of the catastrophic impact of the SARS-CoV-2 pandemic on the movie theater business and on the hotel business, Debtor estimates on Form 107, Part 2, Item 5, a minimum realized net loss of $5,000,000 year to date on his investments in FELLC and 3401 Hoteliers LP.

**Statement 28**.  In addition to business financial statements listed on Form 107, Item 28 that are given to lenders to business entities, typically certified by an officer of the borrower, business entities periodically (typically annually) furnish financial statements and/or tax returns to their investors. In addition, from time-to-time financial and operating income is furnished to landlords - typically not a full set of financial statements but data such as sales reports and store operating statements. Flix Entertainment LLC distributes annual audited financial statements to its owners and their owners, as well as to its lenders as shown on Item 28 and to its landlords on request.

**Fill in this information to identify your case:**

Debtor 1  **Allan**          **L.**          **Reagan**
          First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number  **20-11161**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) |  |
|  | 1a. Copy line 55, Total real estate, from Schedule A/B......................................................... | **$512,446.00** |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B.............................................. | **$10,429,215.00** |
|  | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | **$10,941,661.00** |

## Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) |  |
|  | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$125,461.97** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) |  |
|  | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$0.00** |
|  | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F.......................... + | **$2,068,245.54** |
|  | **Your total liabilities** | **$2,193,707.51** |

## Part 3:    Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I...................................................................................... | **$23,991.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J............................................................................................ | **$23,896.22** |

Debtor 1    **Allan L. Reagan** _____    Case number (if known) __**20-11161**__

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** _Consumer debts_ are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the** _Statement of Your Current Monthly Income:_ Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.            _____

9. **Copy the following special categories of claims from Part 4, line 6 of** _Schedule E/F:_

                                                                                                        **Total claim**

   **From Part 4 on** _Schedule E/F,_ **copy the following:**

   9a. Domestic support obligations.  (Copy line 6a.)                                  _____

   9b. Taxes and certain other debts you owe the government.  (Copy line 6b.)        _____

   9c. Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)   _____

   9d. Student loans.  (Copy line 6f.)                                                _____

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)   _____

   9f. Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   **+** _____

   9g. **Total.**  Add lines 9a through 9f.                                            _____

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Allan** | **L.** | **Reagan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **20-11161**
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

**Part 1:**  **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

**1.1.**

**585 River Run**
Street address, if available, or other description

**Leander**              **TX**    **78641**
City                    State  ZIP Code

**Williamson**
County

**585 River Run, Leander, TX 78641**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,024,892.00** | **$512,446.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ Check if this is community property
(see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here........................................................... ➜ **$512,446.00**

Debtor 1    **Allan L. Reagan**                                            Case number (if known)    **20-11161**

| Part 2: | Describe Your Vehicles |
| --- | --- |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.

| Make: | **Ford** | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| --- | --- | --- | --- |
| Model: | **F-250** | ☐ Debtor 1 only | |
| Year: | **2020** | ☐ Debtor 2 only | |
| Approximate mileage: | **95** | ☐ Debtor 1 and Debtor 2 only | |

| | Current value of the entire property? | Current value of the portion you own? |
| --- | --- | --- |
| ☑ At least one of the debtors and another | **$53,600.00** | **$26,800.00** |

Other information:
**2020 Ford F-250 (approx. 95 miles)**

☑ **Check if this is community property** (see instructions)

3.2.

| Make: | **Mercedes** | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| --- | --- | --- | --- |
| Model: | **GLK** | ☐ Debtor 1 only | |
| Year: | **2011** | ☐ Debtor 2 only | |
| Approximate mileage: | **145,000** | ☐ Debtor 1 and Debtor 2 only | |

| | Current value of the entire property? | Current value of the portion you own? |
| --- | --- | --- |
| ☑ At least one of the debtors and another | **$3,500.00** | **$1,750.00** |

Other information:
**2011 Mercedes GLK (approx. 145,000 miles)**

☑ **Check if this is community property** (see instructions)

3.3.

| Make: | **Ford** | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| --- | --- | --- | --- |
| Model: | **Explorer** | ☐ Debtor 1 only | |
| Year: | **2020** | ☐ Debtor 2 only | |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | |

| | Current value of the entire property? | Current value of the portion you own? |
| --- | --- | --- |
| ☑ At least one of the debtors and another | **$55,000.00** | **$27,500.00** |

Other information:
**2020 Ford Explorer, VIN 1FM5K8GC1LGC90013**

☑ **Check if this is community property** (see instructions)

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1.

| Make: | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| --- | --- | --- | --- |
| Model: | | ☐ Debtor 1 only | |
| Year: | **2007** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | |

| | Current value of the entire property? | Current value of the portion you own? |
| --- | --- | --- |
| ☑ At least one of the debtors and another | **$1,000.00** | **$500.00** |

Other information:
**2007 16' Man Trailer (used for hauling heavy loads for homestead maintenance)**

☑ **Check if this is community property** (see instructions)

Debtor 1 __**Allan L. Reagan**_____  Case number (if known) __**20-11161**____

| 4.2. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

4.2.
Make: _____

Model: _____

Year: **2010**

Other information:
**2010 10' Flatbed trailer (used for hauling smaller loads for homestead maintenance)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$500.00** | **$250.00** |

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................➔   **$56,800.00**

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....

**2 refrigerators**
**3 small freezers**
**Corningware service for 12**
**Glasses and flatware for 12**
**Grandchildren dishes**
**2 couches**
**2 recliners**
**2 rocking chairs**
**Coffee table**
**Bedroom furniture (for 3 bedrooms)**
**Dining room table and 12 chairs**
**8 bar stools**
**Outdoor furniture**

**$7,500.00**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....

**3 televisions**
**1 tuner**
**Dell laptop**
**Small printer**
**Approximately 100 CDs**
**Approximately 50 kids' DVDs**
**3 cell phones**
**Landline phone set**
**Stereo speakers**
**DVD player**
**CD player**

**$2,500.00**

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes.  Describe.....

Debtor 1    **Allan L. Reagan**                                    Case number (if known)   **20-11161**

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
    canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes. Describe.....  | **Exercise bike**                                           | **$350.00** |
    |                                                              | **Treadmill**                                               |             |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.....  | **Everyday clothes**                                        | **$750.00** |
    |                                                              | **Casual business attire**                                  |             |
    |                                                              | **1 suit**                                                  |             |
    |                                                              | **Business and everyday shoes**                             |             |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☐ No
    ☑ Yes. Describe.....  | **Wedding ring**                                            | **$500.00** |
    |                                                              | **Apple watch**                                             |             |
    |                                                              | **2 Timex watches**                                         |             |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe.....  | **4 dogs**                                                  | **$0.00**   |
    |                                                              | **3 cats**                                                  |             |
    |                                                              | **1 horse**                                                 |             |
    |                                                              | **1 donkey**                                                |             |
    |                                                              | **All rescue animals, sentimental/therapy value only**      |             |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☑ Yes. Give specific
    information.............  | **Contents of 2 storage units listed in Statement of Financial Affairs item 22** | **$250.00** |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have**
    **attached for Part 3. Write the number here.................................................................**  ➔  | **$11,850.00** |

---

| **Part 4:** | **Describe Your Financial Assets** |

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
    petition

    ☐ No
    ☑ Yes..................................................... Cash: .........................  **$22.00**

Debtor 1    **Allan L. Reagan**         Case number (if known)   **20-11161**

**17.  Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Comerica Bank** | **$527.00** |
| 17.2. | Checking account: | **Chase Bank (checking and savings accounts)** | **$66,303.00** |
| 17.3. | Other financial account: | **UBS Financial Services** | **$52,983.00** |
| 17.4. | Other financial account: | **Fidelity Brokerage Services** | **$17,017.00** |
| 17.5. | Other financial account: | **Ameriprise Financial** | **$25,555.00** |

**18.  Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes...........................        Institution or issuer name:

| | |
|---|---|
| **Interactive Brokers - marketable securities** **\*net of margin loan in 2020** | **$1,014,784.00** |
| **Ameriprise Investments - marketable securities** | **$17,584.00** |

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| **100 Trinity LLC** | **47.5%** | **$2,584,398.00** |
| **1977 Global Merger Arbitrage LLC** | **0.02%** | **$202,387.00** |
| **3401 Hoteliers LP** | **25.8408%** | **$0.00** |
| **AR Hotels Inc.** | **25%** | **$8,719.00** |
| **Aramcor Inc.** | **50%** | **$101,778.00** |
| **ARProp Inc.** | **50%** | **$83,518.00** |
| **FB Capital LLC** | **28.5166%** | **$29,391.00** |
| **First Stop Health, LLC** | **0.5098%** | **$150,938.00** |
| **Flix Entertainment LLC** | **10.6642%** | **$55,538.00** |
| **Hospitality Investors Inc.** | **40.993%** | **$82,901.00** |
| **Luft Hefe LLC (in liquidation)** | **0.1312%** | **$0.00** |
| **Newser LLC** | **1.2059%** | **$90,450.00** |
| **Prairie Pointe Estates Inc.** | **40%** | **$360,000.00** |
| **Round Rock Business Park LP** | **39.3176%** | **$3,159,036.00** |
| **Select Access 2 Liquidation LLC** | **2.0109%** | **$2,500.00** |
| **Southwestern Retail Properties GP Inc.** | **50%** | **$60,326.00** |
| **Southwestern Retail Properties LP** | **23.1207%** | **$1,556,929.00** |
| **Southwestern Retail Properties II LP** | **24.7688%** | **$172,129.00** |
| **Southwestern Retail Properties III LP** | **4.9999%** | **$62,500.00** |
| **Woodward Center Inc.** | **50%** | **$1.00** |

Debtor 1 __**Allan L. Reagan**_____     Case number (if known) __**20-11161**_____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☐ No
    ☑ Yes. Give specific
       information about
       them........................     Issuer name:

    | | |
    |---|---|
    | **Flix Entertainment Note Receivable** | $24,587.00 |
    | **Series H Savings Bonds** | $3,000.00 |

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
        profit-sharing plans

    ☐ No
    ☑ Yes. List each
       account separately.     Type of account:     Institution name:

    | | | |
    |---|---|---|
    | 401(k) or similar plan: | **ADP (formerly Principal) 401(k)** | $153,237.00 |
    | IRA: | **Ameriprise IRA** | $192,664.00 |
    | IRA: | **Fidelity SEP/IRA** | $3,059.00 |
    | Retirement account: | **Community Bank Retirement account** | $709.00 |
    | Retirement account: | **JP Morgan Chase Retirement account** | $5,275.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☑ No
    ☐ Yes...........................     Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes...........................     Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes...........................     Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or**
    **powers exercisable for your benefit**
    ☑ No
    ☐ Yes. Give specific
       information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes. Give specific
       information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes. Give specific
       information about them

Debtor 1    **Allan L. Reagan**                                    Case number (if known)  **20-11161**

**Money or property owed to you?**                                                          **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

**Federal: Possible CARES ACT NOL carryback. Not filed, amount not determined. Amt: Unknown**

Federal:                **Unknown**
State:                   **$0.00**
Local:                   **$0.00**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony:                _____
Maintenance:            _____
Support:                _____
Divorce settlement:     _____
Property settlement:    _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information

**Accrued and unpaid wages; not delinquent, arising in the ordinary course of business**                       **$0.00**

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value.................

Company name:                Beneficiary:              Surrender or refund value:
**Northwestern Mutual Life**    **Janet Reagan**              **$11,250.00**

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☐ No
☑ Yes. Give specific information   **Citibank IRA from father**              **$4,820.00**

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........              _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........              _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information              _____

Official Form 106A/B                        **Schedule A/B: Property**                        page 7

Debtor 1    **Allan L. Reagan**                                                     Case number (if known)  **20-11161**

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
    attach ed for Part 4. Write that number here..................................................................➔ | **$10,356,815.00** |

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. Do you own or have any legal or equitable interest in any business-related property?

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..  _____   _____

39. **Office equipment, furnishings, and supplies**
    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
    desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..  _____   _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..  _____   _____

41. **Inventory**

☑ No
☐ Yes.  Describe..  _____   _____

42. **Interests in partnerships or joint ventures**

☐ No
☑ Yes.  Describe.....  Name of entity:                        % of ownership:

**See Part 4, Item 19** _____   _____   **$0.00**

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes.  Describe....  _____   _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
    attached for Part 5. Write that number here...............................................................➔ | **$0.00** |

Debtor 1   __Allan L. Reagan__                                    Case number (if known) __20-11161__

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| --- | --- |
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No.  Go to Part 7.
☑ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47.  Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes.... _____   _____

**48.  Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information................ _____   _____

**49.  Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☑ Yes.... **2005 John Deere Tractor 2305 (approx. 500 hours; used for homestead maintenance and brush clearing)**    $3,750.00

**50.  Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... _____   _____

**51.  Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information................ _____   _____

**52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here................................................** ➔   $3,750.00

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
| --- | --- |

**53.  Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54.  Add the dollar value of all of your entries from Part 7.  Write that number here............................** ➔   $0.00

Debtor 1    **Allan L. Reagan** _____    Case number (if known)  **20-11161** _____

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2**............................................................................................➔    **$512,446.00**

56.  **Part 2: Total vehicles, line 5**                                    **$56,800.00**

57.  **Part 3: Total personal and household items, line 15**            **$11,850.00**

58.  **Part 4: Total financial assets, line 36**                          **$10,356,815.00**

59.  **Part 5: Total business-related property, line 45**                **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**        **$3,750.00**

61.  **Part 7: Total other property not listed, line 54**            +    **$0.00**

62.  **Total personal property.**    Add lines 56 through 61.................    **$10,429,215.00**    Copy personal property total   ➔  +   **$10,429,215.00**

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62.............................................................    **$10,941,661.00**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Allan**     **L.**     **Reagan** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **20-11161** |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**585 River Run, Leander, TX 78641**<br><br>Line from *Schedule A/B*:   **1.1** | **$512,446.00** | ☒   **$512,446.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☒ No
       ☐ Yes

Debtor 1 __**Allan L. Reagan**__      Case number (if known) __**20-11161**__

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2 refrigerators**<br>**3 small freezers**<br>**Corningware service for 12**<br>**Glasses and flatware for 12**<br>**Grandchildren dishes**<br>**2 couches**<br>**2 recliners**<br>**2 rocking chairs**<br>**Coffee table**<br>**Bedroom furniture (for 3 bedrooms)**<br>**Dining room table and 12 chairs**<br>**8 bar stools**<br>**Outdoor furniture**<br>Line from *Schedule A/B*: __**6**__ | **$7,500.00** | ☑ __**$7,500.00**__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 televisions**<br>**1 tuner**<br>**Dell laptop**<br>**Small printer**<br>**Approximately 100 CDs**<br>**Approximately 50 kids' DVDs**<br>**3 cell phones**<br>**Landline phone set**<br>**Stereo speakers**<br>**DVD player**<br>**CD player**<br>Line from *Schedule A/B*: __**7**__ | **$2,500.00** | ☑ __**$2,500.00**__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Everyday clothes**<br>**Casual business attire**<br>**1 suit**<br>**Business and everyday shoes**<br>Line from *Schedule A/B*: __**11**__ | **$750.00** | ☑ __**$750.00**__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Wedding ring**<br>**Apple watch**<br>**2 Timex watches**<br>Line from *Schedule A/B*: __**12**__ | **$500.00** | ☑ __**$500.00**__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**Ameriprise IRA**<br>Line from *Schedule A/B*: __**21**__ | **$192,664.00** | ☑ __**$192,664.00**__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**ADP (formerly Principal) 401(k)**<br>Line from *Schedule A/B*: __**21**__ | **$153,237.00** | ☑ __**$153,237.00**__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |

Debtor 1    **Allan L. Reagan**                                          Case number (if known)    **20-11161**

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Community Bank Retirement account**<br><br>Line from *Schedule A/B*: __21__ | $709.00 | ☑ $709.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**JP Morgan Chase Retirement account**<br><br>Line from *Schedule A/B*: __21__ | $5,275.00 | ☑ $5,275.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Fidelity SEP/IRA**<br><br>Line from *Schedule A/B*: __21__ | $3,059.00 | ☑ $3,059.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Allan** | **L.** | **Reagan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **20-11161**
(if known)

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

| **2.1** | | | | |
|---|---|---|---|---|
| **Ford Motor Credit Corp.** | Describe the property that secures the claim: | $60,782.63 | $27,500.00 | $33,282.63 |
| Creditor's name | | | | |
| **P.O. Box 105704** | **Ford Explorer** | | | |
| Number Street | | | | |

**Atlanta** **GA** **30348**
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Automobile loan**

Date debt was incurred **10/12/2020** Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

$60,782.63

Debtor 1    **Allan L. Reagan**                  Case number (if known)   **20-11161**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
| --- | --- | --- | --- | --- |

**2.2**

**Wells Fargo Auto**
Creditor's name
**MAC T9017-026**
Number   Street
**P.O. Box 168048**

Describe the property that secures the claim:      **$64,679.34**     **$26,800.00**     **$37,879.34**

**Ford F-250**

**Irving**      **TX**    **75016-8048**
City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Automobile Loan**

Date debt was incurred   _____   Last 4 digits of account number    **2**   **6**   **4**   **2**

Add the dollar value of your entries in Column A on this page. Write that number here:     **$64,679.34**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:     **$125,461.97**

**Fill in this information to identify your case:**

Debtor 1      __Allan__          __L.__          __Reagan__
              First Name         Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name    Last Name

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number      __20-11161__
(if known)

☐ Check if this is an
  amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:      List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | | | |
| | $0.00 | $0.00 | $0.00 |

**Williamson County Tax Office**
Priority Creditor's Name
**904 S. Main Street**
Number          Street

**Georgetown          TX      78626**
City                  State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify _____

Debtor 1  **Allan L. Reagan**          Case number (if known) **20-11161**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| | **Total claim** |
|---|---|

**4.1**                                                                                    **$0.00**

**83rd Street Development LLC**
Nonpriority Creditor's Name
**Attn: Trent G. Moore**
Number       Street
**9000 Cameron Parkway**

_____

**Oklahoma City          OK      73114**
City                       State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   5/18/2018

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Guarantee**

**Guarantee of commercial lease to Flix Brewhouse OK LLC**

**4.2**                                                                                    **$0.00**

**Action Propane**
Nonpriority Creditor's Name
**2601 S Hwy 183**
Number       Street

_____

**Leander          TX      78641**
City                 State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Services**

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.3**

**$0.00**

**ADT**
Nonpriority Creditor's Name
**PO Box 660418**
Number        Street

**Dallas** **TX** **75266**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Services**

---

**4.4**

**$0.00**

**Al Clawson Disposal**
Nonpriority Creditor's Name
**PO Box 416**
Number        Street

**Jarrell** **TX** **76537**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Services**

---

**4.5**

**$210,062.64**

**Ann E. Headley**
Nonpriority Creditor's Name
**1500 Knobb Hill Lane**
Number        Street

**Paoli** **PA** **19301**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred? **10/1/16**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Guarantee**

**Guaranty of note payable to indirect owner or affiliate - defaulted; re: Loan to Flix Entertainment LLC**

Debtor 1    **Allan L. Reagan**                                    Case number (if known)  **20-11161**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.6**                                                                                                 **$0.00**

**AT&T**
Nonpriority Creditor's Name
**PO Box 5001**
Number        Street

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Carol Stream**     IL     **60197**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Home phone**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other.  Specify

**4.7**                                                                                                 **$0.00**

**AT&T(DirecTV)**
Nonpriority Creditor's Name
**PO Box 5014**
Number        Street

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Carol Stream**     IL     **60197**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**TV provider**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Services**

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.8 | | **$0.00** |

**Bank of Austin**
Nonpriority Creditor's Name
**Attn: David H. Marks, SVP**
Number        Street
**8611 N Mopac Expy**

**Suite 101**

**Austin**              **TX**        **78759**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  0  2  0  0
**When was the debt incurred?**  10/31/2017

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Guarantee**

**Commercial loan guaranty re: loan to Southwestern Retail Properties II L.P.; First lien on real estate leased to Flix Brewhouse LLC**

| 4.9 | | **$91,460.92** |

**Bennett Living Trust**
Nonpriority Creditor's Name
**Attn: Michael Bennett**
Number        Street
**2321 Abbot Kinney Blvd.**

**Ste 101**

**Venice**              **CA**        **90291**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __  __  __  __
**When was the debt incurred?**  10/1/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Guarantee**

**Guaranty of note payable to indirect owner or affiliate - defaulted; re: Loan to Flix Entertainment LLC**

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

| 4.10 | | | **$8,838.59** |

**Capital One Spark Visa for Business**
Nonpriority Creditor's Name

**P.O. Box 30285**
Number     Street

_____

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    **Sep-Oct 2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Salt Lake City          UT     84130-0285**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
    **Credit Card**

**Business credit card for Flix manager**

| 4.11 | | | **$8,343.35** |

**Chase Ink Card for Business**
Nonpriority Creditor's Name

**P.O. Box 15298**
Number     Street

_____

**Last 4 digits of account number**    **0   2   3   7**

**When was the debt incurred?**    **Sep-Oct 2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Wilmington          DE     19850-5298**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
    **Credit Card**

**Business credit card for Aramcor and Hotel**

Debtor 1    **Allan L. Reagan**          Case number (if known)   **20-11161**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

---

**4.12**                                                 **$9,034.22**

**Chase VISA Mileage Plus**
Nonpriority Creditor's Name
**P.O. Box 15298**
Number     Street

**Wilmington        DE     19850-5298**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Consumer credit card**

Last 4 digits of account number   **0**   **9**   **4**   **1**

When was the debt incurred?   **Sep-Oct 2020**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

---

**4.13**                                                 **$169.28**

**Citicard Aadvantage Mastercard**
Nonpriority Creditor's Name
**Cardmember Services**
Number     Street
**P.O. Box 6062**

**Sioux Falls        SD     57117**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Consumer credit card**

Last 4 digits of account number   **1**   **3**   **2**   **2**

When was the debt incurred?   **Sep-Oct 2020**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

---

Debtor 1    **Allan L. Reagan**                                                    Case number (if known) **20-11161**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

|  | **Total claim** |
|---|---|

**4.14**

|  | **$217,442.28** |

**Comerica Bank**
Nonpriority Creditor's Name
**Attn: Lesley B. Higginbotham, VP**
Number     Street
**Special Assets Group - Texas Market**

**P.O. Box 650282**

**Dallas**                **TX**    **75265-0282**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**   **Various**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Guarantee**

**Commercial loan guarantee for Flix Brewhouse Holdco LLC (partial recourse); first liens on FF&E and general assets of primary obligor**

**4.15**

|  | **$3,543.70** |

**Comerica Bank**
Nonpriority Creditor's Name
**Dept. #166901**
Number     Street
**P.O. Box 55000**


**Detroit**                **MI**    **48255-1669**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**   **Sep-Oct 2020**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Credit Card**

**Business credit card for Flix corporate purchases**

---

Debtor 1  **Allan L. Reagan**                                Case number (if known)  **20-11161**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

| 4.16 | | **$0.00** |

**Comerica Bank**
Nonpriority Creditor's Name
**Attn: Lesley B. Higginbotham, VP**
Number        Street
**Special Assets Group - Texas Market**

**P.O. Box 650282**

**Dallas**                **TX**        **75265-0282**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  **12/1/14**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Guarantee**

**Commercial loan guarantee for Flix Brewhouse LLC (partial recourse); first liens on FF&E and general assets of primary obligor**

| 4.17 | | **$0.00** |

**Comerica Bank**
Nonpriority Creditor's Name
**Attn: Lesley B. Higginbotham, VP**
Number        Street
**Special Assets Group - Texas Market**

**P.O. Box 650282**

**Dallas**                **TX**        **75265-0282**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  **1/20/15**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Guarantee**

**Commercial loan guarantee for Flix Brewhouse Indiana LLC (partial recourse); first liens on FF&E and general assets of primary obligor**

Debtor 1    **Allan L. Reagan**      Case number (if known)   **20-11161**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.18**    **$0.00**

**Comerica Bank**
Nonpriority Creditor's Name
**Attn: Lesley B. Higginbotham, VP**
Number   Street
**Special Assets Group - Texas Market**

**P.O. Box 650282**

**Dallas**    **TX**    **75265-0282**
City    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    ___ ___ ___ ___
**When was the debt incurred?**   **12/30/16**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Guarantee**

**Commercial loan guarantee for Flix Brewhouse NM LLC (partial recourse); first liens on FF&E and general assets of primary obligor**

**4.19**    **$400.00**

**Discover Card**
Nonpriority Creditor's Name
**Billing Inquiries**
Number   Street
**P.O. Box 30943**

**Salt Lake City**    **UT**    **84130**
City    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **4**   **1**   **0**   **0**
**When was the debt incurred?**   **Sep-Oct 2020**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

**Consumer credit card**

Debtor 1 **Allan L. Reagan**
Case number (if known) **20-11161**

---

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

| 4.20 | | **$0.00** |
| --- | --- | --- |

**DT Chandler LLC**
Nonpriority Creditor's Name
**Attn: Bret Anderson, Manager**
Number       Street
**140 E. Rio Salado Parkway**

**Unit 305**

**Tempe**           **AZ**     **85281**
City                      State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   **1/23/2017**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Guarantee**

**Guaranty of commercial lease to Flix Brewhouse AZ LLC; subordinated lien on tenant's personal property**

| 4.21 | | **$0.00** |
| --- | --- | --- |

**Flix Brewhouse Texas IV, LLC**
Nonpriority Creditor's Name
**Attn: Allan Reagan**
Number       Street
**2000 S. IH-35**

**Ste Q11**

**Round Rock**           **TX**     **78681-6942**
City                      State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   **1/4/2019**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Guarantee**

**Guaranty of commercial lease to Flix Brewhouse SAT LLC; subordinated lien on tenant's personal property**

| Debtor 1 | **Allan L. Reagan** | | Case number (if known) | **20-11161** |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.22

**$9,142.40**

**Frances and Wayne Lee**
Nonpriority Creditor's Name
**468 Jade Tree Lane**
Number          Street

**Monterey Park          CA      91754**
City                                State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**    **10/1/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Guarantee**

Guaranty of note payable - defaulted; re: Loan to Flix Entertainment LLC

### 4.23

**$36,569.57**

**Gary J. Neumayer**
Nonpriority Creditor's Name
**2201 Berrywood Lane**
Number          Street

**Bloomington          IL      61704-2449**
City                                State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**    **10/1/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Guarantee**

Guaranty of note payable to indirect owner or affiliate - defaulted; re: Loan to Flix Entertainment LLC

Debtor 1 __Allan L. Reagan__    Case number (if known) __20-11161__

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.24** | **$0.00**

**GCRE/TX Main Marketplace LLC**
Nonpriority Creditor's Name
**and LCAR Main Market LLC**
Number     Street
**Attn: Joseph D. Goveia**

**24855 Del Prado**

**Dana Point          CA     92629**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** __2/12/2016__

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Guarantee**

**Guaranty of commercial lease to Flix Brewhouse TX II LLC; subordinated lien on tenant's personal property**

**4.25** | **$27,438.28**

**Headley Investments LP**
Nonpriority Creditor's Name
**1500 Knobb Hill Lane**
Number     Street

**Paoli          PA     19301**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** __10/1/16__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Guarantee**

**Guaranty of note payable to indirect owner or affiliate - defaulted; re: Loan to Flix Entertainment LLC**

Debtor 1  **Allan L. Reagan**

Case number (if known)  **20-11161**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.26**

**$17,948.39**

**Kathleen R. McCormick**
Nonpriority Creditor's Name
**6801 Greenwood Ave.**
Number        Street
**Unit 210**

**Seattle**                          **WA    98103**
City                            State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**   **10/1/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Guarantee**

Guaranty of note payable - defaulted; re: Loan to Flix Entertainment LLC

**4.27**

**$0.00**

**Lone Star National Bank**
Nonpriority Creditor's Name
**Attn: Sergio Gonzalez, 1st VP**
Number        Street
**2100 Boca Chica Blvd.**

**Brownsville**                     **TX    78520**
City                            State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** **9   3   0   0**
**When was the debt incurred?**   **3/22/2019**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Guarantee**

Commercial loan guarantee for loan to Flix Brewhouse TX IV LLC; first lien on real property of primary obligor

Debtor 1 **Allan L. Reagan**

Case number (if known) **20-11161**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.28 | | **$0.00** |
| --- | --- | --- |

**Lone Star National Bank**
Nonpriority Creditor's Name
**Attn: Sergio Gonzalez, 1st VP**
Number     Street
**2100 Boca Chica Blvd.**

**Brownsville          TX      78520**
City                        State      ZIP Code

**Who incurred the debt?**     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**    3/22/19

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Guarantee**

**Commercial loan guarantee for loan to Flix Brewhouse SAT LLC; first lien on personal property of primary obligor**

| 4.29 | | **$426,750.00** |
| --- | --- | --- |

**Madison/East Towne LLC**
Nonpriority Creditor's Name
**c/o CBL & Associates**
Number     Street
**2030 Hamilton Place Blvd.**

**CBL Center Suite 500**

**Chattanooga          TN      37421-6000**
City                        State      ZIP Code

**Who incurred the debt?**     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**    6/13/2016

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Guarantee**

**Guaranty of commercial lease to Flix Brewhouse WI LLC; subordinated lien on tenant's personal property**

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |
|---|---|---|---|

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.30**

|  | **$292,179.14** |

**Martin S. Headley**
Nonpriority Creditor's Name
**1500 Knobb Hill Lane**
Number        Street

**Paoli**            **PA**      **19301**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  ___ ___ ___ ___
**When was the debt incurred?**   **10/1/16**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Guarantee**

Guaranty of note payable to indirect owner or affiliate - defaulted; re: Loan to Flix Entertainment LLC

**4.31**

|  | **$0.00** |

**Merle Hay Investors LLC**
Nonpriority Creditor's Name
**c/o Abbell Credit Corporation**
Number        Street
**30 N. LaSalle St.**
**Suite 2120**

**Chicago**            **IL**      **60602**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  ___ ___ ___ ___
**When was the debt incurred?**   **5/9/2013**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Guarantee**

Guaranty of commercial lease to Flix Brewhouse Iowa LLC; subordinated lien on tenant's personal property

**4.32**

|  | **$9,535.00** |

**Mikeska Monahan & Peckham, P.C.**
Nonpriority Creditor's Name
**100 Congress Avenue**
Number        Street
**Suite 990**

**Austin**            **TX**      **78701**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  ___ ___ ___ ___
**When was the debt incurred?**   **10/15/20**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Services**

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

### 4.33

**$0.00**

**Pedernales Electric Company**
Nonpriority Creditor's Name
**P.O. Box 1**
Number        Street

**Johnson City            TX      78636**
City                            State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Utilities**

### 4.34

**$0.00**

**Poolwerx by Blue Bottom Pool Supply**
Nonpriority Creditor's Name
**3021 S. IH 35, Ste. 140**
Number        Street

**Round Rock              TX      78664**
City                            State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Services**

### 4.35

**$0.00**

**Prudential Mortgage Capital Company LLC**
Nonpriority Creditor's Name
**c/o Prudential**
Number        Street
**100 Mulberry St., Gateway Center 4**

**8th Floor**

**Newark                  NJ      07102**
City                            State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**  **10/31/2012**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Guarantee**

**Compliance guaranty re: Loan to Southwestern Retail Properties L.P.; first mortgage lien on primary obligor's property**

Debtor 1  **Allan L. Reagan**
Case number (if known)  **20-11161**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.36**
$0.00

**ROP Artcraft LLC**
Nonpriority Creditor's Name
**Attn: Adam Frank**
Number        Street
**5678 N. Mesa St.**

**El Paso          TX      79912**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___
**When was the debt incurred?**   **2/14/2018**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Guarantee**

**Guaranty of commercial lease to Flix Brewhouse Texas V LLC; subordinated lien on tenant's personal property**

**4.37**
$15,518.66

**RPT Realty, L.P.**
Nonpriority Creditor's Name
**19 W. 44th Street**
Number        Street
**Suite 1002**

**New York          NY      10036**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___
**When was the debt incurred?**   **8/16/2013**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Guarantee**

**Guaranty of commercial lease to Flix Brewhouse Indiana LLC; subordinated lien on tenant's personal property**

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |
|----------|---------------------|------------------------|--------------|

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

### 4.38

**$0.00**

**Securian/Minnesota Life Insurance Co.**
Nonpriority Creditor's Name
**c/o Trinity Real Estate Finance**
Number    Street
**100 NE Loop 410**

**Ste 972**

**San Antonio        TX        78216**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0    0    3    0**

When was the debt incurred?    **7/3/2019**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Guarantee**

**Compliance guaranty re: loan to Round Rock Business Park L.P.; first mortgage lien on primary obligor's property**

### 4.39

**$0.00**

**Southwestern Retail Properties II L.P.**
Nonpriority Creditor's Name
**Attn: Allan Reagan**
Number    Street
**2000 S. IH-35**

**Ste Q11**

**Round Rock        TX        78681-6942**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __    __    __    __

When was the debt incurred?    **1/22/2010**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Guarantee**

**Guaranty of commercial lease to Flix Brewhouse LLC (Round Rock); subordinated lien on tenant's personal property**

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

### 4.40

| | $91,460.93 |

**Spain Family IX LLC**
Nonpriority Creditor's Name
**c/o Patrick J. Spain**
Number      Street
**11809 Oak Branch Dr.**

**Austin**                    **TX**      **78737**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  ___  ___  ___  ___
**When was the debt incurred?**   **10/1/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Guarantee**

**Guaranty of note payable to indirect owner or affiliate - defaulted; re: Loan to Flix Entertainment LLC**

### 4.41

| | $0.00 |

**Spectrum**
Nonpriority Creditor's Name
**PO Box 60074**
Number      Street

**City of Industry**           **CA**      **91716-0074**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Internet**

**Last 4 digits of account number**  ___  ___  ___  ___
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Services**

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.42

**$0.00**

**UBS Real Estate Securities Inc.**
Nonpriority Creditor's Name
**c/o Berkadia Commercial Mortgage LLC**
Number        Street
**6955 Union Park Center**

**Suite 450**

**Midvale          UT        84047**
City                   State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **3    2    6    9**
When was the debt incurred?    **9/30/2014**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Guarantee**

**Compliance guaranty re: loan to 3401 Hoteliers LP (Wyndham Hotel); first mortgage lien on primary obligor's property**

### 4.43

**$392,970.75**

**Village @ La Orilla**
Nonpriority Creditor's Name
**Attn: Philip Lindborg**
Number        Street
**12809 Donette Court N.E.**


**Albuquerque      NM      87112**
City                   State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __  __  __  __
When was the debt incurred?    **8/18/2015**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Guarantee**

**Guaranty of commercial lease to Flix Brewhouse NM LLC; subordinated lien on tenant's personal property**

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

| 4.44 | | | $199,437.44 |

**Wyndham Franchisor LLC**
Nonpriority Creditor's Name

**22 Sylvan Way**
Number          Street

**Parssipany          NJ      07054**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number      **3    W    D    F**

**When was the debt incurred?**      **Mar-Sep 2020**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Franchise agreement**

**Delinquent amount is $175,473.94; Guaranty limited to $250,000**

---

Debtor 1    **Allan L. Reagan**                                                                 Case number (if known)  __20-11161__

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.   **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a.  **Domestic support obligations** | 6a. | **$0.00** |
| | 6b.  **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c.  **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d.  **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** | **$0.00** |
| | 6e.  **Total.**  Add lines 6a through 6d. | 6d. | **$0.00** |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f.  **Student loans** | 6f. | **$0.00** |
| | 6g.  **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h.  **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i.  **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** | **$2,068,245.54** |
| | 6j.  **Total.**  Add lines 6f through 6i. | 6j. | **$2,068,245.54** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Allan** | **L.** | **Reagan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **20-11161**
(if known)

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Allan** | **L.** | **Reagan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **20-11161**
(if known)

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☒ Yes
      In which community state or territory did you live? **Texas** Fill in the name and current address of that person.

   **Janet L. Reagan**
   Name of your spouse, former spouse, or legal equivalent
   **585 River Run**
   Number      Street

   **Leander**                                   **TX**        **78641**
   City                                          State       ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **3401 Hoteliers, LP** |
   |---|---|
   | | Name |
   | | **Attn: Allan Reagan** |
   | | Number      Street |
   | | **2000 S. IH-35, Suite Q11** |

   **Round Rock**                **TX**        **78681-6942**
   City                          State       ZIP Code

   ☐ Schedule D, line _____
   ☒ Schedule E/F, line **4.42**
   ☐ Schedule G, line _____
   **UBS Real Estate Securities Inc.**

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |
|---|---|---|---|

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.2**

**FB Capital, LLC**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**                **TX**        **78681-6942**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.16**
☐ Schedule G, line _____
**Comerica Bank**

---

**3.3**

**FB Capital, LLC**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**                **TX**        **78681-6942**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.17**
☐ Schedule G, line _____
**Comerica Bank**

---

**3.4**

**Flix Brewhouse AZ, LLC**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**                **TX**        **78681-6942**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.20**
☐ Schedule G, line _____
**DT Chandler LLC**

---

**3.5**

**Flix Brewhouse Holdco, LLC**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**                **TX**        **78681-6942**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.14**
☐ Schedule G, line _____
**Comerica Bank**

---

**3.6**

**Flix Brewhouse Indiana, LLC**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**                **TX**        **78681-6942**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.17**
☐ Schedule G, line _____
**Comerica Bank**

---

**3.7**

**Flix Brewhouse Indiana, LLC**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**                **TX**        **78681-6942**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.37**
☐ Schedule G, line _____
**RPT Realty, L.P.**

---

**3.8**

**Flix Brewhouse Iowa, LLC**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**                **TX**        **78681-6942**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.14**
☐ Schedule G, line _____
**Comerica Bank**

---

| Debtor 1 | **Allan L. Reagan** | | Case number (if known) | **20-11161** |

---

### Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.9 | **Flix Brewhouse Iowa, LLC** |
|---|---|
| | Name |

**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

| **Round Rock** | **TX** | **78681-6942** |
|---|---|---|
| City | State | ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.31**
- ☐ Schedule G, line _____

**Merle Hay Investors LLC**

| 3.10 | **Flix Brewhouse NM, LLC** |
|---|---|
| | Name |

**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

| **Round Rock** | **TX** | **78681-6942** |
|---|---|---|
| City | State | ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.18**
- ☐ Schedule G, line _____

**Comerica Bank**

| 3.11 | **Flix Brewhouse NM, LLC** |
|---|---|
| | Name |

**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

| **Round Rock** | **TX** | **78681-6942** |
|---|---|---|
| City | State | ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.43**
- ☐ Schedule G, line _____

**Village @ La Orilla**

| 3.12 | **Flix Brewhouse OK, LLC** |
|---|---|
| | Name |

**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

| **Round Rock** | **TX** | **78681-6942** |
|---|---|---|
| City | State | ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.1**
- ☐ Schedule G, line _____

**83rd Street Development LLC**

| 3.13 | **Flix Brewhouse SAT, LLC** |
|---|---|
| | Name |

**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

| **Round Rock** | **TX** | **78681-6942** |
|---|---|---|
| City | State | ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.21**
- ☐ Schedule G, line _____

**Flix Brewhouse Texas IV, LLC**

| 3.14 | **Flix Brewhouse SAT, LLC** |
|---|---|
| | Name |

**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

| **Round Rock** | **TX** | **78681-6942** |
|---|---|---|
| City | State | ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.28**
- ☐ Schedule G, line _____

**Lone Star National Bank**

| 3.15 | **Flix Brewhouse Texas V, LLC** |
|---|---|
| | Name |

**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

| **Round Rock** | **TX** | **78681-6942** |
|---|---|---|
| City | State | ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.36**
- ☐ Schedule G, line _____

**ROP Artcraft LLC**

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |
| --- | --- | --- | --- |

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.16**

**Flix Brewhouse TX II, LLC**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**            **TX**      **78681-6942**
City                             State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.24**
☐ Schedule G, line _____

**GCRE/TX Main Marketplace LLC**

---

**3.17**

**Flix Brewhouse TX IV, LLC**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**            **TX**      **78681-6942**
City                             State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.27**
☐ Schedule G, line _____

**Lone Star National Bank**

---

**3.18**

**Flix Brewhouse WI, LLC**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**            **TX**      **78681-6942**
City                             State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.29**
☐ Schedule G, line _____

**Madison/East Towne LLC**

---

**3.19**

**Flix Brewhouse, LLC**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**            **TX**      **78681-6942**
City                             State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.8**
☐ Schedule G, line _____

**Bank of Austin**

---

**3.20**

**Flix Brewhouse, LLC**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**            **TX**      **78681-6942**
City                             State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.14**
☐ Schedule G, line _____

**Comerica Bank**

---

**3.21**

**Flix Brewhouse, LLC**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**            **TX**      **78681-6942**
City                             State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.16**
☐ Schedule G, line _____

**Comerica Bank**

---

**3.22**

**Flix Brewhouse, LLC**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**            **TX**      **78681-6942**
City                             State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.17**
☐ Schedule G, line _____

**Comerica Bank**

---

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |
|---|---|---|---|

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

### 3.23

**Flix Brewhouse, LLC**
Name
**Attn: Allan Reagan**
Number     Street
**2000 S. IH-35, Suite Q11**

**Round Rock**          **TX**     **78681-6942**
City                    State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.18**
☐ Schedule G, line _____
**Comerica Bank**

### 3.24

**Flix Brewhouse, LLC**
Name
**Attn: Allan Reagan**
Number     Street
**2000 S. IH-35, Suite Q11**

**Round Rock**          **TX**     **78681-6942**
City                    State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.39**
☐ Schedule G, line _____
**Southwestern Retail Properties II L.P.**

### 3.25

**Flix Entertainment, LLC**
Name
**Attn: Allan Reagan**
Number     Street
**2000 S. IH-35, Suite Q11**

**Round Rock**          **TX**     **78681-6942**
City                    State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.14**
☐ Schedule G, line _____
**Comerica Bank**

### 3.26

**Flix Entertainment, LLC**
Name
**Attn: Allan Reagan**
Number     Street
**2000 S. IH-35, Suite Q11**

**Round Rock**          **TX**     **78681-6942**
City                    State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.16**
☐ Schedule G, line _____
**Comerica Bank**

### 3.27

**Flix Entertainment, LLC**
Name
**Attn: Allan Reagan**
Number     Street
**2000 S. IH-35, Suite Q11**

**Round Rock**          **TX**     **78681-6942**
City                    State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.17**
☐ Schedule G, line _____
**Comerica Bank**

### 3.28

**Flix Entertainment, LLC**
Name
**Attn: Allan Reagan**
Number     Street
**2000 S. IH-35, Suite Q11**

**Round Rock**          **TX**     **78681-6942**
City                    State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.18**
☐ Schedule G, line _____
**Comerica Bank**

### 3.29

**Flix Entertainment, LLC**
Name
**Attn: Allan Reagan**
Number     Street
**2000 S. IH-35, Suite Q11**

**Round Rock**          **TX**     **78681-6942**
City                    State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.20**
☐ Schedule G, line _____
**DT Chandler LLC**

Debtor 1     **Allan L. Reagan**                                          Case number (if known)   **20-11161**

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.30**

**Flix Entertainment, LLC**
Name
**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

**Round Rock**                          **TX**          **78681-6942**
City                                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.21**
☐ Schedule G, line _____
**Flix Brewhouse Texas IV, LLC**

---

**3.31**

**Flix Entertainment, LLC**
Name
**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

**Round Rock**                          **TX**          **78681-6942**
City                                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.24**
☐ Schedule G, line _____
**GCRE/TX Main Marketplace LLC**

---

**3.32**

**Flix Entertainment, LLC**
Name
**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

**Round Rock**                          **TX**          **78681-6942**
City                                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.28**
☐ Schedule G, line _____
**Lone Star National Bank**

---

**3.33**

**Flix Entertainment, LLC**
Name
**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

**Round Rock**                          **TX**          **78681-6942**
City                                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.29**
☐ Schedule G, line _____
**Madison/East Towne LLC**

---

**3.34**

**Flix Entertainment, LLC**
Name
**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

**Round Rock**                          **TX**          **78681-6942**
City                                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.31**
☐ Schedule G, line _____
**Merle Hay Investors LLC**

---

**3.35**

**Flix Entertainment, LLC**
Name
**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

**Round Rock**                          **TX**          **78681-6942**
City                                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.36**
☐ Schedule G, line _____
**ROP Artcraft LLC**

---

**3.36**

**Flix Entertainment, LLC**
Name
**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

**Round Rock**                          **TX**          **78681-6942**
City                                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.37**
☐ Schedule G, line _____
**RPT Realty, L.P.**

---

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |
|---|---|---|---|

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.37**

**Flix Entertainment, LLC**
Name
**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

**Round Rock**          **TX**      **78681-6942**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.39**
- ☐ Schedule G, line _____

**Southwestern Retail Properties II L.P.**

---

**3.38**

**Flix Entertainment, LLC**
Name
**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

**Round Rock**          **TX**      **78681-6942**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.43**
- ☐ Schedule G, line _____

**Village @ La Orilla**

---

**3.39**

**Hospitality Investors Inc.**
Name
**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

**Round Rock**          **TX**      **78681-6942**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.16**
- ☐ Schedule G, line _____

**Comerica Bank**

---

**3.40**

**Hospitality Investors Inc.**
Name
**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

**Round Rock**          **TX**      **78681-6942**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.17**
- ☐ Schedule G, line _____

**Comerica Bank**

---

**3.41**

**Hospitality Investors Inc.**
Name
**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

**Round Rock**          **TX**      **78681-6942**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.18**
- ☐ Schedule G, line _____

**Comerica Bank**

---

**3.42**

**Round Rock Business Park, LP**
Name
**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

**Round Rock**          **TX**      **78681-6942**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.38**
- ☐ Schedule G, line _____

**Securian/Minnesota Life Insurance Co.**

---

**3.43**

**Southwestern Retail Properties II L.P.**
Name
**Attn: Allan Reagan**
Number      Street
**2000 S. IH-35, Suite Q11**

**Round Rock**          **TX**      **78681-6942**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.8**
- ☐ Schedule G, line _____

**Bank of Austin**

---

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.44**

**Southwestern Retail Properties III LP**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**            **TX**      **78681-6942**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.27**
☐ Schedule G, line _____
**Lone Star National Bank**

---

**3.45**

**Southwestern Retail Properties L.P.**
Name

**Attn: Allan Reagan**
Number      Street

**2000 S. IH-35, Suite Q11**

**Round Rock**            **TX**      **78681-6942**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.35**
☐ Schedule G, line _____
**Prudential Mortgage Capital Company LLC**

---

**3.46**

**Reagan, Janet L.**
Name

**585 River Run**
Number      Street

**Leander**            **TX**      **78641**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.2**
☐ Schedule G, line _____
**Action Propane**

---

**3.47**

**Reagan, Janet L.**
Name

**585 River Run**
Number      Street

**Leander**            **TX**      **78641**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.3**
☐ Schedule G, line _____
**ADT**

---

**3.48**

**Reagan, Janet L.**
Name

**585 River Run**
Number      Street

**Leander**            **TX**      **78641**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.4**
☐ Schedule G, line _____
**Al Clawson Disposal**

---

**3.49**

**Reagan, Janet L.**
Name

**585 River Run**
Number      Street

**Leander**            **TX**      **78641**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.6**
☐ Schedule G, line _____
**AT&T**

---

**3.50**

**Reagan, Janet L.**
Name

**585 River Run**
Number      Street

**Leander**            **TX**      **78641**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.7**
☐ Schedule G, line _____
**AT&T(DirecTV)**

---

| Debtor 1 | **Allan L. Reagan** | | Case number (if known) | **20-11161** |

---

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.51**

**Reagan, Janet L.**
Name

**585 River Run**
Number   Street

| **Leander** | **TX** | **78641** |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.12**
☐ Schedule G, line _____
**Chase VISA Mileage Plus**

---

**3.52**

**Reagan, Janet L.**
Name

**585 River Run**
Number   Street

| **Leander** | **TX** | **78641** |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.13**
☐ Schedule G, line _____
**Citicard Aadvantage Mastercard**

---

**3.53**

**Reagan, Janet L.**
Name

**585 River Run**
Number   Street

| **Leander** | **TX** | **78641** |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.19**
☐ Schedule G, line _____
**Discover Card**

---

**3.54**

**Reagan, Janet L.**
Name

**585 River Run**
Number   Street

| **Leander** | **TX** | **78641** |
| City | State | ZIP Code |

☑ Schedule D, line **2.1**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Ford Motor Credit Corp.**

---

**3.55**

**Reagan, Janet L.**
Name

**585 River Run**
Number   Street

| **Leander** | **TX** | **78641** |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.32**
☐ Schedule G, line _____
**Mikeska Monahan & Peckham, P.C.**

---

**3.56**

**Reagan, Janet L.**
Name

**585 River Run**
Number   Street

| **Leander** | **TX** | **78641** |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.33**
☐ Schedule G, line _____
**Pedernales Electric Company**

---

**3.57**

**Reagan, Janet L.**
Name

**585 River Run**
Number   Street

| **Leander** | **TX** | **78641** |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.34**
☐ Schedule G, line _____
**Poolwerx by Blue Bottom Pool Supply**

---

Debtor 1    **Allan L. Reagan**                                Case number (if known)  **20-11161**

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                                *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.58 | **Reagan, Janet L.**<br>Name | | |
|---|---|---|---|

**585 River Run**
Number        Street

**Leander**                **TX**        **78641**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.41**
☐ Schedule G, line _____
**Spectrum**

| 3.59 | **Reagan, Janet L.**<br>Name |

**585 River Run**
Number        Street

**Leander**                **TX**        **78641**
City                        State        ZIP Code

☑ Schedule D, line  **2.2**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Wells Fargo Auto**

| 3.60 | **Reagan, Janet L.**<br>Name |

**585 River Run**
Number        Street

**Leander**                **TX**        **78641**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **2.1**
☐ Schedule G, line _____
**Williamson County Tax Office**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Allan** | **L.** | **Reagan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **20-11161** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| **Occupation** | Executive | |
| **Employer's name** | Aramcor Inc. | |
| **Employer's address** | 2000 S. IH-35, Suite Q11 | |
| | Number  Street | Number  Street |
| | | |
| | | |
| | Round Rock    TX    78681-694 | |
| | City    State  Zip Code | City    State  Zip Code |
| **How long employed there?** | 20 years | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$8,000.00** | **$0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$8,000.00** | **$0.00** |

Debtor 1    **Allan L. Reagan** _____    Case number (if known)   **20-11161**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
|  | Copy line 4 here ............................................................ ➔ 4. | **$8,000.00** | **$0.00** |
| **5.** | List all payroll deductions: |  |  |
| **5a.** | Tax, Medicare, and Social Security deductions      5a. | **$712.00** | **$0.00** |
| **5b.** | Mandatory contributions for retirement plans      5b. | **$0.00** | **$0.00** |
| **5c.** | Voluntary contributions for retirement plans      5c. | **$2,000.00** | **$0.00** |
| **5d.** | Required repayments of retirement fund loans      5d. | **$0.00** | **$0.00** |
| **5e.** | Insurance      5e. | **$443.00** | **$0.00** |
| **5f.** | Domestic support obligations      5f. | **$0.00** | **$0.00** |
| **5g.** | Union dues      5g. | **$0.00** | **$0.00** |
| **5h.** | Other deductions.  Specify: _____      5h. + | **$0.00** | **$0.00** |
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.      6. | **$3,155.00** | **$0.00** |
| **7.** | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.      7. | **$4,845.00** | **$0.00** |
| **8.** | List all other income regularly received: |  |  |
| **8a.** | **Net income from rental property and from operating a business, profession, or farm**      8a. | **$0.00** | **$0.00** |
|  | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |
| **8b.** | Interest and dividends      8b. | **$8,550.00** | **$40.00** |
| **8c.** | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**      8c. | **$0.00** | **$0.00** |
|  | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |
| **8d.** | Unemployment compensation      8d. | **$0.00** | **$0.00** |
| **8e.** | Social Security      8e. | **$0.00** | **$0.00** |
| **8f.** | **Other government assistance that you regularly receive** |  |  |
|  | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: _____      8f. | **$0.00** | **$0.00** |
| **8g.** | Pension or retirement income      8g. | **$0.00** | **$0.00** |
| **8h.** | Other monthly income.  Specify:  **Partnership distributions**      8h. + | **$10,556.00** | **$0.00** |
| **9.** | **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.      9. | **$19,106.00** | **$40.00** |
| **10.** | **Calculate monthly income.**   Add line 7 + line 9.      10.   Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | **$23,951.00** + | **$40.00** = |

**= $23,991.00**

**11.**   State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  +    **$0.00**

**12.**   **Add the amount in the last column of line 10 to the amount in line 11.**   The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12.   **$23,991.00**

**Combined monthly income**

**13.**   Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain:   **Due to COVID-19, partnership distributions have significantly decreased in 2020. If reorganization is successful and business conditions improve, an increase could be expected, but the timeframe might exceed one year.**

Debtor 1    **Allan L. Reagan**      Case number (if known)   **20-11161**

1. **Additional Employers**   <u>**Debtor 1**</u>      <u>**Debtor 2 or non-filing spouse**</u>

| | Debtor 1 | | | Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|
| **Occupation** | Executive (Laid off 10/15/20) | | | | | |
| **Employer's name** | Cinema Breweries Inc. | | | | | |
| **Employer's address** | 2000 S. IH35, Suite Q11 | | | | | |
| | Round Rock | TX | 78681-6942 | | | |
| | City | State | Zip Code | City | State | Zip Code |
| **How long employed there?** | 3 months | | | | | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Allan** | **L.** | **Reagan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **20-11161** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Spouse** | **65** | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4. _____

   **If not included in line 4:**

   4a. Real estate taxes                                                                         4a. **$1,421.00**

   4b. Property, homeowner's, or renter's insurance                           4b. **$312.17**

   4c. Home maintenance, repair, and upkeep expenses   (See continuation sheet(s) for details)   4c. **$2,450.00**

   4d. Homeowner's association or condominium dues                    4d. **$45.00**

Debtor 1  **Allan L. Reagan** _____  Case number (if known)  **20-11161** _____

**Your expenses**

| | | | | | |
|---|---|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | | 5. | | _____ |
| 6. | **Utilities:** | | | | |
| | 6a. Electricity, heat, natural gas | (See continuation sheet(s) for details) | 6a. | | **$1,100.00** |
| | 6b. Water, sewer, garbage collection | | 6b. | | **$30.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | (See continuation sheet(s) for details) | 6c. | | **$740.00** |
| | 6d. Other. Specify: **Granddaughters' phones** _____ | | 6d. | | **$300.00** |
| 7. | **Food and housekeeping supplies** | | 7. | | **$4,000.00** |
| 8. | **Childcare and children's education costs** | | 8. | | _____ |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | | **$400.00** |
| 10. | **Personal care products and services** | | 10. | | _____ |
| 11. | **Medical and dental expenses** | (See continuation sheet(s) for details) | 11. | | **$4,000.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | | **$850.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | (Prior to COVID-19 pandemic) | 13. | | **$2,500.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | | **$250.00** |
| 15. | **Insurance.** | | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. Life insurance | | 15a. | | **$150.00** |
| | 15b. Health insurance | | 15b. | | _____ |
| | 15c. Vehicle insurance | | 15c. | | **$186.05** |
| | 15d. Other insurance. Specify: _____ | | 15d. | | _____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | | |
| | Specify: _____ | | 16. | | _____ |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. Car payments for Vehicle 1 | | 17a. | | **$1,013.00** |
| | 17b. Car payments for Vehicle 2 | | 17b. | | **$999.00** |
| | 17c. Other. Specify: _____ | | 17c. | | _____ |
| | 17d. Other. Specify: _____ | | 17d. | | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. | | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | | 19. | | _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | | |
| | 20a. Mortgages on other property | | 20a. | | _____ |
| | 20b. Real estate taxes | | 20b. | | _____ |
| | 20c. Property, homeowner's, or renter's insurance | | 20c. | | _____ |
| | 20d. Maintenance, repair, and upkeep expenses | | 20d. | | _____ |
| | 20e. Homeowner's association or condominium dues | | 20e. | | _____ |

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |
| --- | --- | --- | --- |

| **21.** | **Other.** | Specify: | <u>**See continuation sheet**</u> | 21. | + | $3,150.00 |
| --- | --- | --- | --- | --- | --- | --- |

**22. Calculate your monthly expenses.**

| | | | |
| --- | --- | --- | --- |
| 22a. | Add lines 4 through 21. | 22a. | $23,896.22 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | $23,896.22 |

**23. Calculate your monthly net income.**

| | | | | |
| --- | --- | --- | --- | --- |
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | | $23,991.00 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | – | $23,896.22 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | | $94.78 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes. | Explain here:
**None planned. Spouse out-of-pocket medical related expenses are subject to unplanned increase if/when complications arise.**

Debtor 1    **Allan L. Reagan** _____    Case number (if known)   **20-11161**

4c.   **Maintenance, repair, and upkeep expenses for your residence (details):**

| | |
|---|---:|
| Land Maintenance (13 acres) | $1,000.00 |
| Septic | $50.00 |
| Household repairs | $1,200.00 |
| Tools | $200.00 |
| **Total:** | **$2,450.00** |

6a.   **Electricity, heat, natural gas (details):**

| | |
|---|---:|
| Electricity | $800.00 |
| Gas | $300.00 |
| **Total:** | **$1,100.00** |

6c.   **Telephone, cell phone, Internet, satellite, and cable services (details):**

| | |
|---|---:|
| Cable TV | $300.00 |
| Internet | $200.00 |
| Home telephone | $90.00 |
| Mobile Phones | $150.00 |
| **Total:** | **$740.00** |

11.   **Medical and dental (details):**

| | |
|---|---:|
| Medical bills | $3,000.00 |
| Dental bills | $500.00 |
| Prescriptions | $500.00 |
| **Total:** | **$4,000.00** |

21.   **Other.  Specify:**

| | |
|---|---:|
| Part-time worker - household help for disabled wife | $800.00 |
| Part-time workers - outdoor help for disabled wife | $1,600.00 |
| Tolls | $250.00 |
| Veterinarian bills (included emergencies, farrier and regular annual care) | $500.00 |
| **Total:** | **$3,150.00** |

| Fill in this information to identify your case: | |
|---|---|

Debtor 1    **Allan**      **L.**      **Reagan**
           First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number    **20-11161**
(if known)

☐ Check if this is an
     amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules      12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Allan L. Reagan** _____      X _____
   Allan L. Reagan, Debtor 1                 Signature of Debtor 2

Date   **11/05/2020** _____         Date _____
      MM / DD / YYYY                  MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Allan** | **L.** | **Reagan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **20-11161**
(if known)

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☒ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☒ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories)* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No
   ☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | **$102,231.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, **2019** )<br>YYYY | ☒ Wages, commissions, bonuses, tips | **$91,724.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2018** )<br>YYYY | ☒ Wages, commissions, bonuses, tips | **$88,069.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1   **Allan L. Reagan**              Case number (if known)   **20-11161**

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | Interest and dividends | $162,822.00 | | |
| | Capital gains, net | $251,330.00 | | |
| | Net loss from rentals, etc. | ($5,000,000.00) | | |
| **For the last calendar year:**<br>(January 1 to December 31, **2019** )<br>YYYY | Interest and dividends | $412,145.00 | | |
| | Capital gains, net | $81,063.00 | | |
| | Net loss from rentals, etc. | ($828,523.00) | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2018** )<br>YYYY | Interest and dividends | $366,664.00 | | |
| | Capital gains, net | $845.00 | | |
| | Net loss from rentals, etc. | ($563,697.00) | | |

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |
|---|---|---|---|

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

**6.**   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Chase VISA Mileage Plus**<br>Creditor's name<br>**P.O. Box 15298**<br>Number    Street<br><br>**Wilmington**        **DE**    **19850-5298**<br>City                State   ZIP Code | **7/27/20, 8/24/20, 9/24/20, 10/19/20** | **$30,660.59** | **$9,034.22** | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Williamson County Tax Office**<br>Creditor's name<br>**904 S. Main Street**<br>Number    Street<br><br>**Georgetown**        **TX**    **78626**<br>City                State   ZIP Code | **10/19/20** | **$17,054.20** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other  **Property taxes** _____ |

Debtor 1   **Allan L. Reagan**                                             Case number (if known)   **20-11161**

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

    ☑ No
    ☐ Yes. List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☑ No
    ☐ Yes. Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☐ No
    ☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Mindy E. Davis** <br> Person to Whom You Gave the Gift | **Interests in 100 Trinity LLC** | **1/1/20** | **$15,000.00** |
| **P.O. Box 1425** <br> Number     Street | | | |
| | | | |
| **Goldthwaite          TX       76844** <br> City          State     ZIP Code | | | |

Person's relationship to you **Step-child**

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |

| **Gifts with a total value of more than $600 per person** | **Describe the gifts**<br>**Interests in 100 Trinity LLC** | **Dates you gave the gifts** | **Value** |
|---|---|---|---|
| **Clint B. Hahn**<br><sub>Person to Whom You Gave the Gift</sub> | | **1/1/20** | **$15,000.00** |
| **1504 Dillon Lake**<br><sub>Number     Street</sub> | | | |
| **Leander**          **TX**     **78641**<br><sub>City                State   ZIP Code</sub> | | | |
| Person's relationship to you **Step-child** | | | |

| **Gifts with a total value of more than $600 per person** | **Describe the gifts**<br>**Interests in 100 Trinity LLC** | **Dates you gave the gifts** | **Value** |
|---|---|---|---|
| **Elena M. Davis**<br><sub>Person to Whom You Gave the Gift</sub> | | **1/1/20** | **$15,000.00** |
| **P.O. Box 1425**<br><sub>Number     Street</sub> | | | |
| **Goldthwaite**          **TX**     **76844**<br><sub>City                State   ZIP Code</sub> | | | |
| Person's relationship to you **Grandchild** | | | |

| **Gifts with a total value of more than $600 per person** | **Describe the gifts**<br>**Interests in 100 Trinity LLC** | **Dates you gave the gifts** | **Value** |
|---|---|---|---|
| **Alexandre P. Davis**<br><sub>Person to Whom You Gave the Gift</sub> | | **1/1/20** | **$15,000.00** |
| **P.O. Box 1425**<br><sub>Number     Street</sub> | | | |
| **Goldthwaite**          **TX**     **76844**<br><sub>City                State   ZIP Code</sub> | | | |
| Person's relationship to you **Grandchild** | | | |

| **Gifts with a total value of more than $600 per person** | **Describe the gifts**<br>**Interests in 100 Trinity LLC** | **Dates you gave the gifts** | **Value** |
|---|---|---|---|
| **Caylee C. Hahn**<br><sub>Person to Whom You Gave the Gift</sub> | | **1/1/20** | **$15,000.00** |
| **1504 Dillon Lake**<br><sub>Number     Street</sub> | | | |
| **Leander**          **TX**     **78641**<br><sub>City                State   ZIP Code</sub> | | | |
| Person's relationship to you **Grandchild** | | | |

Debtor 1 __**Allan L. Reagan**_____  Case number (if known) __**20-11161**__

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes.  Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **DonorsChoose**<br>Charity's Name | **Cash** | | **$2,625.10** |
| **137 West 37th St., 11th Floor**<br>Number    Street | | | |
| **New York**          **NY**   **10018**<br>City          State   ZIP Code | | | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Emotions Anonymous**<br>Charity's Name | **Cash** | | **$2,500.00** |
| **2233 University Ave. West, Suite 302**<br>Number    Street | | | |
| **St. Paul**          **MN**   **55114**<br>City          State   ZIP Code | | | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Deerfield Academy**<br>Charity's Name | **Cash** | | **$1,000.00** |
| **7 Boyden Lane**<br>Number    Street | | | |
| **Old Deerfield**          **MA**   **01342**<br>City          State   ZIP Code | | | |

## Part 6:    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid.  List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **Security gate and outdoor lights lost due to lightning strikes** | **None** | **6/2020** | **$900.00** |
| **Water well pump and controller lost due to lightning strikes** | **Insurance paid $4,693.36.** | **9/2020** | **$7,500.00** |

Debtor 1 __Allan L. Reagan__    Case number (if known) __20-11161__

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Waller Lansden Dortch & Davis, LLP** | **Legal invoices and retainer** | | |
| Person Who Was Paid | | | |
| **100 Congress Ave., Suite 1800** | | __8/11/20__ | __$5,000.00__ |
| Number    Street | | | |
| | | __10/21-22/20__ | __$55,584.50__ |
| **Austin**        **TX**    **78701** | | | |
| City                State    ZIP Code | | | |
| **www.wallerlaw.com** | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Harney Management Partners** | **Retainer** | | |
| Person Who Was Paid | | | |
| **401 Congress Ave., #1540** | | __10/22/20__ | __$15,000.00__ |
| Number    Street | | | |
| | | | |
| **Austin**        **TX**    **78701** | | | |
| City                State    ZIP Code | | | |
| **harneypartners.com** | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **See attached Exhibit A.** <br> Person Who Received Transfer | | | _____ |
| _____ <br> Number    Street | | | |
| _____ | | | |
| _____ <br> City              State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**  (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

## Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Easy Stop** <br> Name of Storage Facility | **Janet Reagan** <br> Name | **Deceased parents' property; cabinet parts from remodel; grandchildrens' outgrown furniture** | ☐ No <br> ☑ Yes |
| **10640 W. State Hwy 29** <br> Number    Street | **585 River Run** <br> Number    Street | | |
| _____ | _____ | | |
| **Liberty Hill      TX    78642** <br> City              State    ZIP Code | **Leander      TX    78641** <br> City              State    ZIP Code | | |

| Debtor 1 | **Allan L. Reagan** | Case number (if known) | **20-11161** |

| | **Who else has or had access to it?** | **Describe the contents** | **Do you still have it?** |
|---|---|---|---|
| **Extra Space**<br>Name of Storage Facility | **Janet Reagan**<br>Name | **Items used in Hawaii (beach gear/toys, kitchen smallware, etc.)** | ☐ No<br>☑ Yes |
| **73-4864 Kanalani St**<br>Number    Street | **585 River Run**<br>Number    Street | | |
| **Kona** **HI** **96740**<br>City    State  ZIP Code | **Leander** **TX** **78641**<br>City    State  ZIP Code | | |

## Part 9:  Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes.  Fill in the details.

| | **Where is the property?** | **Describe the property** | **Value** |
|---|---|---|---|
| **Sarah Hopkins**<br>Owner's Name | | **6 year old equine mare (rescue horse, sentimental value only)** | **$0.00** |
| **Rollins Hills Estates**<br>Number    Street | **585 River Run**<br>Number    Street | | |
| **Rollins Drive & FM 1886** | | | |
| **Fort Worth** **TX** **76108**<br>City    State  ZIP Code | **Leander** **TX** **78641**<br>City    State  ZIP Code | | |
| | **Where is the property?** | **Describe the property** | **Value** |
| **Elena Davis**<br>Owner's Name | | **Horse tack and saddlery** | **$400.00** |
| **P.O. Box 1425**<br>Number    Street | **585 River Run**<br>Number    Street | | |
| **Goldthwaite** **TX** **76844**<br>City    State  ZIP Code | **Leander** **TX** **78641**<br>City    State  ZIP Code | | |

Debtor 1    **Allan L. Reagan**       Case number (if known)   **20-11161**

---

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☒ No
    ☐ Yes. Fill in the details.

---

## Part 11:  Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☒ A partner in a partnership
    ☒ An officer, director, or managing executive of a corporation
    ☒ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No.  None of the above applies.  Go to Part 12.
    ☒ Yes.  Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **100 Trinity LLC**<br>Business Name | Merchant lending and investments (both third parties and affiliates) | EIN: 2 6 – 2 7 9 8 1 3 9 |
| **2000 S. IH-35, Suite Q11**<br>Number    Street | **Name of accountant or bookkeeper**<br>Kari Schimpf, Controller | **Dates business existed** |
| | | From   5/28/08   To   Present |
| **Round Rock**   **TX**   **78681**<br>City    State   ZIP Code | | |
| **3401 Hoteliers LP**<br>Business Name | Describe the nature of the business<br>Hotel ownership and operation (Wyndham Garden Austin) | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: 2 0 – 2 3 7 8 3 1 5 |
| **2000 S. IH35, Suite Q11**<br>Number    Street | **Name of accountant or bookkeeper**<br>Kari Schimpf, Controller | **Dates business existed** |
| | | From   2/19/05   To   Present |
| **Round Rock**   **TX**   **78681**<br>City    State   ZIP Code | | |

---

**Debtor 1**    **Allan L. Reagan**                        Case number (if known)    **20-11161**

---

**AR Hotels Inc.**
Business Name

**2000 S. IH35, Suite Q11**
Number   Street

**Round Rock**     **TX**    **78681**
City         State   ZIP Code

**Describe the nature of the business**
**General partner of 3401 Hoteliers LP**

**Name of accountant or bookkeeper**
**Kari Schimpf, Controller**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **2**   **0** – **2**   **3**   **7**   **7**   **3**   **5**   **5**

**Dates business existed**

From    **2/19/05**    To    **Present**

---

**Aramcor Inc.**
Business Name

**2000 S. IH35, Suite Q11**
Number   Street

**Round Rock**     **TX**    **78681**
City         State   ZIP Code

**Describe the nature of the business**
**Management services provider to affiliates**

**Name of accountant or bookkeeper**
**Kari Schimpf, Controller**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **7**   **4** – **2**   **9**   **3**   **1**   **0**   **8**   **4**

**Dates business existed**

From    **9/13/99**    To    **Present**

---

**ARPROP Inc.**
Business Name

**2000 S. IH35, Suite Q11**
Number   Street

**Round Rock**     **TX**    **78681**
City         State   ZIP Code

**Describe the nature of the business**
**General partner of Round Rock Business Park LP**

**Name of accountant or bookkeeper**
**Kari Schimpf, Controller**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **7**   **4** – **2**   **7**   **7**   **6**   **3**   **2**   **9**

**Dates business existed**

From    **3/6/96**    To    **Present**

---

**FB Capital**
Business Name

**2000 S. IH35, Suite Q11**
Number   Street

**Round Rock**     **TX**    **78681**
City         State   ZIP Code

**Describe the nature of the business**
**Feeder fund to Flix Entertainment LLC**

**Name of accountant or bookkeeper**
**Kari Schimpf, Controller**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **4**   **6** – **1**   **7**   **3**   **5**   **8**   **8**   **3**

**Dates business existed**

From    **1/2/13**    To    **Present**

---

**Flix Entertainment LLC**
Business Name

**2000 S. IH35, Suite Q11**
Number   Street

**Round Rock**     **TX**    **78681**
City         State   ZIP Code

**Describe the nature of the business**
**Holding company for Flix Brewhouse dine-in cinema circuit entities**

**Name of accountant or bookkeeper**
**Kristine Allen, Accounting Manager**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **8**   **0** – **0**   **8**   **7**   **6**   **2**   **4**   **9**

**Dates business existed**

From    **12/4/12**    To    **Present**

---

**Hospitality Investors Inc.**
Business Name

**2000 S. IH35, Suite Q11**
Number   Street

**Round Rock**     **TX**    **78681**
City         State   ZIP Code

**Describe the nature of the business**
**Feeder fund to Flix Entertainment LLC; wholly owns Cinema Breweries Inc. payroll subsidiary; owned restaurants prior to 2016**

**Name of accountant or bookkeeper**
**Kari Schimpf, Controller**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **2**   **7** – **0**   **7**   **7**   **2**   **0**   **5**   **9**

**Dates business existed**

From    **5/26/10**    To    **Present**

---

Debtor 1    **Allan L. Reagan**                                          Case number (if known)   **20-11161**

---

**Prairie Point Estates Inc.**
Business Name

**2000 S. IH35, Suite Q11**
Number     Street

**Round Rock**     **TX**    **78681**
City            State   ZIP Code

Describe the nature of the business
**Developer of 60-lot equestrian-themed acreage subdivision**

Name of accountant or bookkeeper
**Kari Schimpf, Controller**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _8_ _4_ – _2_ _6_ _9_ _5_ _4_ _8_ _8_

Dates business existed

From    **8/12/19**    To    **Present**

---

**Round Rock Business Park LP**
Business Name

**2000 S. IH35, Suite Q11**
Number     Street

**Round Rock**     **TX**    **78681**
City            State   ZIP Code

Describe the nature of the business
**Owns business park (Park West Corporate Center)**

Name of accountant or bookkeeper
**Kari Schimpf, Controller**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _7_ _4_ – _2_ _7_ _7_ _6_ _3_ _3_ _0_

Dates business existed

From    **3/6/96**    To    **Present**

---

**Southwestern Retail Properties GP I**
Business Name

**2000 S. IH35, Suite Q11**
Number     Street

**Round Rock**     **TX**    **78681**
City            State   ZIP Code

Describe the nature of the business
**General partner of the three Southwestern Retail Properties limited partnerships**

Name of accountant or bookkeeper
**Kari Schimpf, Controller**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _7_ _4_ – _2_ _7_ _7_ _4_ _9_ _1_ _1_

Dates business existed

From    **3/1/96**    To    **Present**

---

**Southwestern Retail Properties LP**
Business Name

**2000 S. IH35, Suite Q11**
Number     Street

**Round Rock**     **TX**    **78681**
City            State   ZIP Code

Describe the nature of the business
**Owns community shopping center**

Name of accountant or bookkeeper
**Kari Schimpf, Controller**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _7_ _4_ – _2_ _6_ _8_ _3_ _5_ _5_ _3_

Dates business existed

From    **9/30/93**    To    **Present**

---

**Southwestern Retail Properties II LP**
Business Name

**2000 S. IH35, Suite Q11**
Number     Street

**Round Rock**     **TX**    **78681**
City            State   ZIP Code

Describe the nature of the business
**Owns Flix Brewhouse Round Rock real estate**

Name of accountant or bookkeeper
**Kari Schimpf, Controller**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _7_ _4_ – _2_ _8_ _9_ _6_ _3_ _4_ _1_

Dates business existed

From    **11/4/98**    To    **Present**

---

**Southwestern Retail Properties III LP**
Business Name

**2000 S. IH35, Suite Q11**
Number     Street

**Round Rock**     **TX**    **78681**
City            State   ZIP Code

Describe the nature of the business
**Owns Flix Brewhouse San Antonio real estate**

Name of accountant or bookkeeper
**Kari Schimpf, Controller**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _8_ _3_ – _2_ _4_ _6_ _4_ _8_ _7_ _1_

Dates business existed

From    **11/7/18**    To    **Present**

---

Debtor 1    **Allan L. Reagan**                                    Case number (if known)    **20-11161**

| | |
|---|---|
| **Woodward Center Inc.** | **Describe the nature of the business** |
| Business Name | **Holds Texas liquor licenses** |

**2000 S. IH35, Suite Q11**
Number    Street

**Name of accountant or bookkeeper**
**Kari Schimpf, Controller**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **2  0 – 2  4  8  8  3  1  0**

**Dates business existed**

From    **3/13/05**    To    **Present**

**Round Rock        TX    786861**
City                State    ZIP Code

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No
☑ Yes.  Fill in the details below.

| | Date issued |
|---|---|
| **Comerica Bank** | **06/30/2020** |
| Name | |

**300 W. 6th St., Ste. 1950**
Number    Street

**Austin            TX    78701**
City            State    ZIP Code

| | Date issued |
|---|---|
| **Lone Star National Bank** | **06/30/2020** |
| Name | |

**2100 Boca Chica Blvd.**
Number    Street

**Brownsville        TX    78520**
City            State    ZIP Code

| | Date issued |
|---|---|
| **Bank of Austin** | **06/30/2020** |
| Name | |

**8611 N. Mopac Expy., Suite 101**
Number    Street

**Austin            TX    78759**
City            State    ZIP Code

| | Date issued |
|---|---|
| **Securian/Minnesota Life Insurance Co.** | **06/30/2020** |
| Name | |

**c/o Trinity Real Estate Finance**
Number    Street

**100 NE Loop 410, Ste. 972**

**San Antonio        TX    78216**
City            State    ZIP Code

Debtor 1    **Allan L. Reagan**          Case number (if known)   **20-11161**

                                    Date issued

**Prudential Mortgage Capital Company LLC**    **06/30/2020**
Name

**100 Mulberry St., Gateway Center 4**
Number    Street

**8th Floor**

**Newark**        **NJ**    **07102**
City            State    ZIP Code

                                    Date issued

**Berkadia Commercial Mortgage LLC**    **06/30/2020**
Name

**6955 Union Park Center, Suite 450**
Number    Street

**Midvale**        **UT**    **84047**
City            State    ZIP Code

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Allan L. Reagan**           **X** _____
     Allan L. Reagan, Debtor 1                  Signature of Debtor 2

    Date    **11/05/2020**              Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**EXHIBIT A**

**Statement of Financial Affairs #18**

**REAGAN INVESTMENTS IN ENTITIES OCTOBER 23, 2018 TO OCTOBER 22, 2020**

| Entity | Date | Gross Community | Debtor Portion 50% Net |
|---|---|---|---|
| | | | |
| FB Capital LLC | 12/21/18 | 470,502.18 | 235,251.09 |
| FB Capital LLC | 12/26/18 | 25,750.00 | 12,875.00 |
| Southwestern Retail Properties III LP | 03/25/19 | 125,000.00 | 62,500.00 |
| Southwestern Retail Properties III LP | 04/29/19 | 75,000.00 | 37,500.00 |
| First Stop Health LLC | 05/01/19 | 50,000.00 | 25,000.00 |
| 100 Trinity LLC | 07/03/19 | 5,058,301.60 | 2,529,150.80 |
| Prairie Pointe Estates Inc. | 08/01/19 | 15,000.00 | 7,500.00 |
| FB Capital LLC | 10/23/19 | 496,252.18 | 248,126.09 |
| FB Capital LLC | 12/22/19 | 48,250.00 | 24,125.00 |
| Twin Shores Mgt. Inc. (FB Capital units) | 12/24/19 | 100,000.00 | 50,000.00 |
| Flix Entertainment LLC | 1/2/2020 | 4,125,000.00 | 2,062,500.00 |
| FB Herdej LLC (FB Capital Units) | 1/14/2020 | 13,125.00 | 6,562.50 |
| Hospitality Investors Inc. | 10/07/20 | 3,500,000.00 | 1,750,000.00 |
| Prairie Pointe Estates Inc. | 10/13/20 | 345,000.00 | 172,500.00 |
| | | | |
| Totals | | 14,447,180.96 | 7,223,590.48 |

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re  **Allan L. Reagan**                                      Case No.  **20-11161**

                                                               Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept...as a retainer............................................  **$56,717.00**

Prior to the filing of this statement I have received.......................................................  **$56,717.00**

Balance Due.............................................................................................................  **$0.00**

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/05/2020** | **/s/ Mark C. Taylor** | |
| *Date* | *Mark C. Taylor* | Bar No.  19713225 |
| | Waller Lansden Dortch & Davis, LLP | |
| | 100 Congress Avenue, 18th Floor | |
| | Austin, TX 78701 | |
| | Phone: (512) 685-6400 / Fax: (512) 685-6417 | |

---

**/s/ Allan L. Reagan**

*Allan L. Reagan*