UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLAN L. REAGAN, | § | CASE NO. 20-11161-TMD |
| Debtor | § | CHAPTER 11 |

**FIRST INTERIM FEE APPLICATION OF WALLER LANSDEN
DORTCH & DAVIS LLP, COUNSEL TO DEBTOR, FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND
<u>REIMBURSEMENT OF EXPENSES INCURRED</u>**

> **This pleading requests relief that may be adverse to your interests.**
>
> **If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**
>
> **A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE TONY M. DAVIS, U.S. BANKRUPTCY JUDGE:

The Firm of Waller Lansden Dortch & Davis LLP ("**Waller**" or "**Applicant**"), counsel to Allan Reagan, the debtor and debtor-in-possession (the "**Debtor**") in the above-captioned chapter 11 case, submits its First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred ("**Application**") and hereby requests: (i) approval of fees earned in the amount of $58,551.00 and expenses incurred in the amount of $2,561.39 totaling $61,112.39; and (ii) authority to receive payment for such amounts by applying amounts from the Retainer (as defined herein) and/or by payment by the Debtor, with any allowed amounts in excess of the Retainer to be considered an allowed administrative claim against the Debtor. As detailed herein and summarized in the Fee Application Summary, submitted pursuant to Rule 2016(a)(1) of the Local Bankruptcy Rules, and attached hereto as <u>**Exhibit A**</u>, Waller has

expended 119.5 hours, at an average hourly rate of $489.97, in representation of the Debtor during the Application Period (as defined below).  In support thereof, Waller respectfully states and represents:

## NARRATIVE SUMMARY

1.    On October 22, 2020  (the "**Petition Date**"), the Debtor commenced this case under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**"). The Debtor is operating and managing his property as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Michael Colvard was appointed as the Subchapter V trustee (the "**Trustee**") on October 27, 2020. No committee has been appointed or designated.

2.    The Court approved the retention of the law firm of Waller as counsel for the Debtor in this case *nunc pro tunc* as of the Petition Date by an order entered December 21, 2020 [Doc. 41] (the "**Retention Order**").

3.    Waller received the amount of $61,179.50 as a prepetition retainer on behalf of the Debtor, of which $46,092.50 remained as of the filing of these cases.  As of the date of this Application, $46,092.50 remains in the retainer (the "**Retainer**").

4.    Pursuant to the Retention Order and Local Rules, Waller has served as the Debtor's bankruptcy counsel with all fees, expenses and payments from the retainer subject to Bankruptcy Court approval.  As stated above, the Fee Application Summary required by Rule 2016(a)(1) of the Local Bankruptcy Rules is attached hereto as **Exhibit A**.

5.    For Waller's representation of the Debtor, the Application requests fees on an overall blended hourly rate of $489.97.  Specifically, the professionals and paraprofessionals involved in the representation and their hourly rates for bankruptcy and non-bankruptcy representations are listed below:

| PROFESSIONAL/ PARAPROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Mark C. Taylor (2020) | Partner | $595 | 57.3 | $34,093.50 |
| Mark C. Taylor (2021) | Partner | $615 | 22.5 | $13,837.50 |
| William R. Nix (2020) | Associate | $375 | 13.5 | $5,062.50 |
| William R. Nix (2021) | Associate | $400 | 0.7 | $280.00 |
| Samuel R. Henninger | Associate | $305 | 6.0 | $1,830.00 |
| Ann Marie Jezisek (2020) | Paralegal | $175 | 16.0 | $2,800.00 |
| Ann Marie Jezisek (2021) | Paralegal | $185 | 3.5 | $647.50 |
| **TOTAL** | | | **119.5** | **$58,551.00** |

6.      No prior applications for compensation or reimbursement of expenses have been made by Waller.

7.      The Debtor has reviewed the invoices requesting fees and expenses and have approved the amounts requested herein.

8.      This Application covers the period from October 23, 2020 through January 31, 2021 (the "**Application Period**").[1]

9.      The Compensation Support Exhibit and Reimbursement Support Exhibit required by Rule 2016(a)(2) and (3) of the Local Bankruptcy Rules is given in the form of detailed time entries and expenses for Waller are attached hereto as **Exhibit B-1 and B-2**.

10.      All receipts for expenses in excess of $100.00 will be made available upon request.

## CASE STATUS

11.      Debtor filed his proposed Plan or Reorganization on January 20, 2021.   A confirmation hearing is set for March 22, 2021.

## SERVICES RENDERED BY APPLICANT

12.      Waller's detailed time entries for the Application Period, in the form of Waller's invoices for the Application Period, are attached hereto as **Exhibit B-1 and B-2**.

---

[1]  The Application does not request approval of fees or expenses incurred after that date at this time.

(a)      <u>Prepetition</u>.  This category is for work performed prior to filing the petition but was not reconciled or paid from the Retainer as of the Petition Date.  Waller has expended 20.1 hours, totaling $7,515.50, in this category.

(b)      <u>B110 - Case Administration</u>. This category is the "catch-all" for coordination and compliance activities not covered in another category.  Among other things, this category includes numerous coordination and compliance matters, including preparation of initial and amended statements of financial affairs and schedules; preparation of documents for the United States Trustee such as interim statements and operating reports; and contact with the United States Trustee. Waller has expended 44.7 hours, totaling $22,069.00, in this category.

(c)      <u>B150 - Meetings of and Communications with Creditors</u>. This category includes work on preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. Waller has expended 3.0 hours, totaling $1,701.00, in this category.

(d)      <u>B160 - Fee and Employment Applications</u>. This category includes work on preparations of employment and fee applications for Waller or the Debtor's other professionals and related work. Waller has expended 9.0 hours, totaling $4,387.00, in this category.

(e)      <u>B310 - Claims Administration and Objections (B310)</u>. This category includes work on specific claim inquiries; bar date motions; analyses, objections and allowances of claims. Waller has expended 4.3 hours, totaling $2,590.50, in this category.

(f)      <u>B320 - Plan and Disclosure Statement</u>.  This category includes work related to formulating and drafting a plan and disclosure statement.  Waller has expended 38.4 hours, totaling $20,288.00, in this category.

## **<u>EXPENSES INCURRED BY WALLER</u>**

13.      Expenses are itemized on the attached **<u>Exhibit B-1 and B-2</u>**.

14.     Waller has incurred $2,561.39 in reasonable and necessary expenses relating to its representation of the Debtor in this case.  The bulk of the expenses relate to third-party printing and mailout services.  As stated above, copies of all receipts relating to outside or third-party expenses in excess of $100.00 will be made available upon request.  Pursuant to the Retention Order and subject to Bankruptcy Court approval, Waller is entitled to reimbursement of actual and necessary expenses incurred in the rendition of its services to the Debtor.  In explanation of certain expense categories, Waller states as follows:

a.     Copying.  Waller charges 20 cents per page for photocopying and 30 cents per page for color photocopying.  The charge is reasonable in view of the fact that (i) the rate is the same rate charged by Waller to other clients, and (ii) the clerk of this Court charges 50 cents per page, not including certification, for copies.

b.     Computer Research.  Charges for use of Westlaw and other on-line research tools are charged only to clients whose situation require the use of such tools, thus reducing costs to the clients as much as possible.  Those on-line services are invaluable for up-to-date research, allowing rapid access to numerous resources that might otherwise be difficult to obtain.  The charges to clients is the same as that charged to Waller by the provider of the services.

c.     Delivery Services.  On occasion, overnight or hand-delivery of documents and other materials is required to expedite receipt of critical documents or information.  Since many clients do not require such expedited service, Waller bills such services directly to the client needing them, instead of including the services as a component of hourly rates.  Waller charges the client the cost of such service.  There is no charge when an employee of Waller hand delivers packages; a procedure which is employed whenever possible.

15.     Waller has made every effort to minimize its disbursements in this case.  The expenses incurred in the rendition of professional services are necessary, reasonable and justified under the circumstances to serve the needs of the Debtor, his estate and creditors.

**LEGAL STANDARDS**

16.     Pursuant to section 330 of the Bankruptcy Code, this Court may award to professional persons employed under section 327 reasonable compensation for actual, necessary services rendered and reimbursement for actual, necessary expenses incurred.

17.     The Fifth Circuit has "made clear that the lodestar, *Johnson* factors, and § 330 [of the Bankruptcy Code] coalesce[ ] to form the framework that regulates the compensation of professionals employed by the bankruptcy estate." *In re Pilgrim's Pride*, 690 F.3d 650, 656 (5th Cir. 2012).

18.     "Under this framework, bankruptcy courts must first calculate the amount of the lodestar." *Id*.  To apply the lodestar approach, the Court determines a reasonable attorney fee in a case by multiplying the number of hours expended by an hourly rate.  *Pennsylvania v. Delaware Valley Citizens' Counsel for Clean Air*, 478 U.S. 456 (1987).

19.     After calculating the lodestar, the Court "then may adjust the lodestar up or down based on the factors contained in § 330 and [its] consideration of the twelve factors listed in *Johnson*."  *Pilgrim's Pride*, 690 F.3d at 656 (quoting *In re Cahill*, 428 F.3d 536, 540 (5th Cir. 2005)).

20.     Section 330 of the Bankruptcy Code instructs the Court to "tak[e] into account all relevant factors, including—

a.      The time spent on such services;

b.      The rates charged for such services;

c.      Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

d.      Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

e.      With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

f.      Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*Pilgrim's Pride*, 690 F.3d at 655-56 (quoting 11 U.S.C. § 330(a)(3)).

21.     The twelve *Johnson* factors include the time and labor required; the novelty and difficulty of the questions; the skill requisite to perform the legal service properly; the preclusion of other employment by the attorney due to acceptance of the case; the customary fee; whether the fee is fixed or contingent; time limitations imposed by the client or circumstances; the amount involved and the results obtained; the experience, reputation and ability of the attorneys; the undesirability of the case; the nature and length of the profession of relationship with the client; and awards in similar cases. *See Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974).

22.     Under each of the guidelines, Waller submits the fees requested herein are fair and reasonable.

## APPLICATION OF GUIDELINES

23.     As required by the first step of the two-step analysis imposed by section 330(a)(1) analysis, all services rendered in this case by Waller were necessary and appropriate. The actions taken by Waller were essential to preserving the value of the assets for the estate, and in attempting to effect a reorganization for the benefit of all creditors.

24.     Likewise with respect to the second step of the analysis, the compensation sought by Waller is competitive. Waller primarily committed the bankruptcy expertise of partner Mark

C. Taylor, along with associates William R. Nix and Samuel R. Henninger, who, during the Application period, worked closely with the Debtor to control fees and expenses related to these bankruptcy proceedings by working to resolve issues by agreement. Waller also extensively utilized non-billing personnel to provide the attorneys with support. Many services rendered by Waller's non-billing personnel are regularly allowed as paralegal services in similar representations. Waller's staffing decisions resulted in efficient case management. The issues in this bankruptcy case have been addressed promptly, properly and with no duplication.

25. Under the lodestar method, in aggregate, Waller rendered 119.5 hours of service at an overall blended hourly rate of $489.97. The overall blended hourly rate is higher than the rate recommended in this district because Waller did not layer this representation with unnecessary paralegal and junior attorneys to lower the average. The issues in this case have been addressed by drawing primarily on the expertise of Mr. Taylor, not by extensive hours in a library or litigating.

26. The twelve *Johnson* factors also support approval of the fees requested in this case.

a. <u>Time and Labor Required</u>. Waller expended 119.5 hours to represent the Debtor in the Application Period. Applicant attempted to avoid overlap and layering of attorneys, and sought to assign matters to associates or to paralegal and other support staff where possible.

b. <u>Novelty and Difficulty of the Questions</u>. Representation of the Debtor has involved somewhat complex issues relating to the Debtor's contingent guaranty liabilities, claims based on those guaranties, and the structure for a plan.

c. <u>Skill Required</u>. This case requires a moderate amount of skill because of timetables associated with Subchapter 5 cases and the issues involved.

      d.      <u>Preclusion of Other Employment</u>.  This representation has not caused significant dislocation or preclusion of other employment by Waller.

      e.      <u>Customary Fee</u>.  If this case were not one under the Bankruptcy Code, Waller would charge the Debtor, and expect to receive on a current basis, an amount at least equal to the amounts herein requested for the professional services rendered.  Waller represents and would demonstrate that the fees are competitive for this region and customary for the degree of skill and expertise required in the representation of Debtor by other experienced bankruptcy practitioners and other professionals in this district.

      f.      <u>Fixed or Contingent Fee</u>.  Waller accepted this representation on an hourly basis with a retainer approved by the Bankruptcy Court. At the time of the acceptance of such representation and negotiation of the retainers, Waller knew and understood that the retainer would be insufficient to fully compensate it for the work that needed to be done in this matter and that confirmation of a plan under the circumstances was not a certainty.  Collection of all amounts are, by their nature, contingent on the ability of the Debtor to pay.

      g.      <u>Time Limitations</u>.  Time limitation was not a significant factor other than the requirements imposed by the Bankruptcy Code for Subchapter 5 cases.

      h.      <u>Amounts and Results</u>.  Waller assisted the Debtor with formulating his Plan, which is set for confirmation.  Waller has also been working closely with Harney Partners, financial advisor to the Debtor, to ensure compliance with financial reporting requirements, schedules and plan projections and analysis.

      i.      <u>Experience, Reputation and Ability</u>.  Mr. Taylor is highly experienced in creditors' rights and debtor protection work, and has been actively involved in many bankruptcy cases in the Western District of Texas and elsewhere.  The attorneys at Waller enjoy a reputation

as providing quality legal services without inefficiencies and duplications which occasionally occur in representations by larger, full service firms.

        j.     <u>Undesirability of the Case</u>.  There are no particular undesirable features of this case.

        k.     <u>Relationship with Client</u>.  Waller had no pre-existing relationship with the Debtor until selected by him for prepetition consultation on debt restructuring and bankruptcy. The Debtor chose Waller because of its reputation in matters of this type.

        l.     <u>Awards in Similar Cases</u>.  The compensation sought by Waller is this case is the commensurate rates sought by professionals in other cases in this district.

## **<u>CONCLUSION</u>**

For the foregoing reasons, Waller requests approval of the fees and expenses as set forth above.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

<u>/s/ Mark C. Taylor</u>
Mark C. Taylor (Bar No. 19713225)
William R. "Trip" Nix (Bar No. 24092902)
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Email: Mark.Taylor@wallerlaw.com
       Trip.Nix@wallerlaw.com

*Attorneys for the Debtor and*
*Debtor in Possession*

**CERTIFICATION PURSUANT TO UNIFORM RULES, EXHIBIT H, SECTION I.G**

I hereby certify that I have (1) read this Application; (2) to the best of my knowledge, information and belief, the compensation and expense reimbursement sought is in conformity with the Guidelines for Compensation and Expense Reimbursement for Professionals, except as may be specifically noted in the Application; and (3) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by the Applicant and generally accepted by the Applicant's clients.

By: */s/ Mark C. Taylor*
Mark C. Taylor

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing Application has been served by the Court's ECF e-filing notification on all parties on the attached service list on March 5, 2021. The Fee Application Summary, attached hereto as **<u>Exhibit A</u>**, has been served on all parties on the service list attached thereto as specified in its Certificate of Service.

By: */s/ Mark C. Taylor*
Mark C. Taylor

## SERVICE LIST

**Debtor**
Allan L. Reagan
585 River Run
Leander, TX 78641

**Trustee**
Michael Colvard
Weston Center
112 East Pecan Street, Suite 1616
San Antonio, TX 78205

**Twenty-largest creditors:**
Madison/East Towne LLC
c/o CBL & Associates
2030 Hamilton Place Blvd.
Chattanooga, TN 37421-6000

Village @ La Orilla
Attn:  Philip Lindborg
12809 Donette Court N.E.
Albuquerque, NM 87112

Martin S. Headley
1500 Knobb Hill Lane
Paoli, PA 19301

Comerica Bank
Attn:  Lesley B. Higginbotham, VP
Special Assets Group - Texas Market
P.O. Box 650282
Dallas, TX 75265-0282

Ann E. Headley
1500 Knobb Hill Lane
Paoli, PA 19301

Wyndham Franchisor LLC
22 Sylvan Way
Parssipany, NJ 07054

Spain Family IX LLC
c/o Patrick J. Spain
11809 Oak Branch Dr.
Austin, TX 78737

Bennett Living Trust
Attn:  Michael Bennett
2321 Abbot Kinney Blvd.
Venice, CA 90291

Gary J. Neumayer
2201 Berrywood Lane
Bloomington, IL 61704-2449

Headley Investments, LP
1500 Knobb Hill Lane
Paoli, PA 19301

Frances and Wayne Lee
468 Jade Tree Lane
Monterey Park, CA 91754

Capital One Spark Visa for Business
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase Ink Card for Business
P.O. Box 15298
Wilmington, DE 19850-5298

Ford Motor Credit Corp.
P.O. Box 105704
Atlanta, GA 30348

Comerica Bank
Dept. #166901
P.O. Box 55000
Detroit, MI 48255-1669

Citicard Advantage Mastercard
Cardmember Services
P.O. Box 6062
Sioux Falls, SD 57117

Discover Card
Billing Inquiries
P.O. Box 30943
Salt Lake City, UT 84130

Chase Visa Mileage Plus
P.O. Box 15298
Wilmington, DE 19850-5298

Comerica Bank
Attn:  J.B. Stueckler, AVP
300 W. Sixth Street
Austin, TX 78701

**Unsecured Creditors/
Interested Parties**
3401Hoteliers, LP
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

83rd Street Development, LLC
Attn:  Trent G. Moore
9000 Cameron Parkway
Oklahoma City, OK 73114

Action Propane
2601 S. Hwy. 183
Leander, TX 78641

ADT
P.O. Box 660418
Dallas, TX 75266

Al Clawson Disposal
P.O. Box 416
Jarrel, TX 76537

AT&T
P.O. Box 5001
Carol Stream, IL 60197

AT&T (DirectTV)
P.O. Box 5014
Carol Stream, IL 60197

Bank of Austin
Attn: David H. Marks, SVP
8611 N. Mopac Exp., Suite 101
Austin, TX 78759

DT Chandler, LLC
Attn:  Bret Anderson, Manager
140 E. Rio Salado Parkway, Unit 305
Tempe, AZ 85281

FB Capital, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse AZ, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Holdco, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Indiana, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Iowa, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse NM, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse OK, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse SAT, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse III, LLC (Mansfield)
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Texas IV, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Texas V, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse TX II, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse TX IV, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Wi, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Entertainment, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Hospitality Investors, Inc.
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Internal Revenue Services
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Janet L. Reagan
585 River Run
Leander, TX 78641

Kathleen R. McCormick
6801 Greenwood Ave., Unit 210
Seattle, WA 98103

Lone Star National Bank
Attn:  Sergio Gonzalez, 1st VP
2100 Boca Chica Blvd.
Brownsville, TX 78520

Merle Hay Investors LLC
c/o Abbell Credit Corporation
30 N. LaSalle St., Suite 2120
Chicago, IL 60602

Mikeska Monahan & Peckham, P.C.
100 Congress Ave., Suite 990
Austin, TX 78701

Pedernales Electric Company
P.O. Box 1
Johnson City, TX 78636

Poolwerx by Blue Bottom Pool Supply
3021 S. IH35, Suite 140
Round Rock, TX 78664

Prudential Mortgage Capital Company LLC
c/o Prudential
100 Mulberry St., Gateway Center 4
8th Floor
Newark, NJ 07102

ROP Artcraft LLC
Attn: Adam Frank
5678 N. mesa St.
El Paso, TX 79912

Round Rock Business Park, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

RPT Realty, L.P.
19 W. 44th Street, Suite 1002
New York, NY 10036

Securian/Minnesota Life Insurance Co.
c/o Trinity Real Estate Finance
100 NE Loop 410, Suite 972
San Antonio, TX 78216

Southwestern Retail Properties II, LP
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Southwestern Retail Properties III, LP
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Southwestern Retail Properties LP
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Spectrum
P.O. Box 60074
City of Industry, CA 91716-0074

UBS Real Estate Securities, Inc.
c/o Berkadia Commercial Mortgage LLC
6955 Union Park Center, Suite 450
Midvale, UT 84047

U.S. Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Wells Fargo Auto
MAC T9017-026
P.O. Box 168-48
Irving, TX 75016-8048

Williamson County Tax Office
904 S. Main Street
Georgetown, TX 78626

**Parties Filing Claims**
Discover Bank/Discover Products
PO Box 3025
New Albany, OH 43054-3025

JPMorgan Chase Bank, N.A.
c/o National Bankruptcy Services LLC
P.O. Box 9013
Addison, TX 75001

Capital One Bank (USA) N.A.
By American InfoSource as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Madison/East Towne, LLC
Attn: Caleb T. Holzaepfel
736 Georgia Ave., Ste. 300
Chattanooga, TN 37402

**Parties Requesting Notice**
Stephen G. Wilcox
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006

Shane P. Tobin
Henry G. Hobbs, Jr.
Acting United States Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

Kell C. Mercer
Kell C. Mercer, P.C.
1602 E. Cesar Chavez Street
Austin, TX 78702

Robert J. Diehl, Jr.
Jaimee L. Witten
Noel J. Ravenscroft
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

Bruce J. Zabarauskas
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201

Michael Flume
Flume Law Firm, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, TX 78209

David M. Blau
Clark Hill PLC
151 S. Old Woodward Ave., Suite 200
Birmingham, MI 48009

Ross A. Plourde
McAfee & Taft
211 North Robinson, 8th Floor
Oklahoma City, OK 73102-7103

Harrel L. Davis III
Gordon Davis Johnson & Shane P.C.
4695 N. Mesa Street
El Paso, TX 79912

Daniel M. Eliades
K&L Gates, LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

David Catuogno
K&L Gates, LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

Caitlin C. Conklin
K&L Gates, LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

Jack O'Connor
Sugar Felsenthal Grais & Helsinger LLP
30 N. LaSalle St., Suite 3000
Chicago, IL 60602

William T. Peckham
1104 Nueces St., Suite 104
Austin, TX 78701-2106

Stephen K. Lecholop II
Rosenthal Pauerstein
Sandoloski Agather LLP
755 East Mulberry, Suite 200
San Antonio, TX 78212

Peter Lindborg
550 N. Brand Blvd., Suite 1830
Glendale, CA 91203

Louis D. Lopez
Fennemore Craig, P.C.
2394 E. Camelback Rd., Suite 600
Phoenix, AZ 85016

Richard E. Hettinger
Davidson Troilo Ream & Garza, P.C.
601 N.W. Loop 410, Suite 100
San Antonio, Texas 78216

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLAN L. REAGAN, | § | CASE NO. 20-11161-TMD |
| Debtor | § | CHAPTER 11 |

**SUMMARY FOR FIRST INTERIM FEE APPLICATION OF WALLER LANSDEN DORTCH & DAVIS LLP, COUNSEL TO DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND <u>REIMBURSEMENT OF EXPENSES INCURRED</u>**

> **This pleading requests relief that may be adverse to your interests.**
>
> **If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**
>
> **A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE TONY M. DAVIS, U.S. BANKRUPTCY JUDGE:

The firm of Waller Lansden Dortch & Davis LLP (“**Waller**” or “**Applicant**”), counsel to the above-captioned debtor and debtor-in-possession (the “**Debtor**”) in the above-captioned chapter 11 cases, submits its Summary for its First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred (“**Application**”).  The following is a summary of the information detailed in the Application.

A.     **Client.**  The Debtor, Allan L. Reagan.

B.     **Requesting Applicant/Firm.**  Waller is the Debtor’s counsel in the bankruptcy case.

C.     **Total Amount of Fees and Expenses Requested:**

Fees: $58,551.00

Expenses: $2,561.39

D.    **Pre-Petition Retainer:**

Pre-petition Retainer as of filing date: $46,092.50

Retainer remaining as of the date of this Application: $46,092.50[1]

E.    **Application Period**

October 23, 2020 through January 31, 2021.

F.    **Timekeepers billing time to this representation are:**

| PROFESSIONAL/ PARAPROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Mark C. Taylor (2020) | Partner | $595 | 57.3 | $34,093.50 |
| Mark C. Taylor (2021) | Partner | $615 | 22.5 | $13,837.50 |
| William R. Nix (2020) | Associate | $375 | 13.5 | $5,062.50 |
| William R. Nix (2021) | Associate | $400 | 0.7 | $280.00 |
| Samuel R. Henninger | Associate | $305 | 6.0 | $1,830.00 |
| Ann Marie Jezisek (2020) | Paralegal | $175 | 16.0 | $2,800.00 |
| Ann Marie Jezisek (2021) | Paralegal | $185 | 3.5 | $647.50 |
| **TOTAL** | | | **119.5** | **$58,551.00** |

G.    **Minimum Fee Increments**: Waller bills time in tenth of hours.

H.    **Expenses**: Waller is requesting $2,561.39 in expenses.  Waller charges 20 cents per page for photocopying; 30 cents per page for color photocopying; and actual charges (no premium) for services provided by third parties.

I.    **Amount Allocated for Preparation of this Fee Application**: Waller has not requested fees incurred in drafting this Application.

J.    **Prior Applications.**  Waller has not filed any previous Applications in this case.

K.    **Other Co-equal or Administrative Claimants in this Case:**

a.    HMP Advisory Holdings, LLC d/b/a Harney Partners, financial advisors for the Debtor;

b.    Mikeska Monahan & Peckham, PC, as accountant for Debtor;

c.    Michael Colvard, Subchapter V Trustee for the Debtor; and

---

[1] The Retention Order authorized Waller to satisfy fees and expenses that had accrued immediately prior to the Petition Date, but had not been reconciled as of the Petition Date.

      d.     Ciardi Ciardi & Astin, special counsel for the Debtor.

Allowance of Waller's Application will not result in the Debtor's estate not being able to pay all co-equal or superior administrative claims in this case.

L.    **Result Obtained.** As detailed in the application, Waller assisted the Debtor with formulating his Plan, which is set for confirmation. Waller has also been working closely with Harney Partners, financial advisor to the Debtor, to ensure compliance with financial reporting requirements, schedules and plan projections and analysis. Waller performed services in the following categories during the Application Period:

1.    <u>Prepetition</u>. This category is for work performed prior to filing the petition but was not reconciled or paid from the Retainer as of the Petition Date. Waller has expended 20.1 hours, totaling $7,515.50, in this category.

2.    <u>B110 - Case Administration</u>. This category is the "catch-all" for coordination and compliance activities not covered in another category. Among other things, this category includes numerous coordination and compliance matters, including preparation of initial and amended statements of financial affairs and schedules; preparation of documents for the United States Trustee such as interim statements and operating reports; and contact with the United States Trustee. Waller has expended 44.7 hours, totaling $22,069.00, in this category.

3.    <u>B150 - Meetings of and Communications with Creditors</u>. This category includes work on preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. Waller has expended 3.0 hours, totaling $1,701.00, in this category.

4.    <u>B160 - Fee and Employment Applications</u>. This category includes work on preparations of employment and fee applications for Waller or the Debtor's other professionals and related work. Waller has expended 9.0 hours, totaling $4,387.00, in this category.

5.    <u>B310 - Claims Administration and Objections</u>. This category includes work on specific claim inquiries; bar date motions; analyses, objections and allowances of claims. Waller has expended 4.3 hours, totaling $2,590.50, in this category.

6.    <u>B320 - Plan and Disclosure Statement</u>. This category includes work related to formulating and drafting a plan and disclosure statement. Waller has expended 38.4 hours, totaling $20,288.00, in this category.

**EXHIBIT A**
**Page 3 of 8**

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

*/s/ Mark C. Taylor*
Mark C. Taylor (Bar No. 19713225)
William R. "Trip" Nix (Bar No. 24092902)
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Email: Mark.Taylor@wallerlaw.com
          Trip.Nix@wallerlaw.com

*Attorneys for the Debtor and*
*Debtor in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon all parties on the attached Service List either electronically (as an exhibit to the Application) on those parties receiving the Court's ECF service on March 5, 2021 or by United States mail on March 8, 2021.

*/s/ Mark C. Taylor*
Mark C. Taylor

### SERVICE LIST

**Debtor**
Allan L. Reagan
585 River Run
Leander, TX 78641

**Trustee**
Michael Colvard
Weston Center
112 East Pecan Street, Suite 1616
San Antonio, TX 78205

**Twenty-largest creditors:**
Madison/East Towne LLC
c/o CBL & Associates
2030 Hamilton Place Blvd.
Chattanooga, TN 37421-6000

Village @ La Orilla
Attn:  Philip Lindborg
12809 Donette Court N.E.
Albuquerque, NM 87112

Martin S. Headley
1500 Knobb Hill Lane
Paoli, PA 19301

Comerica Bank
Attn:  Lesley B. Higginbotham, VP
Special Assets Group - Texas Market
P.O. Box 650282
Dallas, TX 75265-0282

Ann E. Headley
1500 Knobb Hill Lane
Paoli, PA 19301

Wyndham Franchisor LLC
22 Sylvan Way
Parssipany, NJ 07054

Spain Family IX LLC
c/o Patrick J. Spain
11809 Oak Branch Dr.
Austin, TX 78737

Bennett Living Trust
Attn:  Michael Bennett
2321 Abbot Kinney Blvd.
Venice, CA 90291

Gary J. Neumayer
2201 Berrywood Lane
Bloomington, IL 61704-2449

Headley Investments, LP
1500 Knobb Hill Lane
Paoli, PA 19301

Frances and Wayne Lee
468 Jade Tree Lane
Monterey Park, CA 91754

Capital One Spark Visa for Business
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase Ink Card for Business
P.O. Box 15298
Wilmington, DE 19850-5298

Ford Motor Credit Corp.
P.O. Box 105704
Atlanta, GA 30348

Comerica Bank
Dept. #166901
P.O. Box 55000
Detroit, MI 48255-1669

Citicard Advantage Mastercard
Cardmember Services
P.O. Box 6062
Sioux Falls, SD 57117

Discover Card
Billing Inquiries
P.O. Box 30943
Salt Lake City, UT 84130

Chase Visa Mileage Plus
P.O. Box 15298
Wilmington, DE 19850-5298

Comerica Bank
Attn:  J.B. Stueckler, AVP
300 W. Sixth Street
Austin, TX 78701

**Unsecured Creditors/
Interested Parties**
3401Hoteliers, LP
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

038540-04298/4839-4773-4992.1

**EXHIBIT A
Page 5 of 8**

83rd Street Development, LLC
Attn:  Trent G. Moore
9000 Cameron Parkway
Oklahoma City, OK 73114

Action Propane
2601 S. Hwy. 183
Leander, TX 78641

ADT
P.O. Box 660418
Dallas, TX 75266

Al Clawson Disposal
P.O. Box 416
Jarrel, TX 76537

AT&T
P.O. Box 5001
Carol Stream, IL 60197

AT&T (DirectTV)
P.O. Box 5014
Carol Stream, IL 60197

Bank of Austin
Attn: David H. Marks, SVP
8611 N. Mopac Exp., Suite 101
Austin, TX 78759

DT Chandler, LLC
Attn:  Bret Anderson, Manager
140 E. Rio Salado Parkway, Unit 305
Tempe, AZ 85281

FB Capital, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse AZ, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Holdco, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Indiana, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Iowa, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse NM, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse OK, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse SAT, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse III, LLC (Mansfield)
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Texas IV, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Texas V, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse TX II, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse TX IV, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Wi, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Entertainment, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Hospitality Investors, Inc.
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Internal Revenue Services
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Janet L. Reagan
585 River Run
Leander, TX 78641

Kathleen R. McCormick
6801 Greenwood Ave., Unit 210
Seattle, WA 98103

Lone Star National Bank
Attn:  Sergio Gonzalez, 1st VP
2100 Boca Chica Blvd.
Brownsville, TX 78520

Merle Hay Investors LLC
c/o Abbell Credit Corporation
30 N. LaSalle St., Suite 2120
Chicago, IL 60602

Mikeska Monahan & Peckham, P.C.
100 Congress Ave., Suite 990
Austin, TX 78701

Pedernales Electric Company
P.O. Box 1
Johnson City, TX 78636

Poolwerx by Blue Bottom Pool Supply
3021 S. IH35, Suite 140
Round Rock, TX 78664

Prudential Mortgage Capital Company LLC
c/o Prudential
100 Mulberry St., Gateway Center 4
8th Floor
Newark, NJ 07102

ROP Artcraft LLC
Attn: Adam Frank
5678 N. mesa St.
El Paso, TX 79912

Round Rock Business Park, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

RPT Realty, L.P.
19 W. 44th Street, Suite 1002
New York, NY 10036

Securian/Minnesota Life Insurance Co.
c/o Trinity Real Estate Finance
100 NE Loop 410, Suite 972
San Antonio, TX 78216

Southwestern Retail Properties II, LP
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Southwestern Retail Properties III, LP
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Southwestern Retail Properties LP
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Spectrum
P.O. Box 60074
City of Industry, CA 91716-0074

UBS Real Estate Securities, Inc.
c/o Berkadia Commercial Mortgage LLC
6955 Union Park Center, Suite 450
Midvale, UT 84047

U.S. Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Wells Fargo Auto
MAC T9017-026
P.O. Box 168-48
Irving, TX 75016-8048

Williamson County Tax Office
904 S. Main Street
Georgetown, TX 78626

**Parties Filing Claims**

Discover Bank/Discover Products
PO Box 3025
New Albany, OH 43054-3025

JPMorgan Chase Bank, N.A.
c/o National Bankruptcy Services LLC
P.O. Box 9013
Addison, TX 75001

Capital One Bank (USA) N.A.
By American InfoSource as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Madison/East Towne, LLC
Attn: Caleb T. Holzaepfel
736 Georgia Ave., Ste. 300
Chattanooga, TN 37402

**Parties Requesting Notice**
Stephen G. Wilcox
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006

Shane P. Tobin
Henry G. Hobbs, Jr.
Acting United States Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

Kell C. Mercer
Kell C. Mercer, P.C.
1602 E. Cesar Chavez Street
Austin, TX 78702

Robert J. Diehl, Jr.
Jaimee L. Witten
Noel J. Ravenscroft
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

Bruce J. Zabarauskas
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201

Michael Flume
Flume Law Firm, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, TX 78209

David M. Blau
Clark Hill PLC
151 S. Old Woodward Ave., Suite 200
Birmingham, MI 48009

Ross A. Plourde
McAfee & Taft
211 North Robinson, 8th Floor
Oklahoma City, OK 73102-7103

Harrel L. Davis III
Gordon Davis Johnson & Shane P.C.
4695 N. Mesa Street
El Paso, TX 79912

Daniel M. Eliades
K&L Gates, LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

David Catuogno
K&L Gates, LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

Caitlin C. Conklin
K&L Gates, LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

Jack O'Connor
Sugar Felsenthal Grais & Helsinger LLP
30 N. LaSalle St., Suite 3000
Chicago, IL 60602

William T. Peckham
1104 Nueces St., Suite 104
Austin, TX 78701-2106

Stephen K. Lecholop II
Rosenthal Pauerstein
Sandoloski Agather LLP
755 East Mulberry, Suite 200
San Antonio, TX 78212

Peter Lindborg
550 N. Brand Blvd., Suite 1830
Glendale, CA 91203

Louis D. Lopez
Fennemore Craig, P.C.
2394 E. Camelback Rd., Suite 600
Phoenix, AZ 85016

Richard E. Hettinger
Davidson Troilo Ream & Garza, P.C.
601 N.W. Loop 410, Suite 100
San Antonio, Texas 78216

038540-04298/4839-4773-4992.1

**EXHIBIT A**

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**100 CONGRESS AVENUE, SUITE 1800**
**AUSTIN, TEXAS 78701**
**512-685-6400**
FEDERAL ID NO. 62-0479474

Allan Reagan                                         February 26, 2021
Aramcor Inc                                          Invoice 10798039
2000 S IH-35 Ste Q11                                 Page 1
Round Rock, TX  78681-6942                           Bill Through 01/31/21
                                                     Billing Atty: M. Taylor

Our Matter #       038540.04298

                   Reorganization

| | | | |
|---|---|---|---|
| 10/11/20 | Research re: ███████████████████ ███████████████ Nix, William R. | 1.00 hrs. | $ 375.00 |
| 10/12/20 | Research re ████████████████████ ████████████ Nix, William R. | 1.80 hrs. | $ 675.00 |
| 10/14/20 | Review ███████████████████████; email to M. Taylor re: same Nix, William R. | 0.30 hrs. | $ 112.50 |
| 10/15/20 | Emails re: schedules Taylor, Mark C. | 0.20 hrs. | $ 119.00 |
| 10/15/20 | Emails with A. Reagan re: DIP account Taylor, Mark C. | 0.20 hrs. | $ 119.00 |
| 10/15/20 | Review Mansfield Lease Amendment Taylor, Mark C. | 0.30 hrs. | $ 178.50 |
| 10/15/20 | Telephone conference with A. Reagan, J. Reagan, E. White and K. Mercer Taylor, Mark C. | 0.50 hrs. | $ 297.50 |
| 10/20/20 | Emails with A. Reagan; review financial statement Taylor, Mark C. | 0.70 hrs. | $ 416.50 |
| 10/20/20 | Review ████████████████████; email to M. Taylor re: same Nix, William R. | 0.30 hrs. | $ 112.50 |
| 10/21/20 | Review issues re: balance sheet Taylor, Mark C. | 0.50 hrs. | $ 297.50 |

**EXHIBIT B-1**
**Page 1 of 3**

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 038540.04298        February 26, 2021
Invoice # 10798039        Page 2

| | | | |
|---|---|---|---|
| 10/21/20 | Emails with A. Reagan re: Harney<br>Taylor, Mark C. | 0.30 hrs. | $ 178.50 |
| 10/21/20 | Review tax return<br>Taylor, Mark C. | 0.40 hrs. | $ 238.00 |
| 10/21/20 | Telephone conference with K. Mercer<br>Taylor, Mark C. | 0.30 hrs. | $ 178.50 |
| 10/21/20 | Review draft petition and schedules<br>Taylor, Mark C. | 0.70 hrs. | $ 416.50 |
| 10/21/20 | Numerous emails re: petition and filing issues<br>Taylor, Mark C. | 0.50 hrs. | $ 297.50 |
| 10/21/20 | Work on Section 1161 statement<br>Taylor, Mark C. | 0.30 hrs. | $ 178.50 |
| 10/21/20 | Review additional information from client; emails with M. Taylor; add new creditors and update information for petition and schedules; draft statement re: submissions with petition; review and redact tax returns; emails with A. Reagan<br>Jezisek, Ann Marie | 4.80 hrs. | $ 840.00 |
| 10/22/20 | Telephone conference and emails with A. Reagan re: filing<br>Taylor, Mark C. | 0.50 hrs. | $ 297.50 |
| 10/22/20 | Telephone conference and emails with A. Jezisek re: filing<br>Taylor, Mark C. | 0.60 hrs. | $ 357.00 |
| 10/22/20 | Revise and finalize petition and attachments<br>Taylor, Mark C. | 0.70 hrs. | $ 416.50 |
| 10/22/20 | Telephone conference with K. Mercer, J. Reagan and A. Reagan<br>Taylor, Mark C. | 0.40 hrs. | $ 238.00 |
| 10/22/20 | Emails with E. White<br>Taylor, Mark C. | 0.30 hrs. | $ 178.50 |
| 10/22/20 | Review and compare balance sheets<br>Taylor, Mark C. | 0.50 hrs. | $ 297.50 |
| 10/22/20 | Review additional information from client; emails with M. Taylor and A. Reagan; update information for petition and schedules; finalize and file voluntary petition<br>Jezisek, Ann Marie | 4.00 hrs. | $ 700.00 |
| | Total Fees for Professional Services ...................................................... | | $ 7,515.50 |

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 038540.04298                                                February 26, 2021
Invoice # 10798039                                                                   Page 3

**Summary of Fees**

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Taylor, Mark C. | 595.00 | 7.90 | $ 4,700.50 |
| Nix, William R. | 375.00 | 3.40 | $ 1,275.00 |
| Jezisek, Ann Marie | 175.00 | 8.80 | $ 1,540.00 |
| TOTAL | | 20.10 | $ 7,515.50 |

**Disbursements**

| | |
|---|---|
| Conference Call | $ 25.17 |
| Total Disbursements............................................................................ | $ 25.17 |
| Total Fees and Disbursements on This Invoice | $ 7,540.67 |
| PLEASE REMIT TOTAL AMOUNT DUE | $ 7,540.67 |

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**100 CONGRESS AVENUE, SUITE 1800**
**AUSTIN, TEXAS 78701**
**512-685-6400**
FEDERAL ID NO. 62-0479474

Allan Reagan                                          February 26, 2021
Aramcor Inc                                           Invoice 10798040
2000 S IH-35 Ste Q11                                  Page 1
Round Rock, TX  78681-6942                            Bill Through 01/31/21
                                                      Billing Atty: M. Taylor

Our Matter #       038540.06173

                   Chapter 11 Bankruptcy

| Date | Description | | | |
|---|---|---|---|---|
| 10/23/20 | Emails with A. Reagan<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 10/23/20 | Email to K. Mercer<br>Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 10/23/20 | Review case filings<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 10/23/20 | Review notice of status hearing<br>Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 10/25/20 | Review email from A. Reagan<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 10/26/20 | Emails with E. White<br>Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 10/26/20 | Emails with A. Reagan<br>Taylor, Mark C. | B110 | 0.40 hrs. | $ 238.00 |
| 10/27/20 | Telephone conference with A. Reagan, J. Reagan, E. White and K. Mercer<br>Taylor, Mark C. | B110 | 0.50 hrs. | $ 297.50 |
| 10/27/20 | Emails re: schedules<br>Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 10/27/20 | Emails with A. Reagan re: DIP account<br>Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 10/27/20 | Review Mansfield Lease Amendment<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 10/27/20 | Emails re: appraisals<br>Taylor, Mark C. | B110 | 0.40 hrs. | $ 238.00 |

**EXHIBIT B-2**
**Page 1 of 14**

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 038540.06173
Invoice # 10798040

February 26, 2021
Page 2

| Date | Description | | | |
|------|-------------|---|---|---|
| 10/28/20 | Emails with A. Reagan and E. White re: bank account<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 10/28/20 | Email with B. Henault re: bank account<br>Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 10/28/20 | Review email from A. Reagan re: Comerica<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 10/28/20 | Review email and IDI packet<br>Taylor, Mark C. | B110 | 0.50 hrs. | $ 297.50 |
| 10/29/20 | Telephone conference with A. Reagan, J. Reagan, K. Mercer and E. White<br>Taylor, Mark C. | B110 | 0.50 hrs. | $ 297.50 |
| 10/29/20 | Emails with A. Reagan<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 10/29/20 | Emails re: undeliverable addresses for creditors<br>Jezisek, Ann Marie | B110 | 0.20 hrs. | $ 35.00 |
| 10/30/20 | Draft amended matrix<br>Jezisek, Ann Marie | B110 | 0.10 hrs. | $ 17.50 |
| 11/02/20 | Emails re: schedules<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 11/02/20 | Revise schedules<br>Jezisek, Ann Marie | B110 | 1.50 hrs. | $ 262.50 |
| 11/03/20 | Emails with A. Reagan and E. White re: schedules<br>Taylor, Mark C. | B110 | 0.40 hrs. | $ 238.00 |
| 11/03/20 | Review updated draft of schedules and statement of financial affairs<br>Taylor, Mark C. | B110 | 0.60 hrs. | $ 357.00 |
| 11/03/20 | Review email from A. Reagan re: 3401 Hoteliers<br>Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 11/03/20 | Revise schedules and statement of financial affairs<br>Jezisek, Ann Marie | B110 | 2.30 hrs. | $ 402.50 |
| 11/04/20 | Telephone conference with J. Friedland and A. Reagan<br>Taylor, Mark C. | B110 | 0.40 hrs. | $ 238.00 |
| 11/04/20 | Emails re: schedules and statement of financial affairs and review revisions<br>Taylor, Mark C. | B110 | 0.60 hrs. | $ 357.00 |
| 11/04/20 | Review and respond to email from A. Reagan re: tax returns<br>Jezisek, Ann Marie | B110 | 0.10 hrs. | $ 17.50 |
| 11/05/20 | Review and revise schedules and statement of financial affairs<br>Taylor, Mark C. | B110 | 0.50 hrs. | $ 297.50 |

**EXHIBIT B-2**
**Page 2 of 14**

WALLER LANSDEN DORTCH & DAVIS, LLP

| 11/05/20 | Telephone conference and numerous emails with A. Reagan, E. White and A. Jezisek re: schedules and statement of financial affairs | | | |
| | Taylor, Mark C. | B110 | 1.00 hrs. | $ 595.00 |
| 11/05/20 | Telephone conference with A. Reagan, M. Taylor and E. White re: schedules and statement of financial affairs | | | |
| | Jezisek, Ann Marie | B110 | 0.60 hrs. | $ 105.00 |
| 11/05/20 | Revise, finalize and file schedules and statement of financial affairs | | | |
| | Jezisek, Ann Marie | B110 | 1.50 hrs. | $ 262.50 |
| 11/05/20 | Draft, finalize and file amended matrix for added and modified creditors | | | |
| | Jezisek, Ann Marie | B110 | 0.40 hrs. | $ 70.00 |
| 11/06/20 | Emails with M. Colvard and B. Henault | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 11/06/20 | Emails re: initial debtor report | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 11/08/20 | Emails with A. Reagan re: initial debtor report | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 11/09/20 | Attend telephonic initial debtor interview | | | |
| | Taylor, Mark C. | B110 | 0.50 hrs. | $ 297.50 |
| 11/09/20 | Emails with B. Henault | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 11/09/20 | Emails with A. Reagan | | | |
| | Taylor, Mark C. | B110 | 0.40 hrs. | $ 238.00 |
| 11/09/20 | Finalize IDI forms | | | |
| | Taylor, Mark C. | B110 | 0.40 hrs. | $ 238.00 |
| 11/10/20 | Telephone conference with counsel for Oklahoma landlord | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 11/10/20 | Emails with A. Reagan re: hotel sale | | | |
| | Taylor, Mark C. | B110 | 0.40 hrs. | $ 238.00 |
| 11/10/20 | Review list of entities and status | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 11/10/20 | Draft Harney retention application | | | |
| | Taylor, Mark C. | B160 | 1.50 hrs. | $ 892.50 |
| 11/10/20 | Emails with E. White | | | |
| | Taylor, Mark C. | B160 | 0.20 hrs. | $ 119.00 |
| 11/10/20 | Attention to preparing chapter 11 plan | | | |
| | Nix, William R. | B320 | 0.30 hrs. | $ 112.50 |

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 038540.06173                                          February 26, 2021
Invoice # 10798040                                                          Page 4

| | | | | |
|---|---|---|---|---|
| 11/10/20 | Prepare application to employ Waller | | | |
| | Nix, William R. | B160 | 1.70 hrs. | $ 637.50 |
| 11/10/20 | Prepare order granting application to employ Waller | | | |
| | Nix, William R. | B160 | 0.50 hrs. | $ 187.50 |
| 11/10/20 | Prepare declaration of Mark Taylor in support of application to employ | | | |
| | Nix, William R. | B160 | 1.20 hrs. | $ 450.00 |
| 11/11/20 | Emails with A. Reagan | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 11/11/20 | Review amended 2018 return | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 11/12/20 | Emails re: tax refund check | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 11/12/20 | Emails with A. Reagan | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 11/12/20 | Review Harney's revisions to application to employ | | | |
| | Taylor, Mark C. | B160 | 0.30 hrs. | $ 178.50 |
| 11/13/20 | Attention to preparing chapter 11 plan | | | |
| | Nix, William R. | B320 | 1.00 hrs. | $ 375.00 |
| 11/16/20 | Revise and finalize Waller retention application | | | |
| | Taylor, Mark C. | B160 | 0.50 hrs. | $ 297.50 |
| 11/16/20 | Emails with A. Reagan re: Wyndham Hotel | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 11/16/20 | Emails with E. White | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 11/16/20 | Emails re: 341 meeting | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 11/16/20 | Emails with J. Friedland | | | |
| | Taylor, Mark C. | B110 | 0.40 hrs. | $ 238.00 |
| 11/16/20 | Emails with counsel for Comerica | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 11/16/20 | Emails with counsel for Oklahoma landlord, and review correspondence re: same | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 11/17/20 | Telephone conference with J. Friedland | | | |
| | Taylor, Mark C. | B160 | 0.30 hrs. | $ 178.50 |
| 11/17/20 | Emails re: bank accounts | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |

**EXHIBIT B-2**
**Page 4 of 14**

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 038540.06173
Invoice # 10798040

February 26, 2021
Page 5

| | | | | |
|---|---|---|---|---|
| 11/17/20 | Emails with E. White re: form 426<br>Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 11/17/20 | Revise Harney fee application<br>Taylor, Mark C. | B160 | 0.30 hrs. | $ 178.50 |
| 11/17/20 | Emails with A. Reagan<br>Taylor, Mark C. | B160 | 0.20 hrs. | $ 119.00 |
| 11/17/20 | Telephone conference with A. Reagan, E. White and T. Nix re: 341 meeting<br>Taylor, Mark C. | B150 | 0.60 hrs. | $ 357.00 |
| 11/17/20 | Telephone conference with E. White re: cash flow<br>Taylor, Mark C. | B110 | 0.40 hrs. | $ 238.00 |
| 11/17/20 | Telephone conference with M. Taylor, E. White, and A. Reagan re: upcoming 341 meeting<br>Nix, William R. | B150 | 0.40 hrs. | $ 150.00 |
| 11/17/20 | Attention to revising declaration of M. Taylor<br>Nix, William R. | B160 | 0.50 hrs. | $ 187.50 |
| 11/17/20 | Work on motion to maintain prepetition bank account<br>Nix, William R. | B110 | 0.50 hrs. | $ 187.50 |
| 11/17/20 | Telephone conference with E. White re: maintaining certain prepetition accounts of the debtor<br>Nix, William R. | B110 | 0.20 hrs. | $ 75.00 |
| 11/18/20 | Attend telephonic 341 meeting<br>Taylor, Mark C. | B150 | 1.80 hrs. | $ 1,071.00 |
| 11/18/20 | Emails with A. Reagan and E. White<br>Taylor, Mark C. | B110 | 0.40 hrs. | $ 238.00 |
| 11/18/20 | Emails to B. Henault and D. Bynum<br>Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 11/18/20 | Review draft of motion to maintain bank accounts<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 11/18/20 | Review email from E. White re: financial issues<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 11/18/20 | Revise and finalize application to employ<br>Taylor, Mark C. | B160 | 0.50 hrs. | $ 297.50 |
| 11/18/20 | Finalize application to employ and declaration of M. Taylor<br>Nix, William R. | B160 | 0.30 hrs. | $ 112.50 |
| 11/18/20 | Draft motion to maintain prepetition accounts<br>Nix, William R. | B110 | 1.20 hrs. | $ 450.00 |

## WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 038540.06173
Invoice # 10798040

February 26, 2021
Page 6

| Date | Description | | Code | Hours | Amount |
|------|-------------|---|------|-------|--------|
| 11/19/20 | Review email from A. Reagan re: plan issues, and review financial information re: same Taylor, Mark C. | | B320 | 1.00 hrs. | $ 595.00 |
| 11/20/20 | Research ███████████████ ████████████████████████ Henninger, Samuel R | | B320 | 2.00 hrs. | $ 610.00 |
| 11/22/20 | Emails with A. Reagan Taylor, Mark C. | | B110 | 0.30 hrs. | $ 178.50 |
| 11/22/20 | Begin review of receivership order Taylor, Mark C. | | B110 | 0.40 hrs. | $ 238.00 |
| 11/22/20 | Research ███████████████ █████████████ Henninger, Samuel R | | B320 | 2.30 hrs. | $ 701.50 |
| 11/23/20 | Review loan agreement for 3401 Hoteliers Taylor, Mark C. | | B110 | 0.40 hrs. | $ 238.00 |
| 11/23/20 | Review revisions to draft receivership order Taylor, Mark C. | | B110 | 0.30 hrs. | $ 178.50 |
| 11/23/20 | Telephone call to counsel for Wells Fargo Taylor, Mark C. | | B110 | 0.10 hrs. | $ 59.50 |
| 11/23/20 | Email to M. Colvard re: receivership Taylor, Mark C. | | B110 | 0.20 hrs. | $ 119.00 |
| 11/23/20 | Emails with A. Reagan Taylor, Mark C. | | B110 | 0.20 hrs. | $ 119.00 |
| 11/23/20 | Research ███████████████ ████████████████████ Henninger, Samuel R | | B320 | 0.20 hrs. | $ 61.00 |
| 11/23/20 | Research ██████████████ ██████████ Henninger, Samuel R | | B320 | 1.50 hrs. | $ 457.50 |
| 11/23/20 | Attention to order authorizing retention of Waller Nix, William R. | | B160 | 0.20 hrs. | $ 75.00 |
| 11/24/20 | Telephone conference with A. Reagan and E. White Taylor, Mark C. | | B110 | 1.00 hrs. | $ 595.00 |
| 11/24/20 | Emails with A. Reagan Taylor, Mark C. | | B110 | 0.30 hrs. | $ 178.50 |
| 11/24/20 | Emails and telephone call to counsel for Wells Fargo Taylor, Mark C. | | B110 | 0.20 hrs. | $ 119.00 |
| 11/25/20 | Revise and finalize Harney Fee application Taylor, Mark C. | | B160 | 0.50 hrs. | $ 297.50 |

WALLER LANSDEN DORTCH & DAVIS, LLP

| 11/25/20 | Emails with M. Colvard re: Harney | | | |
| | Taylor, Mark C. | B160 | 0.30 hrs. | $ 178.50 |
| 11/25/20 | Emails with M. Colvard re: 3401 Hoteliers | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 11/25/20 | Telephone conference with counsel for San Antonio lender | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 11/25/20 | Telephone conference and emails to counsel for Wells Fargo | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 11/25/20 | Emails with A. Reagan re: Comerica and review emails to/from Comerica | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 11/30/20 | Emails with A. Reagan and J. Friedland re: Comerica | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 11/30/20 | Emails with A. Reagan re: case | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 11/30/20 | Email to C. Chavin re: receivership | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 12/01/20 | Telephone conference with A. Reagan and J. Friedland re: Comerica | | | |
| | Taylor, Mark C. | B310 | 0.70 hrs. | $ 416.50 |
| 12/01/20 | Emails with A. Reagan and counsel for Wells Fargo | | | |
| | Taylor, Mark C. | B310 | 0.30 hrs. | $ 178.50 |
| 12/02/20 | Emails with E. White and K. Mercer | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 12/03/20 | Telephone conference re: budget and plan, and analysis of plan issues | | | |
| | Taylor, Mark C. | B320 | 0.70 hrs. | $ 416.50 |
| 12/03/20 | Emails with A. Reagan and J. Friedland re: Flix debt issues | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 12/04/20 | Emails with A. Reagan | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 12/04/20 | Emails with J. Friedland | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 12/04/20 | Emails with counsel for San Antonio lender | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 12/07/20 | Draft and revise status report | | | |
| | Taylor, Mark C. | B110 | 0.60 hrs. | $ 357.00 |
| 12/07/20 | Emails with A. Reagan | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 038540.06173
Invoice # 10798040

February 26, 2021
Page 8

| | | | | |
|---|---|---|---|---|
| 12/08/20 | Emails with E. White and A. Reagan re: MFR<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 12/09/20 | Emails with E. White<br>Taylor, Mark C. | B320 | 0.20 hrs. | $ 119.00 |
| 12/09/20 | Review docket entry adjourning meeting of creditors and calendar new<br>meeting date and deadlines re: same<br>Jezisek, Ann Marie | B110 | 0.10 hrs. | $ 17.50 |
| 12/10/20 | Emails with A. Reagan and E. White re: MFR issue<br>Taylor, Mark C. | B110 | 0.40 hrs. | $ 238.00 |
| 12/13/20 | Review email from A. Reagan re: Flix<br>Taylor, Mark C. | B320 | 0.30 hrs. | $ 178.50 |
| 12/13/20 | Review analysis from E. White<br>Taylor, Mark C. | B320 | 0.50 hrs. | $ 297.50 |
| 12/14/20 | Emails with A. Reagan and E. White re: plan issues<br>Taylor, Mark C. | B320 | 0.50 hrs. | $ 297.50 |
| 12/15/20 | Review emails between E. White and A. Reagan re: form 426<br>Nix, William R. | B110 | 0.10 hrs. | $ 37.50 |
| 12/16/20 | Review case law re: ██████<br>Taylor, Mark C. | B320 | 0.80 hrs. | $ 476.00 |
| 12/16/20 | Telephone conference with A. Reagan and E. White re: plan issues and<br>review analysis<br>Taylor, Mark C. | B320 | 1.00 hrs. | $ 595.00 |
| 12/16/20 | Attention to drafting chapter 11 plan<br>Nix, William R. | B320 | 2.00 hrs. | $ 750.00 |
| 12/18/20 | Review revised form 426 and emails re: same<br>Taylor, Mark C. | B110 | 0.40 hrs. | $ 238.00 |
| 12/18/20 | Conference call with A. Reagan and E. White, and analysis of plan issues<br>Taylor, Mark C. | B320 | 1.00 hrs. | $ 595.00 |
| 12/20/20 | Review proofs of claim<br>Taylor, Mark C. | B310 | 0.50 hrs. | $ 297.50 |
| 12/20/20 | Emails with E. White and A. Reagan<br>Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |
| 12/20/20 | Emails with A. Reagan re: claims<br>Taylor, Mark C. | B310 | 0.70 hrs. | $ 416.50 |
| 12/21/20 | Attend status hearing<br>Taylor, Mark C. | B110 | 0.40 hrs. | $ 238.00 |
| 12/21/20 | Emails with A. Reagan<br>Taylor, Mark C. | B110 | 0.20 hrs. | $ 119.00 |

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 038540.06173
Invoice # 10798040

February 26, 2021
Page 9

| | | | | |
|---|---|---|---|---|
| 12/21/20 | Review MFR and form 406<br>Taylor, Mark C. | B110 | 0.40 hrs. | $ 238.00 |
| 12/22/20 | Telephone conference with E. White and A. Reagan<br>Taylor, Mark C. | B320 | 1.00 hrs. | $ 595.00 |
| 12/22/20 | Prepare list of scheduled creditors and claim amounts, and email to<br>E. White re: same<br>Jezisek, Ann Marie | B110 | 0.30 hrs. | $ 52.50 |
| 12/22/20 | Review motion to prevent disclosure and calendar response deadline re:<br>same<br>Jezisek, Ann Marie | B110 | 0.10 hrs. | $ 17.50 |
| 12/28/20 | Emails with E. White and A. Reagan re: schedules<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 178.50 |
| 12/28/20 | Emails with E. White and A. Reagan re: valuation issue<br>Taylor, Mark C. | B320 | 0.30 hrs. | $ 178.50 |
| 12/28/20 | Review updated plan analysis<br>Taylor, Mark C. | B320 | 0.50 hrs. | $ 297.50 |
| 12/28/20 | Review case law ▮▮▮▮▮▮▮<br>Taylor, Mark C. | B320 | 1.00 hrs. | $ 595.00 |
| 12/29/20 | Continue review of case law ▮▮▮▮▮▮▮<br>Taylor, Mark C. | B320 | 1.00 hrs. | $ 595.00 |
| 12/29/20 | Telephone conference with E. White and A. Reagan<br>Taylor, Mark C. | B320 | 1.00 hrs. | $ 595.00 |
| 12/30/20 | Telephone conference with E. White and K. Mercer<br>Taylor, Mark C. | B320 | 0.80 hrs. | $ 476.00 |
| 12/30/20 | Work on plan and disclosure statement<br>Taylor, Mark C. | B320 | 0.70 hrs. | $ 416.50 |
| 12/31/20 | Emails with A. Reagan and review analysis of landlord claims<br>Taylor, Mark C. | B310 | 0.50 hrs. | $ 297.50 |
| 01/04/21 | Emails with A. Reagan and E. White<br>Taylor, Mark C. | B320 | 0.30 hrs. | $ 184.50 |
| 01/06/21 | Emails with A. Reagan and E. White<br>Taylor, Mark C. | B110 | 0.20 hrs. | $ 123.00 |
| 01/06/21 | Emails with K. Mercer<br>Taylor, Mark C. | B110 | 0.20 hrs. | $ 123.00 |
| 01/07/21 | Review liquidation analysis and comments from A. Reagan<br>Taylor, Mark C. | B320 | 0.50 hrs. | $ 307.50 |

WALLER LANSDEN DORTCH & DAVIS, LLP

| | | | | |
|---|---|---|---|---|
| Our Matter # 038540.06173 | | | | February 26, 2021 |
| Invoice # 10798040 | | | | Page 10 |

| | | | | |
|---|---|---|---|---|
| 01/07/21 | Emails with A. Reagan and K. Mercer<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 184.50 |
| 01/09/21 | Conference call re: budget and Plan issues<br>Taylor, Mark C. | B320 | 1.00 hrs. | $ 615.00 |
| 01/11/21 | Revise and finalize prepetition account motion<br>Taylor, Mark C. | B110 | 0.50 hrs. | $ 307.50 |
| 01/11/21 | Emails re: prepetition account motion<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 184.50 |
| 01/11/21 | Review forbearance draft from Bank of Austin and emails re: same<br>Taylor, Mark C. | B110 | 0.60 hrs. | $ 369.00 |
| 01/11/21 | Emails with D. Bynum<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 184.50 |
| 01/11/21 | Review correspondence from B. Rosenthal re: San Antonio property<br>Taylor, Mark C. | B110 | 0.30 hrs. | $ 184.50 |
| 01/11/21 | Email with A. Reagan re: San Antonio property<br>Taylor, Mark C. | B110 | 0.10 hrs. | $ 61.50 |
| 01/11/21 | Attention to drafting order granting motion to maintain prepetition accounts<br>Nix, William R. | B110 | 0.50 hrs. | $ 200.00 |
| 01/12/21 | Telephone conference with E. White<br>Taylor, Mark C. | B320 | 0.40 hrs. | $ 246.00 |
| 01/12/21 | Review ROP Artcraft's proof of claim<br>Taylor, Mark C. | B310 | 0.40 hrs. | $ 246.00 |
| 01/12/21 | Emails with A. Reagan and E. White<br>Taylor, Mark C. | B110 | 0.40 hrs. | $ 246.00 |
| 01/12/21 | Attend scheduled 341 meeting<br>Taylor, Mark C. | B150 | 0.20 hrs. | $ 123.00 |
| 01/12/21 | Confer with M. Taylor re: chapter 11 plan<br>Nix, William R. | B320 | 0.20 hrs. | $ 80.00 |
| 01/12/21 | Review motion to maintain prepetition accounts and calendar response deadline re: same<br>Jezisek, Ann Marie | B110 | 0.10 hrs. | $ 18.50 |
| 01/14/21 | Review updated projections and liquidation analysis<br>Taylor, Mark C. | B320 | 0.60 hrs. | $ 369.00 |
| 01/14/21 | Emails with A. Reagan and E. White<br>Taylor, Mark C. | B320 | 0.60 hrs. | $ 369.00 |
| 01/14/21 | Liquidation analysis<br>Taylor, Mark C. | B320 | 0.30 hrs. | $ 184.50 |

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 038540.06173
Invoice # 10798040

February 26, 2021
Page 11

| | | | | |
|---|---|---|---|---|
| 01/15/21 | Emails with A. Reagan and E. White<br>Taylor, Mark C. | B110 | 0.20 hrs. | $ 123.00 |
| 01/15/21 | Review and respond to email from A. Reagan re: amendments to schedules and statement of financial affairs<br>Jeziesk, Ann Marie | B110 | 0.20 hrs. | $ 37.00 |
| 01/16/21 | Conference call with A. Reagan and E. White re: Plan, and work on Plan<br>Taylor, Mark C. | B320 | 1.50 hrs. | $ 922.50 |
| 01/16/21 | Review DT Chandler claim<br>Taylor, Mark C. | B310 | 0.30 hrs. | $ 184.50 |
| 01/16/21 | Emails with A. Reagan re: DT Chandler claim<br>Taylor, Mark C. | B310 | 0.20 hrs. | $ 123.00 |
| 01/17/21 | Work on Plan<br>Taylor, Mark C. | B320 | 1.00 hrs. | $ 615.00 |
| 01/18/21 | Revise Plan draft<br>Taylor, Mark C. | B320 | 1.00 hrs. | $ 615.00 |
| 01/18/21 | Emails with A. Reagan and E. White<br>Taylor, Mark C. | B320 | 0.50 hrs. | $ 307.50 |
| 01/19/21 | Revise Plan<br>Taylor, Mark C. | B320 | 1.50 hrs. | $ 922.50 |
| 01/19/21 | Emails with A. Reagan<br>Taylor, Mark C. | B320 | 0.40 hrs. | $ 246.00 |
| 01/19/21 | Review revisions to projections<br>Taylor, Mark C. | B320 | 0.30 hrs. | $ 184.50 |
| 01/19/21 | Prepare motion to extend reaffirmation date<br>Taylor, Mark C. | B110 | 0.40 hrs. | $ 246.00 |
| 01/19/21 | Emails with E. White re: revisions to schedules and statement of financial affairs<br>Jezisek, Ann Marie | B110 | 0.20 hrs. | $ 37.00 |
| 01/19/21 | Revise schedules and statement of financial affairs<br>Jezisek, Ann Marie | B110 | 0.80 hrs. | $ 148.00 |
| 01/20/21 | Revise, finalize and file Plan<br>Taylor, Mark C. | B320 | 1.00 hrs. | $ 615.00 |
| 01/20/21 | Emails re: Plan<br>Taylor, Mark C. | B320 | 0.30 hrs. | $ 184.50 |
| 01/20/21 | Review motion for extension of time to file reaffirmation agreements, and calendar response deadline re: same<br>Jezisek, Ann Marie | B110 | 0.10 hrs. | $ 18.50 |

WALLER LANSDEN DORTCH & DAVIS, LLP

| | | | | |
|---|---|---|---|---|
| 01/20/21 | Review and respond to email from M. Taylor re: status of amended schedules | | | |
| | Jezisek, Ann Marie | B110 | 0.10 hrs. | $ 18.50 |
| 01/20/21 | Prepare declaration for electronic filing for amended schedules and matrix | | | |
| | Jezisek, Ann Marie | B110 | 0.10 hrs. | $ 18.50 |
| 01/21/21 | Emails re: monthly operating report | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 123.00 |
| 01/21/21 | Review Comerica's proof of claim | | | |
| | Taylor, Mark C. | B310 | 0.30 hrs. | $ 184.50 |
| 01/21/21 | Email to A. Reagan re: Comerica's proof of claim | | | |
| | Taylor, Mark C. | B310 | 0.10 hrs. | $ 61.50 |
| 01/21/21 | Attention to filing monthly operating report | | | |
| | Jezisek, Ann Marie | B110 | 0.20 hrs. | $ 37.00 |
| 01/21/21 | Emails with M. Taylor, E. White and A. Reagan re: monthly operating report and amended schedules | | | |
| | Jezisek, Ann Marie | B110 | 0.30 hrs. | $ 55.50 |
| 01/21/21 | Revise monthly operating report | | | |
| | Jezisek, Ann Marie | B110 | 0.10 hrs. | $ 18.50 |
| 01/21/21 | Finalize and file amended schedules and statement of financial affairs | | | |
| | Jezisek, Ann Marie | B110 | 0.40 hrs. | $ 74.00 |
| 01/22/21 | Review order setting confirmation hearing, and calendar dates and deadlines re: same | | | |
| | Jezisek, Ann Marie | B320 | 0.20 hrs. | $ 37.00 |
| 01/24/21 | Review Plan order | | | |
| | Taylor, Mark C. | B320 | 0.30 hrs. | $ 184.50 |
| 01/24/21 | Prepare ballot | | | |
| | Taylor, Mark C. | B320 | 0.30 hrs. | $ 184.50 |
| 01/24/21 | Emails with A. Reagan re: Plan and ballot | | | |
| | Taylor, Mark C. | B320 | 0.20 hrs. | $ 123.00 |
| 01/25/21 | Prepare cover letter for Plan mailout | | | |
| | Taylor, Mark C. | B320 | 0.30 hrs. | $ 184.50 |
| 01/25/21 | Review email and questions from Trustee | | | |
| | Taylor, Mark C. | B320 | 0.30 hrs. | $ 184.50 |
| 01/25/21 | Finalize Plan mailout | | | |
| | Taylor, Mark C. | B320 | 0.40 hrs. | $ 246.00 |
| 01/25/21 | Review claims filed and update service list for solicitation of votes on plan | | | |
| | Jezisek, Ann Marie | B320 | 0.70 hrs. | $ 129.50 |

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 038540.06173
Invoice # 10798040

February 26, 2021
Page 13

| 01/26/21 | Emails with A. Reagan re: plan, and analysis of issues raised by Trustee | | | |
|---|---|---|---|---|
| | Taylor, Mark C. | B320 | 0.50 hrs. | $ 307.50 |
| 01/26/21 | Emails re: 2004 examination | | | |
| | Taylor, Mark C. | B310 | 0.30 hrs. | $ 184.50 |
| 01/27/21 | Telephone conference with A. Reagan and E. White | | | |
| | Taylor, Mark C. | B320 | 1.20 hrs. | $ 738.00 |
| 01/27/21 | Review updated financial analysis | | | |
| | Taylor, Mark C. | B320 | 0.30 hrs. | $ 184.50 |
| 01/27/21 | Emails with P. Lindburg | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 123.00 |
| 01/28/21 | Telephone conference with M. Colvard | | | |
| | Taylor, Mark C. | B320 | 0.50 hrs. | $ 307.50 |
| 01/28/21 | Emails with P. Lindburg | | | |
| | Taylor, Mark C. | B320 | 0.20 hrs. | $ 123.00 |
| 01/29/21 | Telephone conference with P. Lindburg | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 184.50 |
| 01/29/21 | Emails with A. Reagan and E. White | | | |
| | Taylor, Mark C. | B110 | 0.20 hrs. | $ 123.00 |
| 01/29/21 | Review Southwestern II valuation | | | |
| | Taylor, Mark C. | B110 | 0.30 hrs. | $ 184.50 |

Total Fees for Professional Services ............................................................. $ 51,035.50

### Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Taylor, Mark C. | 615.00 | 71.90 | $ 43,230.50 |
| Nix, William R. | 400.00 | 10.80 | $ 4,067.50 |
| Henninger, Samuel R | 305.00 | 6.00 | $ 1,830.00 |
| Jezisek, Ann Marie | 185.00 | 10.70 | $ 1,907.50 |
| TOTAL | | 99.40 | $ 51,035.50 |

### Disbursements

| 11/05/20 | United States Bankruptcy Court - Fee to file amended matrix | $ 31.00 |
|---|---|---|
| 11/27/20 | digATX (Sandaflor Enterprises LLC) - Copy and mailout services | $ 290.90 |
| 12/07/20 | digATX (Sandaflor Enterprises LLC) - Copy and mailout services | $ 169.48 |
| 12/21/20 | digATX (Sandaflor Enterprises LLC) - Copy and mailout services | $ 190.30 |

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 038540.06173
Invoice # 10798040

February 26, 2021
Page 14

| 01/11/21 | digATX (Sandaflor Enterprises LLC) - Copy and mailout services | $ 190.30 |
| 01/20/21 | digATX (Sandaflor Enterprises LLC) - Copy and mailout services | $ 182.03 |
| 01/21/21 | United States Bankruptcy Court - Fee to file Amended Schedules | $ 32.00 |
| 01/21/21 | digATX (Sandaflor Enterprises LLC) - Copy and mailout services of Plan of Reorganization | $ 627.44 |
| 01/25/21 | digATX (Sandaflor Enterprises LLC) - Copy and mailout services | $ 731.52 |
| | Photocopies - 17 @ 0.20 | $ 3.40 |
| | Conference Call | $ 33.85 |
| | Online Researches - 4 @ 13.50 | $ 54.00 |
| | Total Disbursements............................................................. | $ 2,536.22 |
| | Total Fees and Disbursements on This Invoice | $ 53,571.72 |
| | PLEASE REMIT TOTAL AMOUNT DUE | $ 53,571.72 |