UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

_____

| | | |
|---|---|---|
| IN RE: | § § | |
| ALLAN L. REAGAN | § § § | CASE NO. 20-11161-tmd |
| DEBTOR | § | CHAPTER 11 |

_____

**JOINDER TO OBJECTION OF CREDITOR VILLAGE @ LA ORILLA LLC TO THE FIRST AMENDED PLAN OF REORGANIZATION**
[Relates to Docket No. 93]

TO THE HONORABLE TONY DAVIS, UNITED STATES BANKRUPTCY JUDGE:

Creditor THE BANK OF AUSTIN, by and through its undersigned counsel, hereby submits this Joinder to the Objection of Creditor @ La Orilla LLC ("VLO") to the Debtor's First Amended Plan of Reorganization ("VLO's Objection") and, in support hereof, states as follows:

JOINDER

1. VLO adopts the Subchapter V Trustee's Limited Objection to the Debtor's First Amended Plan, except for paragraph 2.9 and the Prayer thereof. The Bank of Austin joins with VLO's Objection.

2. It is the understanding of VLO and The Bank of Austin that the excepted paragraph of the Trustee's Objection is the paragraph 2.9 found on page 14 of 18 in the Trustee's Objection.

WHEREFORE PREMISES CONSIDERED, The Bank of Austin respectfully requests that the Court (a) sustain VLO's Objection (b) deny confirmation of the Plan, or in the alternative, defer a hearing on this matter until the resolution of any claim objections brought by Debtor, and (c) grant The Bank of Austin such other and further relief as is just, proper, and equitable.

Dated this 15th day of March 2021.

Respectfully submitted,

FLUME LAW FIRM, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, Texas 78209
(210) 828-5641
(210) 821-6069 Facsimile

*/s/ Michael Flume*_____
MICHAEL FLUME
State Bar No. 07188480
mflume@flumelaw.net
ATTORNEYS FOR THE BANK OF AUSTIN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on this 15th day of March 2021 upon all parties registered to receive electronic notice through the Court's CM/ECF system and on the parties listed below either electronically or by first class mail.

Michael G. Colvard
Subchapter V Trustee
mcolvard@mdtlaw.com
Martin & Drought, PC
112 E. Pecan St., Suite 1616
San Antonio, TX 78205

David M. Blau on behalf of Creditor Merle Hay Investors, LLC
dblau@clarkhill.com
Clark Hill PLC
151 S. Old Woodward Ave.
Suite 200
Birmingham, MI 48009

David S. Catuogno on behalf of Creditor Wyndham Franchisor, LLC
david.catuogno@klgates.com;caitlin.conklin@klgates.com;
aidan.nowak@klgates.com
K&L Gates LLP
One Newark Center Tenth Floor

1085 Raymond Boulevard
Newark, New Jersey 07102

Caitlin C. Conklin on behalf of Creditor Wyndham Franchisor, LLC
caitlin.conklin@klgates.com; joy.vanerweert@klgates.com
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

Harrel L. Davis, III on behalf of Creditor ROP Artcraft, LLC
hdavis@eplawyers.com;vrust@eplawyers.com; vpena@eplawyers.com
Gordon Davis Johnson & Shane P.C.
4695 N. Mesa Street
El Paso, TX 79912

Robert J. Diehl, Jr. On behalf of Creditor Comerica Bank
RDiehl@bodmanlaw.com
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

Daniel M. Elizdes on behalf of Creditor Wyndhman Franchisor, LLC
Daniel.eliades@klgates.com;caitlin.conklin@klgates.com;
travis.powers@klgates.com
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

Tara LeDay on behalf of Creditor Williamson County
tleday@ecf.courtdrivw.com;pbowers@mvbalaw.com;vcovington@mvbalaw.com;
bankrkuptcy@mvbalaw.com;alocklin@mvbalaw.com
P.O. Box 1269
Round Rock, TX 78680

Stephen K. Lecholop, II on behalf of Creditor Lone Star National Bank
slecholop@rpsalaw.com; amartinez@rpsalaw.com;lchapa@rpsalaw.com
Rosenthal Pauerstein Sandoloski Agather LLP
755 East Mulberry, Suite 200
San Antonio, TX 78212

Peter F. Lindborg on behalf of Creditor Village @ La Orilla LLC
plindborg@lmllp.com
550 N. Brand Blvd., Ste. 1830
Glendale, CA 91203

Louis D. Lopez on behalf of Interested Party Flix Entertainment LLC
llopez@fclaw.com
Fennemore Craig, P.C.
2394 E. Camelback Rd. Suite 600
Phoenix, AZ 85016

Kell C. Mercer on behalf of Interested Party Janet Reagan
kell.mercer@mercer-law-pc.com
Kell C. Mercer, P.C.
1602 E. Cesar Chavez Street
Austin, TX 78701

John R. O'Connor on behalf of Interested Party Flix Entertainment LLC
joconnor@sfgh.com
Sugar Felsenthal Grais & Helsinger LLP
30 N. LaSalle St., Suite 3000
Chicago, IL 60602

William T Peckham on behalf of Creditor Mikeska, Monahan & Peckham
wpeckham@peckhamlawaustin.com; calexander@peckhamlawaustin.com
1104 Nueces St., Suite 104
Austin, TX 78701-2106

Ross A. Plourde on behalf of Creditor 83rd Street Development, LLC
ross.plourde@mcafeetaft.com;Annette.strother@mcafeetaft.com
McAfee & Taft
211 North Robinson, 8th Floor
Oklahoma City, OK 73102-7103

Noel J. Ravenscroft on behalf of Creditor Comerica Bank
Nravenscroft@bodmanlaw.com
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

Mark Curtis Taylor on behalf of Debtor Allan L. Reagan
Mark.taylor@wallerlaw.com;tammy.greenblum@wallerlaw.com;
annmarie.jezisek@wallerlaw.com
Waller Lansden Dortch & Davis LLP
100 Congress Ave., Ste. 1800
Austin TX 78701

United States Trustee-AU12
ustpregion07.au.ecf@usdoj.gov
903 San Jacinto Blvd., Room 230

Austin, TX 78702

Stephen Wilcox on behalf of Creditor Ford Motor Credit Company LLC
swilcox@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@wilcoxlaw.net
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006

Jaimee L. Witten on behalf of Creditor Comerica Bank
JWitten@bomanlaw.com
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

Bruce John Zabarauskas on behalf of Creditor Wells Fargo as Trustee for the benefit of the Holders of COMM 2014-UBS6 Mortgage Trust Commercial Mortgage Pass-Through Certificates, Series 2014-UBS6
bruce.zabarauskas@tklaw.com;tonya.loera@tklaw.com
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201

                                        */s/ Michael Flume*_____
                                        MICHAEL FLUME