## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Allan L. Reagan, | § | Bankruptcy Case No. 20-11161-TMD |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

## CREDITOR LONE STAR NATIONAL BANK'S JOINDER TO OBJECTIONS TO THE DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION

**TO THE HONORABLE TONY DAVIS, UNITED STATES BANKRUPTCY JUDGE:**

Creditor Lone Star National Bank ("Lone Star") hereby submits this joinder (the "Joinder") to various objections to the Debtor's First Amended Plan of Reorganization and, in support hereof, states as follows:

### JOINDER

1.     Lone Star hereby adopts and joins the Subchapter V Trustee's Limited Objection to the Debtor's First Amended Plan [Docket No. 92].

2.     Lone Star further adopts and joins the objections filed by creditor Village @ La Orilla LLC [Docket No. 93] and Comerica Bank [Docket No. 95].

WHEREFORE PREMISES CONSIDERED, Lone Star respectfully requests that the Court (a) sustain the objections in which Lone Star joined above, (b) deny confirmation of the Plan, or in the alternative, defer a hearing on this matter until the resolution of any claim objections brought by Debtor, and (c) grant Lone Star such other and further relief as is just, proper, and equitable.

**Dated this 15th day of March 2021.**

Respectfully submitted,

*/s/ Stephen K. Lecholop II*
Stephen K. Lecholop II
State Bar No. 24070119

slecholop@rpsalaw.com
ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER LLP
755 East Mulberry, Suite 200
San Antonio, Texas 78212
Telephone: (210) 225-5000
Facsimile: (210) 354-4034

**ATTORNEY  FOR  LONE  STAR  NATIONAL
BANK**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on this 15th day of March 2021 upon all parties registered to receive electronic notice through the Court's CM/ECF system and on the parties listed below either electronically or by first class mail.

Michael G. Colvard
Subchapter V Trustee
mcolvard@mdtlaw.com
Martin & Drought, PC
112 E. Pecan St., Suite 1616
San Antonio, TX 78205

David M. Blau on behalf of Creditor Merle Hay Investors, LLC
dblau@clarkhill.com
Clark Hill PLC
151 S. Old Woodward Ave.
Suite 200
Birmingham, MI 48009

David S. Catuogno on behalf of Creditor Wyndham Franchisor, LLC
david.catuogno@klgates.com;caitlin.conklin@klgates.com;
aidan.nowak@klgates.com
K&L Gates LLP
One Newark Center Tenth Floor
1085 Raymond Boulevard Newark, New Jersey 07102

Caitlin C. Conklin on behalf of Creditor Wyndham Franchisor, LLC
caitlin.conklin@klgates.com; joy.vanerweert@klgates.com
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

Harrel L. Davis, III on behalf of Creditor ROP Artcraft, LLC
hdavis@eplawyers.com;vrust@eplawyers.com; vpena@eplawyers.comGordon
Davis Johnson & Shane P.C.
4695 N. Mesa Street
El Paso, TX 79912

Robert J. Diehl, Jr. On behalf of Creditor Comerica Bank
RDiehl@bodmanlaw.com
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

721479.1
81486.00266

Daniel M. Elizdes on behalf of Creditor Wyndhman Franchisor, LLC
Daniel.eliades@klgates.com;caitlin.conklin@klgates.com;
travis.powers@klgates.com
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

Tara LeDay on behalf of Creditor Williamson County
tleday@ecf.courtdrivw.com;pbowers@mvbalaw.com;vcovington@mvbalaw.com;
bankrkuptcy@mvbalaw.com;alocklin@mvbalaw.com
P.O. Box 1269
Round Rock, TX 78680

Stephen K. Lecholop, II on behalf of Creditor Lone Star National Bank
slecholop@rpsalaw.com; amartinez@rpsalaw.com;lchapa@rpsalaw.com
Rosenthal Pauerstein Sandoloski Agather LLP
755 East Mulberry, Suite 200
San Antonio, TX 78212

Peter F. Lindborg on behalf of Creditor Village @ La Orilla LLC
plindborg@lmllp.com
550 N. Brand Blvd., Ste. 1830
Glendale, CA 91203

Louis D. Lopez on behalf of Interested Party Flix Entertainment LLC
llopez@fclaw.com
Fennemore Craig, P.C.
2394 E. Camelback Rd. Suite 600
Phoenix, AZ 85016

Kell C. Mercer on behalf of Interested Party Janet Reagan
kell.mercer@mercer-law-pc.com
Kell C. Mercer, P.C.
1602 E. Cesar Chavez Street
Austin, TX 78701

John R. O'Connor on behalf of Interested Party Flix Entertainment LLC
joconnor@sfgh.com
Sugar Felsenthal Grais & Helsinger LLP
30 N. LaSalle St., Suite 3000
Chicago, IL 60602

William T Peckham on behalf of Creditor Mikeska, Monahan & Peckham
wpeckham@peckhamlawaustin.com; calexander@peckhamlawaustin.com
1104 Nueces St., Suite 104

Austin, TX 78701-2106

Ross A. Plourde on behalf of Creditor 83rd Street Development, LLC
ross.plourde@mcafeetaft.com;Annette.strother@mcafeetaft.com
McAfee & Taft

211 North Robinson, 8th Floor Oklahoma City, OK 73102-7103

Noel J. Ravenscroft on behalf of Creditor Comerica Bank
Nravenscroft@bodmanlaw.com
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

Mark Curtis Taylor on behalf of Debtor Allan L. Reagan
Mark.taylor@wallerlaw.com;tammy.greenblum@wallerlaw.com;
annmarie.jezisek@wallerlaw.com
Waller Lansden Dortch & Davis LLP
100 Congress Ave., Ste. 1800
Austin, TX 78701

United States Trustee-AU12
ustpregion07.au.ecf@usdoj.gov
903 San Jacinto Blvd., Room 230
Austin, TX 78702

Stephen Wilcox on behalf of Creditor Ford Motor Credit Company LLC
swilcox@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@wilcoxlaw.net
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006

Jaimee L. Witten on behalf of Creditor Comerica Bank
JWitten@bomanlaw.com
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

Bruce John Zabarauskas on behalf of Creditor Wells Fargo as Trustee for the benefit of the
Holders of COMM 2014-UBS6 Mortgage Trust Commercial MortgagePass-Through
Certificates, Series 2014-UBS6
bruce.zabarauskas@tklaw.com;tonya.loera@tklaw.com
Thompson & Knight, LLP
1722 Routh Street, Suite 1500

Dallas, TX 75201

*/s/ Stephen K. Lecholop II*
Stephen K. Lecholop II