THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLAN L. REAGAN | § | CASE NO. 20-11161-TMD |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

WITNESS & EXHIBIT LIST REGARDING CHAPTER 11 PLAN [DKT. NO. 89]

HEARING RESET FOR MARCH 22, 2021 AT 2:45 P.M.

---

**MICHAEL G.  COLVARD**
State Bar No.  04629200

**MARTIN & DROUGHT, P.C.**
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205
(210) 227-7591 Telephone
(210) 227-7924 Facsimile
E-Mail: mcolvard@mdtlaw.com

**SUBCHAPTER V TRUSTEE**

Michael G. Colvard, SubChapter V Trustee ("SubChapter V Trustee") submits the following Witness & Exhibit List for the March 22, 2021 hearing in the referenced case.

## I.     WITNESSES

1.     SubChapter V Trustee reserves the right to call any witnesses designated or called by any

party, as well as to call witnesses to rebut the testimony of any witness.

## II.     EXHIBITS

| Ex. # | Description | Offered | Obj'n | Admitted | Disposition |
|-------|-------------|---------|-------|----------|-------------|
| 1. | Schedules [Dkt. No. 17] | | | | |
| 2. | Amended Schedules [Dkt. No. 56] | | | | |

SubChapter V Trustee requests that the Court take judicial notice of all filed pleadings, orders, schedules, and reports.

SubChapter V Trustee reserves the right to designate any exhibits presented by any other party.

SubChapter V Trustee also reserves the right to designate exhibits not listed here for impeachment or rebuttal purposes at the hearings.

SubChapter V Trustee reserves the right to supplement or amend her Witness and Exhibit Lists any time prior to the hearing.

SubChapter V Trustee requests that the Court take judicial notice of all pleadings and records filed within this bankruptcy proceeding.

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, a true and correct copy of the foregoing Witness & Exhibit List was served electronically by the Court's ECF System and to the parties listed below via Regular U.S. Mail:

Mark Curtis Taylor
Waller Lansden Dortch & Davis, LLP
100 Congress Avenue, Suite 1800
Austin, TX 78701

United States Trustee - AU12
903 San Jacinto Blvd., Room 230
Austin, TX 78702

/s/ Michael G. Colvard
Michael G. Colvard