**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALLEN L. REAGAN, | ) | Case No. 20-11161-TMD |
| | ) | |
| Debtor. | ) | Ref. Dkt. No. 89, 92, 93 |
| | ) | |

**JOINDER OF CBL & ASSOCIATES MANAGEMENT, INC. TO OBJECTIONS TO PLAN OF REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11**

CBL & Associates Management, Inc. ("CBL"), an unsecured creditor, by and through the undersigned counsel, hereby objects to Debtor's *First Amended Plan of Reorganization for Small Business Under Chapter 11* [Dkt. No. 89] (the "Plan") by incorporating by reference as if restated herein and joining in those certain *Limited Objections to First Amended Plan of Reorganization for Small Business Under Chapter 11* [Dkt. No. 92] filed by Michael G. Colvard, Subchapter V Trustee and *Objection to First Amended Plan of Reorganization* [Docket No. 93] filed by Village @ La Orilla LLC (collectively, the "Objections").

WHEREFORE the reasons set forth in the Objections, CBL respectfully requests that this Court deny confirmation of the Plan.

DATED: March 16, 2021

        Respectfully Submitted,

        */s/ Jameson J. Watts*
        Jameson J. Watts
        State Bar No. 24079552
        Jameson.Watts@huschblackwell.com
        HUSCH BLACKWELL LLP
        111 Congress Avenue, Suite 1400
        Austin, Texas 78701
        (512) 472-5456

(512) 479-1101 Facsimile

*Attorneys for CBL & Associates Management, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2021, a true and correct copy of the foregoing document was served on the parties listed below via the Court's ECF System and via E-Mail.

David M Blau on behalf of Creditor Merle Hay Investors LLC
dblau@clarkhill.com
Clark Hill PLC
151 S. Old Woodward Ave.
Suite 200
Birmingham, MI 48009

David S Catuogno on behalf of Creditor Wyndham Franchisor, LLC
david.catuogno@klgates.com,
caitlin.conklin@klgates.com;aidan.nowak@klgates.com
K&L Gates, LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

Caitlin C. Conklin on behalf of Creditor Wyndham Franchisor, LLC
caitlin.conklin@klgates.com,
joy.vanderweert@klgates.com
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

Harrel L. Davis, III on behalf of Creditor ROP Artcraft, LLC
hdavis@eplawyers.com,
vrust@eplawyers.com;vpena@eplawyers.com
Gordon Davis Johnson & Shane P.C.
4695 N. Mesa Street
El Paso, TX 79912

Robert J. Diehl, Jr. on behalf of Creditor Comerica Bank
RDiehl@bodmanlaw.com
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

Daniel M. Eliades on behalf of Creditor Wyndham Franchisor, LLC
Daniel.eliades@klgates.com,
caitlin.conklin@klgates.com;travis.powers@klgates.com
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

Michael Flume on behalf of Creditor The Bank of Austin
mflume@flumelaw.net,
mmonge@flumelaw.net;sflume@flumelaw.net
Flume Law Firm, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, TX 78209

Tara LeDay on behalf of Creditor Williamson County
tleday@ecf.courtdrive.com;pbowers@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com
P.O. Box 1269
Round Rock, TX 78680-

Stephen K. Lecholop, II on behalf of Creditor Lone Star National Bank
slecholop@rpsalaw.com, amartinez@rpsalaw.com;lchapa@rpsalaw.com
Rosenthal Pauerstein Sandoloski Agather LLP
755 East Mulberry, Suite 200
San Antonio, TX 78212

Peter Lindborg on behalf of Creditor Village @ La Orilla LLC
plindborg@lmllp.com
550 N. Brand Blvd., Suite 1830
Glendale, CA 91203

Louis D. Lopez on behalf of Interested Party Flix Entertainment LLC
llopez@fclaw.com
Fennemore Craig, P.C.
2394 E. Camelback Rd., Suite 600
Phoenix, AZ 85016

Kell C. Mercer on behalf of Interested Party Janet Reagan
kell.mercer@mercer-law-pc.com
Kell C. Mercer, P.C.
1602 E. Cesar Chavez Street
Austin, TX 78701

John R O'Connor on behalf of Interested Party Flix Entertainment LLC
joconnor@sfgh.com
Sugar Felsenthal Grais & Helsinger LLP
30 N. LaSalle St., Suite 3000
Chicago, IL 60602

William T. Peckham on behalf of Creditor Mikeska, Monahan & Peckham
wpeckham@peckhamlawaustin.com, calexander@peckhamlawaustin.com
1104 Nueces St., Suite 104
Austin, TX 78701-2106

Ross A Plourde on behalf of Creditor 83rd Street Development, LLC
ross.plourde@mcafeetaft.com, Annette.strother@mcafeetaft.com
McAfee & Taft
211 North Robinson, 8th Floor
Oklahoma City, OK 73102-7103

Noel J Ravenscroft on behalf of Creditor Comerica Bank
Nravenscroft@bodmanlaw.com
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

Mark Curtis Taylor on behalf of Debtor Allan L. Reagan
mark.taylor@wallerlaw.com, tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com
Waller Lansden Dortch & Davis, LLP
100 Congress Avenue, Suite 1800
Austin, TX 78701

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov
903 San Jacinto Blvd., Room 230
Austin, TX 78702

Stephen Wilcox on behalf of Creditor Ford Motor Credit Company LLC
swilcox@wilcoxlaw.net, krw77@sbcglobal.net;kraudry@wilcoxlaw.net
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006

Jaimee L Witten on behalf of Creditor Comerica Bank
JWitten@bodmanlaw.com
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

4

HB: 4821-3309-3588.1

        Bruce John Zabarauskas on behalf of
Creditor Wells Fargo as Trustee for the
benefit of the Holders of COMM 2014-
UBS6 Mortgage Trust Commercial
Mortgage Pass-Through Certificfates, Series
2014-UBS6
bruce.zabarauskas@tklaw.com,
tonya.loera@tklaw.com
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201

*/s/ Jameson J. Watts*
Jameson J. Watts

5

HB: 4821-3309-3588.1