**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLAN L. REAGAN, | § | CASE NO. 20-11161-tmd |
|    Debtor | § | CHAPTER 11 |

### NOTICE OF FILING OF AMENDED BALLOT SUMMARY AND BALLOTS

COMES NOW, Allan Reagan, the above-captioned Debtor and debtor-in-possession, and files this Notice of Filing of Amended Ballot Summary and Ballots.

Attached as **Exhibit A** is the ballot summary showing the results of the voting.

Attached as **Exhibit B** are all ballots received by the Debtor.

DATED:    March 18, 2021
                Austin, Texas

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By:   */s/ Mark C. Taylor*
     Mark C. Taylor
     State Bar No. 19713225
     William R. "Trip" Nix
     State Bar No. 24092902
     100 Congress Avenue, Suite 1800
     Austin, Texas 78701
     (512) 685-6400
     (512) 685-6417 (FAX)
     mark.taylor@wallerlaw.com
     trip.nix@wallerlaw.com

ATTORNEYS FOR THE DEBTOR

### CERTIFICATE OF SERVICE

The foregoing was served on all parties on the attached service list electronically via the Court's ECF system or via United States First Class Mail on March 18, 2021.

*s/ Mark C. Taylor*
Mark C. Taylor

038540-06173/4834-7904-6369.1

# SERVICE LIST

**Debtor**
Allan L. Reagan
585 River Run
Leander, TX 78641

**Trustee**
Michael Colvard
Weston Center
112 East Pecan Street, Suite 1616
San Antonio, TX 78205

**Twenty-largest creditors:**
Madison/East Towne LLC
c/o CBL & Associates
2030 Hamilton Place Blvd.
Chattanooga, TN 37421-6000

Village @ La Orilla
Attn: Philip Lindborg
12809 Donette Court N.E.
Albuquerque, NM 87112

Martin S. Headley
1500 Knobb Hill Lane
Paoli, PA 19301

Comerica Bank
Attn: Lesley B. Higginbotham, VP
Special Assets Group - Texas Market
P.O. Box 650282
Dallas, TX 75265-0282

Ann E. Headley
1500 Knobb Hill Lane
Paoli, PA 19301

Wyndham Franchisor LLC
22 Sylvan Way
Parssipany, NJ 07054

Spain Family IX LLC
c/o Patrick J. Spain
11809 Oak Branch Dr.
Austin, TX 78737

Bennett Living Trust
Attn: Michael Bennett
2321 Abbot Kinney Blvd.
Venice, CA 90291

Gary J. Neumayer
2201 Berrywood Lane
Bloomington, IL 61704-2449

Headley Investments, LP
1500 Knobb Hill Lane
Paoli, PA 19301

Frances and Wayne Lee
468 Jade Tree Lane
Monterey Park, CA 91754

Capital One Spark Visa for Business
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase Ink Card for Business
P.O. Box 15298
Wilmington, DE 19850-5298

Ford Motor Credit Corp.
P.O. Box 105704
Atlanta, GA 30348

Comerica Bank
Dept. #166901
P.O. Box 55000
Detroit, MI 48255-1669

Citicard Advantage Mastercard
Cardmember Services
P.O. Box 6062
Sioux Falls, SD 57117

Discover Card
Billing Inquiries
P.O. Box 30943
Salt Lake City, UT 84130

Chase Visa Mileage Plus
P.O. Box 15298
Wilmington, DE 19850-5298

Comerica Bank
Attn: J.B. Stueckler, AVP
300 W. Sixth Street
Austin, TX 78701

**Unsecured Creditors/
Interested Parties**
3401Hoteliers, LP
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

038540-04298/4839-4773-4992.1

83rd Street Development, LLC
Attn: Trent G. Moore
9000 Cameron Parkway
Oklahoma City, OK 73114

Action Propane
2601 S. Hwy. 183
Leander, TX 78641

ADT
P.O. Box 660418
Dallas, TX 75266

Al Clawson Disposal
P.O. Box 416
Jarrel, TX 76537

AT&T
P.O. Box 5001
Carol Stream, IL 60197

AT&T (DirectTV)
P.O. Box 5014
Carol Stream, IL 60197

Bank of Austin
Attn: David H. Marks, SVP
8611 N. Mopac Exp., Suite 101
Austin, TX 78759

DT Chandler, LLC
Attn: Bret Anderson, Manager
140 E. Rio Salado Parkway, Unit 305
Tempe, AZ 85281

FB Capital, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse AZ, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Holdco, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Indiana, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Iowa, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse NM, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse OK, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse SAT, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse III, LLC (Mansfield)
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Texas IV, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Texas V, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse TX II, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse TX IV, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse Wi, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Brewhouse, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Flix Entertainment, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Hospitality Investors, Inc.
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Internal Revenue Services
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Janet L. Reagan
585 River Run
Leander, TX 78641

Kathleen R. McCormick
6801 Greenwood Ave., Unit 210
Seattle, WA 98103

Lone Star National Bank
Attn: Sergio Gonzalez, 1st VP
2100 Boca Chica Blvd.
Brownsville, TX 78520

Merle Hay Investors LLC
c/o Abbell Credit Corporation
30 N. LaSalle St., Suite 2120
Chicago, IL 60602

Mikeska Monahan & Peckham, P.C.
100 Congress Ave., Suite 990
Austin, TX 78701

Pedernales Electric Company
P.O. Box 1
Johnson City, TX 78636

Poolwerx by Blue Bottom Pool Supply
3021 S. IH35, Suite 140
Round Rock, TX 78664

Prudential Mortgage Capital Company LLC
c/o Prudential
100 Mulberry St., Gateway Center 4
8th Floor
Newark, NJ 07102

ROP Artcraft LLC
Attn: Adam Frank
5678 N. mesa St.
El Paso, TX 79912

Round Rock Business Park, LLC
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

RPT Realty, L.P.
19 W. 44th Street, Suite 1002
New York, NY 10036

Securian/Minnesota Life Insurance Co.
c/o Trinity Real Estate Finance
100 NE Loop 410, Suite 972
San Antonio, TX 78216

Southwestern Retail Properties II, LP
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Southwestern Retail Properties III, LP
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Southwestern Retail Properties LP
Attn: Allan Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681

Spectrum
P.O. Box 60074
City of Industry, CA 91716-0074

UBS Real Estate Securities, Inc.
c/o Berkadia Commercial Mortgage LLC
6955 Union Park Center, Suite 450
Midvale, UT 84047

U.S. Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Wells Fargo Auto
MAC T9017-026
P.O. Box 168-48
Irving, TX 75016-8048

Williamson County Tax Office
904 S. Main Street
Georgetown, TX 78626

**Parties Filing Claims**

Discover Bank/Discover Products
PO Box 3025
New Albany, OH 43054-3025

038540-04298/4839-4773-4992.1

JPMorgan Chase Bank, N.A.
c/o National Bankruptcy Services LLC
P.O. Box 9013
Addison, TX 75001

Capital One Bank (USA) N.A.
By American InfoSource as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Madison/East Towne, LLC
Attn: Caleb T. Holzaepfel
736 Georgia Ave., Ste. 300
Chattanooga, TN 37402

**Parties Requesting Notice**
Stephen G. Wilcox
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006

Shane P. Tobin
Henry G. Hobbs, Jr.
Acting United States Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

Kell C. Mercer
Kell C. Mercer, P.C.
1602 E. Cesar Chavez Street
Austin, TX 78702

Robert J. Diehl, Jr.
Jaimee L. Witten
Noel J. Ravenscroft
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

Bruce J. Zabarauskas
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201

Michael Flume
Flume Law Firm, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, TX 78209

David M. Blau
Clark Hill PLC
151 S. Old Woodward Ave., Suite 200
Birmingham, MI 48009

Ross A. Plourde
McAfee & Taft
211 North Robinson, 8th Floor
Oklahoma City, OK 73102-7103

Harrel L. Davis III
Gordon Davis Johnson & Shane P.C.
4695 N. Mesa Street
El Paso, TX 79912

Daniel M. Eliades
K&L Gates, LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

David Catuogno
K&L Gates, LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

Caitlin C. Conklin
K&L Gates, LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

Jack O'Connor
Sugar Felsenthal Grais & Helsinger LLP
30 N. LaSalle St., Suite 3000
Chicago, IL 60602

William T. Peckham
1104 Nueces St., Suite 104
Austin, TX 78701-2106

Stephen K. Lecholop II
Rosenthal Pauerstein
Sandoloski Agather LLP
755 East Mulberry, Suite 200
San Antonio, TX 78212

Peter Lindborg
550 N. Brand Blvd., Suite 1830
Glendale, CA 91203

Louis D. Lopez
Fennemore Craig, P.C.
2394 E. Camelback Rd., Suite 600
Phoenix, AZ 85016

Richard E. Hettinger
Davidson Troilo Ream & Garza, P.C.
601 N.W. Loop 410, Suite 100
San Antonio, Texas 78216

038540-04298/4839-4773-4992.1

# Exhibit A

**Ballot Summary**

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| IN RE: | § | Chapter 11 |
| ALLAN REAGAN | § § § | Case No. 20-11161-TMD |
| Debtor | § | |

**BALLOT SUMMARY FOR DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**

| NAME (alphabetized) | CLASS (per plan) | ALLOWED CLAIM | | | Amount Used to Calculate Vote | Class Used to Calculate Vote | VOTE |
|---|---|---|---|---|---|---|---|
| | | p/c | sched | ballot | | | |
| Ann E. Headley | 3 | $291,495.97 | $210,062.64 | $219,495.97 | $291,495.97 | 3 | R |
| Comerica Bank[1] | 3 | $5,041,966.78 | $217,442.28 | $5,041,966.78 | $5,041,966.78 | 3 | R |
| Gary J. Neumayer | 3 | $36,569.57 | $36,569.57 | $36,569.57 | $36,569.57 | 3 | A |
| Headley Investments LP | 3 | $27,357.57 | $27,438.28 | $27,357.57 | $27,357.57 | 3 | R |
| Kathleen R. McCormick | 3 | None filed | $17,948.39 | Blank | $17,948.39 | 3 | A |
| Martin S. Headley | 3 | $291,407.05 | $292,179.14 | $291,407.05 | $291,407.05 | 3 | R |
| Spain Family IX LLC[2] | 3 | None filed | $91,460.93 | $91,460.93 | $91,460.93 | 3 | |
| Texas Partners Bank d/b/a The Bank of Austin[3] | 3 | $0.00 | $1,795,087.90 | $1,795,087.90 | $1,795,087.90 | 3 | R |
| Village @ La Orilla LLC[4] | 3 | $6,617,549.79 | $392,970.75 | $6,617,549.79 | $6,617,549.79 | 3 | R |

[1] This claim was filed in connection with four guarantees, which were scheduled separately, and only one of which had an amount listed. The four guarantee claims were each scheduled as contingent.

[2] This ballot was received after the voting deadline and was not marked as accepting or rejecting the plan. It has not been counted in the tabulation of votes.

[3] This claim was scheduled as contingent.

[4] This claim was scheduled as contingent, unliquidated and disputed.

**BALLOT SUMMARY (BY CLASS)**

| CLASS/ VOTING STATUS | TOTAL # | TOTAL # (A/R) | | TOTAL AMOUNT (A/R) | | CLASS VOTE |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | TOTAL PERCENTAGE (A/R) | | |
| | | (ACCEPT) | (REJECT) | (ACCEPT) | (REJECT) | |
| 1: Allowed Secured Claims of Ford Motor Credit and Wells Fargo Auto Finance  Unimpaired | 0 | 0 | 0 | $0.00  -- | $0.00  -- | -- |
| 2: Allowed Secured Claim of Interactive Brokers, LLC  Unimpaired | 0 | 0 | 0 | $0.00  -- | $0.00  -- | -- |
| 3: Allowed Unsecured Claims  Impaired | 8 | 2 | 6 | $54,517.96  0.4% | $14,064,865.06  99.6% | R |
| 3: Allowed Claims of Insiders or Affiliates  Impaired | 0 | 0 | 0 | $0.00  -- | $0.00  -- | -- |

## Exhibit B

**Ballots**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: §
ALLAN REAGAN § Case No. 20-11161-tmd
§
§

CLASS __3__ BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan satisfies the requirements of Sec. 1191 of the Bankruptcy Code. **To have your vote count you must complete and return this ballot by the deadline below.**

1. Fill in as applies to your claims(s). Fill in more than one ballot if you have more than one claim. Write your Class Number(s) in the Ballot Title above.

The undersigned is a creditor of the above named debtor in the unpaid amount of $214,945, 9 1/25 in Class __3__ *(please fill in Class pursuant to plan)*.

2. Check One Box: ☐ Accepts Plan
 ☒ Rejects Plan

3. Print or Type Name as it appears
 on Envelope or in Plan
 Signed: Ann E. Headley
 Ann E. Headley
 Address: 1500 Eagle Hill Lane
 Eagle, PA 19341

4. Return this ballot by mail, fax or email ON OR BEFORE February 22, 2021 at 5:00 p.m. (prevailing Central Time) to:

WALLER LANSDEN DORTCH & DAVIS, LLP
Attention: Reagan Tabulation
100 Congress Ave., Suite 1800
Austin, Texas 78701
Phone: (512) 685-6400
Facsimile: (512) 685-6417
Email: annmarie.jezisek@wallerlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: §
ALLAN REAGAN § Case No. 20-11161-tmd
 §

CLASS __3__ BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

*The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan satisfies the requirements of Sec. 1191 of the Bankruptcy Code.* <u>To have your vote count you must complete and return this ballot by the deadline below.</u>

1. **Fill in as applies to your claims(s).** Fill in more than one ballot if you have more than one claim. Write your Class Number(s) in the Ballot Title above.

The undersigned is a creditor of the above named debtor in the unpaid amount of $ 5,041,966.78 in Class __3__ (*please fill in Class pursuant to plan*).

2. **Check One Box:** [   ] Accepts Plan
 [ X ] Rejects Plan

3. **Print or Type Name as it appears on Envelope or in Plan**

 Comerica Bank

 Signed: /s/ Robert J. Diehl, Jr.
 Attorney for Comerica Bank
 Address: Bodman PLC
 1901 St. Antoine Street, 6th Floor
 Detroit, Michigan 48226

4. **Return this ballot** by mail, fax or email ON OR BEFORE **March 15, 2021 at 5:00 p.m.** (prevailing Central Time) to:

WALLER LANSDEN DORTCH & DAVIS, LLP
Attention: Reagan Tabulation
100 Congress Ave., Suite 1800
Austin, Texas 78701
Phone: (512) 685-6400
Facsimile: (512) 685-6417
Email: annmarie.jezisek@wallerlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

In re: §
ALLAN REAGAN § Case No. 20-11161-tmd
§
§

## CLASS 3 BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION

*The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan satisfies the requirements of Sec. 1191 of the Bankruptcy Code.* <u>To have your vote count you must complete and return this ballot by the deadline below.</u>

1. Fill in as applies to your claims(s). Fill in more than one ballot if you have more than one claim. Write your Class Number(s) in the Ballot Title above.

   The undersigned is a creditor of the above named debtor in the unpaid amount of $ 36,561.57 ① in Class 3 *(please fill in Class pursuant to plan)*.

2. Check One Box: [X] Accepts Plan
                  [ ] Rejects Plan

3. Print or Type Name as it appears
   on Envelope or in Plan

   Signed: GARY J. NEUMAYER
           /s/ Gary Neumayer
   Address: 2201 BERRYDROP LN
            BLOOMINGTON IL 61704

4. Return this ballot by mail, fax or email ON OR BEFORE February 22, 2021 at 5:00 p.m. (prevailing Central Time) to:

   WALLER LANSDEN DORTCH & DAVIS, LLP
   Attention: Reagan Tabulation
   100 Congress Ave, Suite 1800
   Austin, Texas 78701
   Phone: (512) 685-6400
   Facsimile: (512) 685-6417
   Email: annmarie.jezisek@wallerlaw.com

① PLUS ACCRUED INTEREST.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: §
ALLAN REAGAN § Case No. 20-11161-tmd
 §

CLASS **3** BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

4. Return this ballot by mail, fax or email ON OR BEFORE February 22, 2021 at 5:00 p.m. (prevailing Central Time) to:

WALLER LANSDEN DORTCH & DAVIS, LLP
Attention: Reagan Tabulation
100 Congress Ave., Suite 1800
Austin, Texas 78701
Phone: (512) 685-6400
Facsimile: (512) 685-6417
Email: annmarie.jezisek@wallerlaw.com

The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan satisfies the requirements of Sec. 1191 of the Bankruptcy Code. **To have your vote count you must complete and return this ballot by the deadline below.**

1. Fill in as applies to your claims(s). Fill in more than one ballot if you have more than one claim. Write your Class Number(s) in the Ballot Title above.

The undersigned is a creditor of the above named debtor in the unpaid amount of $27,357.57 in Class **3** (please fill in Class pursuant to plan).

2. Check One Box:   ☐ Accepts Plan
                    ☒ Rejects Plan

3. Print or Type Name as it appears
   on Envelope or in Plan

   Signed: HEADLEY INVESTMENTS LP
           MIKE SHEA, MANAGING PARTNER

   Address: 1500 KNOBB HILL LN
            PAOLI, PA 19301

036521-964441/4823-9613-5858.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: §
ALLAN REAGAN § Case No. 20-11161-tmd
§
§

CLASS **3** BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan satisfies the requirements of Sec. 1191 of the Bankruptcy Code. **To have your vote count you must complete and return this ballot by the deadline below.**

1. Fill in as applies to your claims(s). Fill in more than one ballot if you have more than one claim. Write your Class Number(s) in the Ballot Title above.

The undersigned is a creditor of the above named debtor in the unpaid amount of $_____ in Class **3** (please fill in Class pursuant to plan).

2. Check One Box: [X] Accepts Plan
   [ ] Rejects Plan

3. Print or Type Name as it appears on Envelope or in Plan

   KATHLEEN R MCCORMICK

   Signed: *[signature]*
   Address: 6801 GREENWOOD AVEN
   #210
   SEATTLE WA 98103

036521-96441/4822-9613-5858.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: §
ALLAN REAGAN § Case No. 20-11161-tmd
 §

CLASS **2** **BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan satisfies the requirements of Sec. 1191 of the Bankruptcy Code. **To have your vote count you must complete and return this ballot by the deadline below.**

1. Fill in as applies to your claim(s). Fill in more than one ballot if you have more than one claim. Write your Class Number(s) in the Ballot Title above.

The undersigned is a creditor of the above named debtor in the unpaid amount of
$ 241,401.05/YR in Class **3** (please fill in Class pursuant to plan).

2. Check One Box: [✓] Accepts Plan
   [ ] Rejects Plan

3. Print or Type Name as it appears
   on Envelope or in Plan                MARTIN S HEADLEY

   Signed:      /s/ illegible signature

   Address:    1500 KNOBB HILL LN
               PAOLI, PA 19301

4. Return this ballot by mail, fax or email ON OR BEFORE February 22, 2021 at 5:00 p.m. (prevailing Central Time) to:

   WALLER LANSDEN DORTCH & DAVIS, LLP
   Attention: Reagan Tabulation
   100 Congress Ave., Suite 1800
   Austin, Texas 78701
   Phone: (512) 685-6400
   Facsimile: (512) 685-6417
   Email: annmarie.jezisek@wallerlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

In re: §
ALLAN REAGAN § Case No. 20-11161-tmd
 §

**CLASS  3  BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION**

*The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan satisfies the requirements of Sec. 1191 of the Bankruptcy Code.* <u>**To have your vote count you must complete and return this ballot by the deadline below.**</u>

1. **Fill in as applies to your claims(s).** Fill in more than one ballot if you have more than one claim. Write your Class Number(s) in the Ballot Title above.

The undersigned is a creditor of the above named debtor in the unpaid amount of $<u>91,460.93</u> in Class  3  (*please fill in Class pursuant to plan*).

2. **Check One Box:**  [ ___ ] Accepts Plan
 [ ___ ] Rejects Plan

3. **Print or Type Name as it appears on Envelope or in Plan**   Spain Family IX LLC

 Signed: _____

 Address: c/o Patrick J. Spain
 11809 Oak Branch Dr.
 Austin, TX 78737

4. **Return this ballot** by mail, fax or email ON OR BEFORE **February 22, 2021 at 5:00 p.m.** (prevailing Central Time) to:

WALLER LANSDEN DORTCH & DAVIS, LLP
Attention: Reagan Tabulation
100 Congress Ave., Suite 1800
Austin, Texas 78701
Phone: (512) 685-6400
Facsimile: (512) 685-6417
Email: annmarie.jezisek@wallerlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: §
ALLAN REAGAN § Case No. 20-11161-tmd
 §

CLASS __3__ BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

*The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan satisfies the requirements of Sec. 1191 of the Bankruptcy Code.* **To have your vote count you must complete and return this ballot by the deadline below.**

1. **Fill in as applies to your claims(s).** Fill in more than one ballot if you have more than one claim. Write your Class Number(s) in the Ballot Title above.

The undersigned is a creditor of the above named debtor in the unpaid amount of $__1,795,087.90_____ in Class __3__ (*please fill in Class pursuant to plan*).

2. **Check One Box:** [ __ ] Accepts Plan
 [_x_] Rejects Plan

3. **Print or Type Name as it appears on Envelope or in Plan**

 Texas Partners Bank, a Texas State Bank doing business as The Bank Of Austin

 Signed: _[signature]_
 Andrew Reid, Executive Vice President
 Chief Credit Oficer

 Address: 1900 N.W. Loop 410
 San Antonio, TX 78213

4. **Return this ballot** by mail, fax or email ON OR BEFORE **February 22, 2021 at 5:00 p.m.** (prevailing Central Time) to:

WALLER LANSDEN DORTCH & DAVIS, LLP
Attention: Reagan Tabulation
100 Congress Ave., Suite 1800
Austin, Texas 78701
Phone: (512) 685-6400
Facsimile: (512) 685-6417
Email: annmarie.jezisek@wallerlaw.com

038540-06173/4841-6784-3291.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re:
ALLAN REAGAN

Case No. 20-11161-tmd

CLASS 3 BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION
AMENDED

The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan satisfies the requirements of Sec. 1191 of the Bankruptcy Code. **To have your vote count you must complete and return this ballot by the deadline below.**

1. Fill in as applies to your claim(s). Fill in more than one ballot if you have more than one claim. Write your Class Number(s) in the Ballot Title above.

The undersigned is a creditor of the above named debtor in the unpaid amount of $ 617,547.79 in Class 3 *(please fill in Class pursuant to plan)*.

2. Check One Box: [ ] Accepts Plan
                  [X] Rejects Plan

3. Print or Type Name as it appears
   on Envelope or in Plan

   Signed: _VILLABELLA ONICA LLC_ ITS ATTORNEY AND AGENT
   
   Address: _500 N. BRAND #1800_
            _GLENDALE, CA 91203_

4. **Return this ballot by mail, fax or email ON OR BEFORE February 22, 2021 at 5:00 p.m. (prevailing Central Time) to:**

   WALLER LANSDEN DORTCH & DAVIS, LLP
   Attention: Reagan Tabulation
   100 Congress Ave, Suite 1800
   Austin, Texas 78701
   Phone: (512) 685-6400
   Facsimile: (512) 685-6417
   Email: annmarie.jezisek@wallerlaw.com