

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: April 27, 2021**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLAN L. REAGAN, | § | CASE NO. 20-11161-tmd |
| | § | |
| Debtor | § | CHAPTER 11 |

### ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 19 OF LONE STAR BANK

Came on for consideration Debtor's Objection to Proof of Claim No. 19 (the "Claim") of Lone Star Bank. After considering the Objection, response and evidence, the Court is of the opinion the objection should be granted. It is, therefore,

ORDERED that the Claim is disallowed.

###

Entry requested by:

Mark C. Taylor
Waller Lansden Dortch & Davis LLP
Mark.taylor@wallerlaw.com
100 Congress Ave., Suite 1800
Austin, Texas 78701
Telephone: (512) 685-6400
Telecopier: (512) 685-6417

**ATTORNEYS FOR DEBTOR**

4812-3066-5186.1