**Fennemore Craig, P.C.**
Louis Daniel Lopez (ASB No. 021191)
2394 East Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  llopez@fclaw.com

**Davidson Troilo Ream Garza, P.C.**
Richard E. Hettinger (Bar No. 0955100)
The Pyramid Building
301 N.W. Loop 410, Suite 100
San Antonio, TX 78216
Telephone:  (210) 349-6848
rhettinger@dtrglaw.com

*Attorneys for DT Chandler, LLC*

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-11161-tmd |
| | **Chapter 11** |
| ALLAN L. REAGAN | |
| | **Ref. Dkt. No. 144** |
| Debtor. | |

---

### JOINDER OF DT CHANDLER TO COMERICA BANK'S OBJECTIONS REGARDING CONFIRMATION ISSUES OF DEBTOR'S FIRST AMENDED PROPOSED PLAN OF REORGANIZATION

Creditor DT Chandler, LLC ("DT Chandler"), an unsecured creditor herein, by and through its undersigned counsel, hereby joins Comerica Bank's Brief Regarding Confirmation Issues (the "Brief") (Doc. No. 144).  DT Chandler agrees with and supports the Brief and will not repeat the same as a matter of efficiency.

**DATED**: May 7, 2021

Respectfully submitted,

**FENNEMORE CRAIG, P.C.**

*/s/   Louis D. Lopez*
Louis D. Lopez (ASB No. 021191)
Admitted *pro hac vice*
2394 East Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  llopez@fclaw.com
*Attorneys for DT Chandler, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 7th day of May, 2021, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the Court's ECF noticing system or by regular first-class mail:

| | |
|---|---|
| Mark C. Taylor<br>Waller Landsen Dortch & David, LLP<br>100 Congress Avenue, Suite 1800<br>Austin, TX 78704<br>mark.taylor@wallerlaw.com | Michael G. Colvard, Trustee<br>Martin & Drought, PC<br>112 E. Pecan Street, Suite 1616<br>San Antonio, TX 78205<br>mcolvard@mdtlaw.com |

_____/s/ Pamela Hennings_____
Employee of Fennemore Craig, P.C.

18400972.1