THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLAN L. REAGAN | § | CASE NO. 20-11161-TMD |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

AMENDED WITNESS & EXHIBIT LIST REGARDING CHAPTER 11 PLAN [DKT. NO. 89]

HEARING RESET FOR MAY 14, 2021 AT 8:30 A.M.

---

**MICHAEL G. COLVARD**
State Bar No. 04629200

**MARTIN & DROUGHT, P.C.**
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205
(210) 227-7591 Telephone
(210) 227-7924 Facsimile
E-Mail: mcolvard@mdtlaw.com

**SUBCHAPTER V TRUSTEE**

Michael G. Colvard, Subchapter V Trustee ("Subchapter V Trustee") submits the following Amended Witness & Exhibit List for the April 14, 2021 hearing in the referenced case.

## I. WITNESSES

1. Subchapter V Trustee reserves the right to call any witnesses designated or called by any party, as well as to call witnesses to rebut the testimony of any witness.

## II. EXHIBITS

| Ex. # | Description | Offered | Obj'n | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Schedules [Dkt. No. 17] | | | | |
| 2. | Amended Schedules [Dkt. No. 56] | | | | |
| 3. | Monthly Operating Reports<br>  i. March 2021 [Dkt. No. 133]<br>  ii. February 2021 [Dkt. No. 109] | | | | |
| 4. | Debtor's § 1116(1) Statement [Dkt. No. 3] (Confidential Information – Not Filed – Included Only in Court Copy)<br>  i. Statement of Financial Condition<br>  ii. Reagan Detail of Cash and Securities Owned<br>  iii. Equity Investment in Flix Entertainment Group Entities<br>  iv. Southwestern Retail Properties LP<br>  v. Southwestern Retail Properties II LP<br>  vi. Round Rock Business Park LP<br>  vii. 3401 Hotliers LP<br>  viii. 3401 Hotliers LP<br>  ix. Reagan Calculation of Equity in Corporate General Partners<br>  x. Reagan Calculation of Equity in 100 Trinity LLC<br>  xi. Tax Returns | | | | |

Subchapter V Trustee requests that the Court take judicial notice of all filed pleadings, orders, schedules, and reports.

-3-

Subchapter V Trustee reserves the right to designate any exhibits presented by any other party.

Subchapter V Trustee also reserves the right to designate exhibits not listed here for impeachment or rebuttal purposes at the hearings.

Subchapter V Trustee reserves the right to supplement or amend her Witness and Exhibit Lists any time prior to the hearing.

Subchapter V Trustee requests that the Court take judicial notice of all pleadings and records filed within this bankruptcy proceeding.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2021, a true and correct copy of the foregoing Witness & Exhibit List was served electronically by the Court's ECF System and to the parties listed below via E-Mail:

Mark Curtis Taylor
Waller Lansden Dortch & Davis, LLP
100 Congress Avenue, Suite 1800
Austin, TX 78701

Shane P. Tobin
United States Trustee's Office
903 San Jacinto Blvd., Room 230
Austin, TX 78702

/s/ Michael G. Colvard
Michael G. Colvard