**Fennemore Craig, P.C.**
Louis Daniel Lopez (ASB No. 021191)
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: llopez@fclaw.com

**Davidson Troilo Ream Garza, P.C.**
Richard Hettinger (Bar No.0955100)
601 Northwest Loop 410, Suite 100
Telephone: (210) 349-6484
rhettinger@dtrglaw.com
*Attorneys for DT Chandler, LLC*

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-11161-tmd |
| ALLAN L. REAGAN | Chapter 11 |
| DEBTOR. | |

### DT CHANDLER'S NOTICE OF COMPLIANCE WITH SECOND AMENDED PLAN OF REORGANIZATION [DKT. NO. 165]

On July 2, 2021, Creditor DT Chandler, LLC ("DT Chandler") provided the Trustee with an executed W9 Taxpayer Identification Number and Certification, dated June 24, 2021, via email in accordance with the Second Amended Plan of Reorganization, p. 13 §3.09(e) [Dkt. No. 165].

**DATED**: July 2, 2021.

Respectfully submitted,

**Fennemore Craig, P.C.**

  /s/ Louis D. Lopez
Louis D. Lopez (ASB No. 021191)
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: llopez@fclaw.com
*Attorneys for DT Chandler, LLC*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 2nd day of July, 2021, a true and correct copy of the above and foregoing was served upon the parties via electronic means as listed on the Court's ECF notification system or by regular first-class mail:

| Mark C. Taylor<br>Waller Landsen Dortch & David, LLP<br>100 Congress Avenue, Suite 1800<br>Austin, TX 78704<br>mark.taylor@wallerlaw.com | Michael G. Colvard, Trustee<br>Martin & Drought, PC<br>112 E. Pecan Street, Suite 1616<br>San Antonio, TX 78205<br>mcolvard@mdtlaw.com |
|---|---|

*/s/ Louis D. Lopez*

18566976.1