

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 01, 2021.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLAN L. REAGAN, | § | CASE NO. 20-11161-TMD |
|     Debtor | § | CHAPTER 11 |

### AGREED ORDER REGARDING DEBTOR'S OBJECTION TO CLAIM NO. 10 OF VILLAGE @ LA ORILLA, LLC

CAME ON FOR CONSIDERATION the Debtor's Objection to Claim No. 10, as amended, filed by Village @ La Orilla, LLC (the "Claim"). As evidenced by the signature of counsel below, the parties have agreed upon a resolution of the objection. Accordingly, it is

ORDERED that the Claim is allowed as a Class 3 general unsecured claim in the amount of $1,770,686.33. The Claim is otherwise disallowed.

# # #

**AGREED:**

WALLER LANSDEN DORTCH & DAVIS, LLP


By: */s/ Mark C. Taylor*
    Mark C. Taylor
    State Bar No. 19713225
    100 Congress Avenue, 18th Floor
    Austin, Texas 78701
    Telephone: (512) 685-6400
    Facsimile: (512) 685-6417
    mark.taylor@wallerlaw.com

ATTORNEYS FOR DEBTOR AND
DEBTOR IN POSSESSION


*/s/ Peter F. Lindborg*
    Peter F. Lindborg
    Admitted *Pro Hac Vice*
    550 N. Brand Blvd., Suite 1830
    Glendale, California 91203
    Telephone: (818) 637-8325
    Facsimile: (818) 637-8376
    plindborg@lmllp.com

ATTORNEYS FOR VILLAGE @ LA ORILLA, LLC