**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 01, 2021.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLAN L. REAGAN, | § | CASE NO. 20-11161-TMD |
|     Debtor | § | CHAPTER 11 |

### AGREED ORDER REGARDING DEBTOR'S OBJECTION TO CLAIM NO. 11 OF ROP ARTCRAFT, LLC

CAME ON FOR CONSIDERATION the Debtor's Objection to Claim No. 11 filed by ROP Artcraft, LLC (the "Claim"). As evidenced by the signature of counsel below, the parties have agreed upon a resolution of the objection. Accordingly, it is

ORDERED that the Claim is allowed as a Class 3 general unsecured claim in the amount of $2,506,076.89. The Claim is otherwise disallowed.

# # #

**AGREED:**

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Mark C. Taylor*
    Mark C. Taylor
    State Bar No. 19713225
    100 Congress Avenue, 18th Floor
    Austin, Texas 78701
    Telephone: (512) 685-6400
    Facsimile: (512) 685-6417
    mark.taylor@wallerlaw.com

ATTORNEYS FOR DEBTOR AND
DEBTOR IN POSSESSION


GORDON DAVIS JOHNSON & SHANE P.C.

By: */s/ Harrel L. Davis III*
    Harrel L. Davis III
    State Bar No. 05567560
    4695 N. Mesa Street
    El Paso, Texas 79912
    Telephone: (915) 545-1133
    Facsimile: (915) 545-4433
    hdavis@eplawyers.com

ATTORNEYS FOR ROP ARTCRAFT LLC