**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 01, 2021.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLAN L. REAGAN, | § | CASE NO. 20-11161-TMD |
| Debtor | § | CHAPTER 11 |

### AGREED ORDER REGARDING DEBTOR'S OBJECTION TO CLAIM NO. 20 OF 83RD STREET DEVELOPMENT, LLC

CAME ON FOR CONSIDERATION the Debtor's Objection to Claim No. 20, as amended, filed by 83rd Street Development, LLC (the "Claim"). As evidenced by the signature of counsel below, the parties have agreed upon a resolution of the objection. Accordingly, it is

ORDERED that the Claim is allowed as a Class 3 general unsecured claim in the amount of $2,574,480.06. The Claim is otherwise disallowed.

# # #

**AGREED:**

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Mark C. Taylor*
    Mark C. Taylor
    State Bar No. 19713225
    100 Congress Avenue, 18th Floor
    Austin, Texas 78701
    Telephone: (512) 685-6400
    Facsimile: (512) 685-6417
    mark.taylor@wallerlaw.com

ATTORNEYS FOR DEBTOR AND
DEBTOR IN POSSESSION

McAFEE & TAFT A PROFESSIONAL CORPORATION

By: */s/ Ross A. Plourde*
    Ross A. Plourde
    Oklahoma Bar No. 7193
    8th Floor, Two Leadership Square
    211 North Robinson
    Oklahoma City, Oklahoma 73102-7103
    Telephone: (405) 235-9621
    Facsimile: (405) 235-0439
    ross.plourde@mcafeetaft.com

ATTORNEYS FOR 83RD STREET DEVELOPMENT, LLC