

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 02, 2021.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLAN L. REAGAN, | § | CASE NO. 20-11161-TMD |
|     Debtor | § | CHAPTER 11 |

### AGREED ORDER REGARDING DEBTOR'S OBJECTION TO CLAIM NO. 14 OF COMERICA BANK

CAME ON FOR CONSIDERATION the Debtor's Objection to Claim No. 14, as amended, filed by Comerica Bank (the "Claim"). As evidenced by the signature of counsel below, the parties have agreed upon a resolution of the objection. Accordingly, it is

ORDERED that the Claim is allowed as a Class 3 general unsecured claim in the amount of $6,483,162.66.

# # #

**AGREED:**

WALLER LANSDEN DORTCH & DAVIS, LLP


By: */s/ Mark C. Taylor*
      Mark C. Taylor
      State Bar No. 19713225
      100 Congress Avenue, 18th Floor
      Austin, Texas 78701
      Telephone: (512) 685-6400
      Facsimile: (512) 685-6417
      mark.taylor@wallerlaw.com

ATTORNEYS FOR REORGANIZED DEBTOR


*/s/ Robert J. Diehl, Jr.*
      Robert J. Diehl, Jr.
      Admitted *Pro Hac Vice*
      Bodman PLC
      1901 St. Antoine St., 6th Floor
      Detroit, MI 48226
      Telephone: (313) 393-5795
      rdiehl@bodmanlaw.com

ATTORNEYS FOR COMERICA BANK