UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS

IN RE:
Allan L. Reagan

CASE NO. 20-11161 tmd
CHAPTER 11

DEBTOR

## CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING SEPTEMBER 2021

1. ☑ Quarterly or ☐ Final (check one)

2. **SUMMARY OF DISBURSEMENTS*:**

   A. Disbursements made under the plan (itemize on page 3) .......... $ 755,063.00
   B. Disbursements not under the plan ................................. $ 69,578.12
       Total Disbursements ............................................ $ 824,641.12

   *ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?    ☑ Yes ☐ No
4. Are Plan payments being made as required under the Plan?    ☑ Yes ☐ No
5. If "No", what Plan payments have not been made and why?
   Please explain: NOTE: The Debtor has timely funded his required Plan payments but the Trustee has not yet distributed any proceeds to claimants.

6. If plan payments have not yet begun, when will the first plan payment be made? _____ (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan? June 2021 (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   None

9. Complete the form for Plan Disbursements attached.

10. **CONSUMMATION OF PLAN:**
    A. If this is a final report, has an application for Final Decree been submitted*?
       ☐ Yes Date application was submitted _____
       ☐ No Date when application will be submitted _____
       *(if required by Local Rule)
    B. Estimated Date of Final Payment Under Plan 12-31-2021

    INITIALS _____
    DATE _____
    UST USE ONLY

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: /s/ Allan L. Reagan     DATE: October 18, 2021
ALLAN L. REAGAN
(PRINT NAME)

IN RE: Allan L. Reagan     CASE NO. 20-11161 tmd

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---:|---:|
| CASH-BEGINNING OF QUARTER | 84,467.04 | 226,633.57 |
| RECEIPTS | 821,281.92 | 2,232,115.67 |
| DISBURSEMENTS | | |
| NET PAYROLL | | |
| PAYROLL TAXES PAID | | |
| SECURED/RENTAL/LEASES | 8,687.79 | 9,488.07 |
| UTILITIES | 4,448.05 | 5,508.90 |
| INSURANCE | 1,775.08 | 2,741.61 |
| INVENTORY PURCHASES | | |
| VEHICLE EXPENSES | 1,863.90 | 4,387.17 |
| TRAVEL & ENTERTAINMENT | 226.03 | 335.97 |
| REPAIRS, MAINTENANCE & SUPPLIES | 10,653.14 | 16,250.14 |
| ADMINISTRATIVE & SELLING | 11,015.00 | 29,515.41 |
| OTHER (attach list) | 30,909.13 | 44,224.13 |
| PLAN PAYMENTS (page 1 and page 3) | 755,063.00 | 2,265,190.00 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | 824,641.12 | 2,377,641.40 |
| NET CASH FLOW | (3,359.20) | (145,525.73) |
| CASH-END OF QUARTER | 81,107.84 | 81,107.84 |

CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
QUARTER ENDING SEPTEMBER

| | Month/Year Q3 2021 | Month/Year | Month/Year | Total |
|---|---:|---:|---:|---:|
| Bank Balance | 186,170.84 | | | 186,170.84 |
| Deposit in Transit | | | | 0.00 |
| Outstanding Checks | 105,063.00 | | | 105,063.00 |
| Adjusted Balance | 81,107.84 | 0.00 | 0.00 | 81,107.84 |
| Beginning Cash-Per Books | 84,467.04 | | | 84,467.04 |
| Receipts | 171,281.92 | | | 171,281.92 |
| Transfers Between Accounts | | | | 0.00 |
| Checks/Other Disbursements | 174,641.12 | | | 174,641.12 |
| Ending Cash-Per Books | 81,107.84 | 0.00 | 0.00 | 81,107.84 |

STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year Q3 2021 | Month/Year | Month/Year | Total |
|---|---:|---:|---:|---:|
| Beginning Cash | 84,467.04 | | | |
| Total Receipts | 821,281.92 | | | 821,281.92 |
| Total Disbursements | 824,641.12 | | | 824,641.12 |
| Ending Cash | 81,107.84 | 0.00 | 0.00 | |

2

| IN RE: | § § § | |
|---|---|---|
| Allan L. Reagan | § | CASE NO. 20-11161 tmd |
| DEBTOR | § § | |

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| Estate of Allan L. Reagan claims to be disbursed by Subchapter V Trustee -- see Trustee's report | GUC | 12-31-2021 | 755,063.00 | 2,265,190.00 |
| | | | | |
| NOTE: Of the Q3 plan payments, $105,063 was disbursed from Debtor's D-I-P account at Wells Fargo and $650,000 was funded directly into the Trustee fiduciary account. | | | | |
| | | | | |
| NOTE: Cash balances include both cash in banks (total $8,175.88 at 7-1-2021 and $4,816.66 at 9-30-2021) and brokerage accounts. Brokerage account cash is pledged so secure borrowings from brokerages and in that context balances are restricted. | | | | |
| | | | | |
| TOTAL PLAN PAYMENTS: (report on page 1 and page 2) | | | 755,063.00 | 2,265,190.00 |

1/6

## ALLAN. L. REAGAN D-I-P Case: 20-11161 tmd
### QUARTERLY REPORT AS OF SEPTEMBER 30, 2021: DETAIL OF OTHER EXPENDITURES

| Date | $ Amount | Description |
|---|---|---|
| 7/2/21 | 2,500.00 | ZELLE TO REAGAN JANET ON 07/01 REF #RP0BTNBLVY PARTIAL JULY 2021 D |
| 7/2/21 | 200.00 | PURCHASE AUTHORIZED ON 06/29 LAZARUS NATURALS 206-9093354 OR S5{ |
| 7/2/21 | 181.57 | PURCHASE AUTHORIZED ON 07/01 H-E-B #592 LEANDER TX S3811828072364 |
| 7/2/21 | 96.27 | PURCHASE AUTHORIZED ON 07/01 NATURAL GROCERS CP CEDAR PARK TX S! |
| 7/2/21 | 43.25 | PURCHASE AUTHORIZED ON 06/30 AMAZON.COM*297NK0L AMZN.COM/BILI |
| 7/2/21 | 20.54 | PURCHASE AUTHORIZED ON 07/01 WHOLEFDS CDP #1066 CEDAR PARK TX S4 |
| 7/6/21 | 346.89 | PURCHASE AUTHORIZED ON 07/02 TOMLINSON'S LEANDE LEANDER TX S301 |
| 7/6/21 | 111.16 | PURCHASE AUTHORIZED ON 07/02 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 7/6/21 | 95.00 | PURCHASE AUTHORIZED ON 07/02 INSTACART HTTPSINSTACAR CA S3811837 |
| 7/6/21 | 62.86 | PURCHASE AUTHORIZED ON 07/02 COSTCO BY INSTACAR HTTPSINSTACAR C/ |
| 7/6/21 | 55.00 | PURCHASE AUTHORIZED ON 07/02 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 7/6/21 | 43.29 | PURCHASE AUTHORIZED ON 07/03 AMZN Mktp US*2934W Amzn.com/bill W |
| 7/6/21 | 31.26 | PURCHASE AUTHORIZED ON 07/02 INSTACART HTTPSINSTACAR CA S3811837 |
| 7/6/21 | 11.55 | PURCHASE AUTHORIZED ON 07/03 Amazon.com*2970543 Amzn.com/bill W/ |
| 7/6/21 | 5.74 | PURCHASE AUTHORIZED ON 07/02 COSTCO BY INSTACAR HTTPSINSTACAR C/ |
| 7/7/21 | 1,100.00 | ZELLE TO REAGAN JANET ON 07/07 REF #RP0BVSV4XF REMAINDER OF JULY |
| 7/7/21 | 15.14 | RECURRING PAYMENT AUTHORIZED ON 07/06 NETFLIX.COM NETFLIX.COM C |
| 7/8/21 | 95.99 | PURCHASE AUTHORIZED ON 07/06 CVSI PLUS CBD OIL 855-758-7223 CA S461 |
| 7/8/21 | 25.96 | PURCHASE AUTHORIZED ON 07/03 AMZN Mktp US*293TV Amzn.com/bill W/ |
| 7/9/21 | 81.07 | PURCHASE AUTHORIZED ON 07/08 COSTCO BY INSTACAR HTTPSINSTACAR C/ |
| 7/9/21 | 28.93 | PURCHASE AUTHORIZED ON 07/08 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 7/9/21 | 9.55 | PURCHASE AUTHORIZED ON 07/08 COSTCO BY INSTACAR HTTPSINSTACAR C/ |
| 7/12/21 | 150.00 | ZELLE TO DEMPS MICHELLE ON 07/11 REF #RP0BWPDDZ7 PHYSICAL THERAPY |
| 7/12/21 | 23.98 | PURCHASE AUTHORIZED ON 07/08 AMZN Mktp US*2988P Amzn.com/bill W/ |
| 7/13/21 | 300.00 | PURCHASE AUTHORIZED ON 07/12 RENEW PSYCHIATRIC WWW.RENEWPSYC |
| 7/13/21 | 284.63 | PURCHASE AUTHORIZED ON 07/12 Keith Kesler DO AUSTIN TX S5811940042: |
| 7/14/21 | 102.24 | PURCHASE AUTHORIZED ON 07/13 INSTACART HTTPSINSTACAR CA S301195( |
| 7/15/21 | 222.92 | PURCHASE AUTHORIZED ON 07/13 TRACTOR SUPPLY #19 LIBERTY HILL TX S5. |
| 7/15/21 | 98.62 | PURCHASE AUTHORIZED ON 07/13 AMZN Mktp US*290WR Amzn.com/bill W |
| 7/15/21 | 20.34 | PURCHASE AUTHORIZED ON 07/13 AMZN Mktp US*293VC Amzn.com/bill W/ |
| 7/15/21 | 12.98 | PURCHASE AUTHORIZED ON 07/13 AMZN Mktp US*2E6PT Amzn.com/bill W/ |
| 7/16/21 | 229.11 | PURCHASE AUTHORIZED ON 07/14 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 7/16/21 | 115.89 | PURCHASE AUTHORIZED ON 07/14 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 7/16/21 | 55.99 | PURCHASE AUTHORIZED ON 07/14 CVSI PLUS CBD OIL 855-758-7223 CA S581 |
| 7/16/21 | 7.95 | PURCHASE AUTHORIZED ON 07/15 COSTCO BY INSTACAR HTTPSINSTACAR C/ |
| 7/16/21 | 6.60 | PURCHASE AUTHORIZED ON 07/15 AMAZON.COM*2E7XX6Z AMZN.COM/BILI |
| 7/19/21 | 267.00 | PURCHASE AUTHORIZED ON 07/15 COMANCHE TRAIL VET LIBERTY HILL TX S: |
| 7/19/21 | 62.99 | PURCHASE AUTHORIZED ON 07/16 HILL COUNTRY APOTH AUSTIN TX S58119 |
| 7/19/21 | 22.33 | PURCHASE AUTHORIZED ON 07/15 AMZN Mktp US*2E3H0 Amzn.com/bill W/ |
| 7/20/21 | 265.62 | PURCHASE AUTHORIZED ON 07/19 INSTACART HTTPSINSTACAR CA S461201( |
| 7/20/21 | 150.00 | PURCHASE AUTHORIZED ON 07/19 RENEW PSYCHIATRIC WWW.RENEWPSYC |
| 7/21/21 | 174.85 | PURCHASE AUTHORIZED ON 07/19 COSTCO BY INSTACAR HTTPSINSTACAR C/ |

## ALLAN. L. REAGAN D-I-P Case: 20-11161 tmd
### QUARTERLY REPORT AS OF SEPTEMBER 30, 2021: DETAIL OF OTHER EXPENDITURES

| Date | $ Amount | Description |
|---|---:|---|
| 7/21/21 | 115.00 | PURCHASE AUTHORIZED ON 07/20 MARTIN NELSON ENDO AUSTIN TX S3812 |
| 7/21/21 | 111.97 | PURCHASE AUTHORIZED ON 07/20 TOTAL WI VIA INSTA TOTALWINE.COM CA |
| 7/21/21 | 60.00 | PURCHASE AUTHORIZED ON 07/19 TOTAL WI VIA INSTA TOTALWINE.COM CA |
| 7/21/21 | 16.57 | PURCHASE AUTHORIZED ON 07/19 INSTACART HTTPSINSTACAR CA S4612012 |
| 7/22/21 | 89.95 | PURCHASE AUTHORIZED ON 07/21 H-E-B #592 LEANDER TX S3812027248505 |
| 7/22/21 | 18.00 | PURCHASE AUTHORIZED ON 07/20 AMAZON.COM*2E5NN3M AMZN.COM/BI |
| 7/23/21 | 225.00 | PURCHASE AUTHORIZED ON 07/22 PAYPAL *BBFS 402-935-7733 CA S581203 |
| 7/23/21 | 43.28 | PURCHASE AUTHORIZED ON 07/20 AMZN Mktp US*2E2E0 Amzn.com/bill W/ |
| 7/26/21 | 150.00 | ZELLE TO DEMPS MICHELLE ON 07/25 REF #RP0BZMW25W PHYSICAL THERAF |
| 7/26/21 | 88.89 | PURCHASE AUTHORIZED ON 07/24 INSTACART HTTPSINSTACAR CA S3812057 |
| 7/26/21 | 47.45 | PURCHASE AUTHORIZED ON 07/22 AMZN Mktp US*2E0KD Amzn.com/bill W/ |
| 7/26/21 | 42.88 | PURCHASE AUTHORIZED ON 07/24 WALMART.COM AW 800-966-6546 AR S3 |
| 7/26/21 | 38.54 | PURCHASE AUTHORIZED ON 07/23 H-E-B #592 LEANDER TX S3012047822002 |
| 7/26/21 | 30.50 | PURCHASE AUTHORIZED ON 07/22 AMAZON.COM*2E3TU5Q AMZN.COM/BIL |
| 7/26/21 | 18.09 | RECURRING PAYMENT AUTHORIZED ON 07/24 NYTimes*NYTimes 800-698-4 |
| 7/26/21 | 17.47 | PURCHASE AUTHORIZED ON 07/22 AMAZON.COM*2E9UR7V AMZN.COM/BIL |
| 7/26/21 | 16.23 | PURCHASE AUTHORIZED ON 07/22 AMAZON.COM*2E1KY5W AMZN.COM/BIL |
| 7/26/21 | 15.45 | PURCHASE AUTHORIZED ON 07/22 AMZN Mktp US*2E2TN Amzn.com/bill W/ |
| 7/27/21 | 150.00 | PURCHASE AUTHORIZED ON 07/26 RENEW PSYCHIATRIC WWW.RENEWPSYC |
| 7/27/21 | 125.00 | PURCHASE AUTHORIZED ON 07/24 COSTCO BY INSTACAR HTTPSINSTACAR CA |
| 7/27/21 | 110.49 | PURCHASE AUTHORIZED ON 07/26 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 7/27/21 | 30.00 | PURCHASE AUTHORIZED ON 07/24 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 7/28/21 | 227.33 | PURCHASE AUTHORIZED ON 07/25 AMZN Mktp US*2P4O6 Amzn.com/bill W/ |
| 7/28/21 | 188.19 | PURCHASE AUTHORIZED ON 07/27 AMZN Mktp US*2E6G6 Amzn.com/bill W/ |
| 7/28/21 | 19.47 | PURCHASE AUTHORIZED ON 07/27 AMZN MKTP US*2E9YV AMZN.COM/BILL |
| 7/29/21 | 151.41 | PURCHASE AUTHORIZED ON 07/27 AMZN Mktp US*2P3RW Amzn.com/bill W |
| 7/29/21 | 74.60 | PURCHASE AUTHORIZED ON 07/27 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 7/29/21 | 56.83 | PURCHASE AUTHORIZED ON 07/27 TOTAL WI VIA INSTA TOTALWINE.COM CA |
| 7/29/21 | 55.00 | PURCHASE AUTHORIZED ON 07/27 INSTACART HTTPSINSTACAR CA S3812091 |
| 7/29/21 | 41.72 | PURCHASE AUTHORIZED ON 07/27 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 7/29/21 | 41.09 | PURCHASE AUTHORIZED ON 07/27 Amazon.com*2P4XY4C Amzn.com/bill W/ |
| 7/29/21 | 29.22 | PURCHASE AUTHORIZED ON 07/27 AMZN Mktp US*2E4J3 Amzn.com/bill WA |
| 7/29/21 | 27.04 | PURCHASE AUTHORIZED ON 07/27 AMZN Mktp US*2P21Z Amzn.com/bill W/ |
| 7/29/21 | 21.64 | PURCHASE AUTHORIZED ON 07/27 AMZN Mktp US*2E4Q4 Amzn.com/bill W/ |
| 7/29/21 | 17.20 | PURCHASE AUTHORIZED ON 07/28 INSTACART HTTPSINSTACAR CA S5812096 |
| 7/29/21 | 16.56 | PURCHASE AUTHORIZED ON 07/27 AMZN Mktp US*2P6W0 Amzn.com/bill W |
| 7/29/21 | 7.19 | PURCHASE AUTHORIZED ON 07/27 AMZN Mktp US*2E1N3 Amzn.com/bill W/ |
| 7/30/21 | 475.12 | PURCHASE AUTHORIZED ON 07/28 TOMLINSON'S LEANDE LEANDER TX S381 |
| 7/30/21 | 14.92 | PURCHASE AUTHORIZED ON 07/28 AMZN Mktp US*2E4PM Amzn.com/bill W |
| 7/30/21 | 0.99 | RECURRING PAYMENT AUTHORIZED ON 07/28 APPLE.COM/BILL 866-712-775 |
| 8/2/21 | 2,350.00 | ZELLE TO REAGAN JANET ON 08/02 REF #RP0C3GPDC7 AUG 1ST PARTIAL TO |
| 8/2/21 | 150.00 | ZELLE TO DEMPS MICHELLE ON 08/01 REF #RP0C397FG4 PT |

## ALLAN. L. REAGAN D-I-P Case: 20-11161 tmd
### QUARTERLY REPORT AS OF SEPTEMBER 30, 2021: DETAIL OF OTHER EXPENDITURES

| Date | $ Amount | Description |
|---|---|---|
| 8/2/21 | 110.00 | PURCHASE AUTHORIZED ON 07/30 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 8/2/21 | 58.15 | PURCHASE AUTHORIZED ON 07/30 FLIX BREWHOUSE ROUND ROCK TX S461; |
| 8/2/21 | 58.13 | PURCHASE AUTHORIZED ON 07/30 COSTCO BY INSTACAR HTTPSINSTACAR C/ |
| 8/3/21 | 38.98 | PURCHASE AUTHORIZED ON 07/31 AMAZON.COM*2P3Y15L AMZN.COM/BILL |
| 8/4/21 | 1,250.00 | ZELLE TO REAGAN JANET ON 08/04 REF #RP0C3RVMVL REMAINDER AUG 20; |
| 8/4/21 | 284.63 | PURCHASE AUTHORIZED ON 08/03 Keith Kesler DO AUSTIN TX S58121574943 |
| 8/4/21 | 52.60 | PURCHASE AUTHORIZED ON 07/31 AMZN Mktp US*2P216 Amzn.com/bill W/ |
| 8/6/21 | 42.49 | PURCHASE AUTHORIZED ON 08/04 Amazon.com*2P1F792 Amzn.com/bill W/ |
| 8/9/21 | 325.32 | PURCHASE AUTHORIZED ON 08/08 HUALALAI ESTATE CO WWW.KONAGROW |
| 8/9/21 | 293.44 | PURCHASE AUTHORIZED ON 08/06 WHOLEFDS CDP #1066 CEDAR PARK TX S4 |
| 8/9/21 | 166.07 | PURCHASE AUTHORIZED ON 08/06 COSTCO BY INSTACAR HTTPSINSTACAR C/ |
| 8/9/21 | 95.99 | PURCHASE AUTHORIZED ON 08/05 CVSI PLUS CBD OIL 855-758-7223 CA S461 |
| 8/9/21 | 28.93 | PURCHASE AUTHORIZED ON 08/06 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 8/9/21 | 28.05 | PURCHASE AUTHORIZED ON 08/07 COSTCO BY INSTACAR HTTPSINSTACAR C/ |
| 8/9/21 | 15.14 | RECURRING PAYMENT AUTHORIZED ON 08/06 NETFLIX.COM NETFLIX.COM C |
| 8/10/21 | 68.24 | PURCHASE AUTHORIZED ON 08/09 Amazon.com*2P27B15 Amzn.com/bill W/ |
| 8/10/21 | 4.87 | PURCHASE AUTHORIZED ON 08/09 Amazon.com*2P2TU1U Amzn.com/bill W |
| 8/12/21 | 300.28 | PURCHASE AUTHORIZED ON 08/11 INSTACART HTTPSINSTACAR CA S4612236 |
| 8/12/21 | 192.50 | PURCHASE AUTHORIZED ON 08/11 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 8/12/21 | 70.14 | PURCHASE AUTHORIZED ON 08/11 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 8/12/21 | 35.00 | PURCHASE AUTHORIZED ON 08/11 CEDAR PARK PEDIATR 512-3362777 TX S5; |
| 8/12/21 | 27.66 | PURCHASE AUTHORIZED ON 08/07 AMZN Mktp US*2P2F0 Amzn.com/bill W/ |
| 8/12/21 | 27.66 | PURCHASE AUTHORIZED ON 08/07 AMZN Mktp US*2P8BX Amzn.com/bill W/ |
| 8/13/21 | 40.98 | PURCHASE AUTHORIZED ON 08/11 CVSI PLUS CBD OIL 855-758-7223 CA S461 |
| 8/16/21 | 96.30 | PURCHASE AUTHORIZED ON 08/13 WALMART.COM AU 800-966-6546 AR S46 |
| 8/16/21 | 25.00 | PURCHASE AUTHORIZED ON 08/12 PAYPAL *BBFS 402-935-7733 CA S381225( |
| 8/17/21 | 170.95 | PURCHASE AUTHORIZED ON 08/16 H-E-B #592 LEANDER TX S3012287776280 |
| 8/17/21 | 51.94 | PURCHASE AUTHORIZED ON 08/16 H-E-B #592 LEANDER TX S3812287740476 |
| 8/18/21 | 484.50 | ZELLE TO REAGAN JANET ON 08/18 REF #RP0C6W4CHK GABINO ICE STORM |
| 8/18/21 | 139.37 | PURCHASE AUTHORIZED ON 08/16 AMZN Mktp US*2D99R Amzn.com/bill W/ |
| 8/18/21 | 77.43 | PURCHASE AUTHORIZED ON 08/16 QT 4146 LEANDER TX S581228826541589 |
| 8/18/21 | 10.81 | PURCHASE AUTHORIZED ON 08/16 AMZN Mktp US*2D7AJ Amzn.com/bill W/ |
| 8/19/21 | 396.48 | PURCHASE AUTHORIZED ON 08/16 TOMLINSON'S LEANDE LEANDER TX S461 |
| 8/19/21 | 270.60 | PURCHASE AUTHORIZED ON 08/17 PAYPAL *WALGREEN C 402-935-7733 IL S |
| 8/19/21 | 207.42 | PURCHASE AUTHORIZED ON 08/16 AMZN Mktp US*2D94Q Amzn.com/bill W. |
| 8/20/21 | 438.18 | PURCHASE AUTHORIZED ON 08/18 COMANCHE TRAIL VET LIBERTY HILL TX S5 |
| 8/20/21 | 9.99 | PURCHASE AUTHORIZED ON 08/19 PP*APPLE.COM/BILL 402-935-7733 CA S38 |
| 8/23/21 | 175.66 | PURCHASE AUTHORIZED ON 08/20 WHOLEFDS CDP #1066 CEDAR PARK TX S3 |
| 8/23/21 | 94.39 | PURCHASE AUTHORIZED ON 08/20 AMZN Mktp US*2D5S0 Amzn.com/bill W/ |
| 8/23/21 | 57.56 | PURCHASE AUTHORIZED ON 08/21 Amazon.com*2D6K18G Amzn.com/bill W. |
| 8/23/21 | 37.97 | PURCHASE AUTHORIZED ON 08/21 COSTCO BY INSTACAR HTTPSINSTACAR C/ |
| 8/23/21 | 23.26 | PURCHASE AUTHORIZED ON 08/19 AMAZON.COM*2D5N901 AMZN.COM/BIL |

**ALLAN. L. REAGAN D-I-P Case: 20-11161 tmd**

QUARTERLY REPORT AS OF SEPTEMBER 30, 2021: DETAIL OF OTHER EXPENDITURES

| Date | $ Amount | Description |
|---|---|---|
| 8/23/21 | 18.73 | PURCHASE AUTHORIZED ON 08/21 Amazon.com*2D81L4I Amzn.com/bill WA |
| 8/23/21 | 18.51 | PURCHASE AUTHORIZED ON 08/19 Amazon.com*2D8B349 Amzn.com/bill W/ |
| 8/23/21 | 18.09 | RECURRING PAYMENT AUTHORIZED ON 08/21 NYTimes*NYTimes 800-698-4 |
| 8/23/21 | 13.08 | PURCHASE AUTHORIZED ON 08/19 AMZN Mktp US*2D9NQ Amzn.com/bill W |
| 8/23/21 | 6.59 | PURCHASE AUTHORIZED ON 08/19 Amazon.com*2D4HP3D Amzn.com/bill W. |
| 8/23/21 | 4.62 | PURCHASE AUTHORIZED ON 08/19 AMAZON.COM*2D2B269 AMZN.COM/BIL |
| 8/23/21 | 4.38 | PURCHASE AUTHORIZED ON 08/19 AMAZON.COM*2D3NZ01 AMZN.COM/BIL |
| 8/25/21 | 50.00 | PURCHASE AUTHORIZED ON 08/24 TEXAS ORTHOPEDICS 512-439-1062 TX S4 |
| 8/27/21 | 32.88 | PURCHASE AUTHORIZED ON 08/26 AMZN MKTP US*2518R AMZN.COM/BILL |
| 8/30/21 | 362.80 | PURCHASE AUTHORIZED ON 08/27 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 8/30/21 | 72.31 | PURCHASE AUTHORIZED ON 08/28 INSTACART HTTPSINSTACAR CA S3812408 |
| 8/30/21 | 57.32 | PURCHASE AUTHORIZED ON 08/28 INSTACART HTTPSINSTACAR CA S5812410 |
| 8/30/21 | 41.72 | PURCHASE AUTHORIZED ON 08/27 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 8/30/21 | 0.99 | RECURRING PAYMENT AUTHORIZED ON 08/28 APPLE.COM/BILL 866-712-775 |
| 8/31/21 | 66.71 | PURCHASE AUTHORIZED ON 08/28 WALMART.COM AZ 800-966-6546 AR S46 |
| 8/31/21 | 58.72 | PURCHASE AUTHORIZED ON 08/28 WALMART.COM AZ 800-966-6546 AR S46 |
| 8/31/21 | 57.36 | PURCHASE AUTHORIZED ON 08/30 AMZN Mktp US*258PW Amzn.com/bill W |
| 8/31/21 | 4.32 | PURCHASE AUTHORIZED ON 08/30 AMZN Mktp US*257V0 Amzn.com/bill W/ |
| 9/1/21 | 2,500.00 | ZELLE TO REAGAN JANET ON 09/01 REF #RP0C9YK9CP SEPT 2021 JLR PART 1 |
| 9/1/21 | 31.90 | PURCHASE AUTHORIZED ON 08/30 AMZN Mktp US*2521D Amzn.com/bill W/ |
| 9/2/21 | 1,000.00 | ZELLE TO REAGAN JANET ON 09/02 REF #RP0CB5G36F SEPT 2021 JLR PART 2 |
| 9/2/21 | 569.25 | PURCHASE AUTHORIZED ON 09/01 Keith Kesler DO AUSTIN TX S30124457354 |
| 9/2/21 | 71.16 | PURCHASE AUTHORIZED ON 09/01 INSTACART HTTPSINSTACAR CA S4612445 |
| 9/2/21 | 63.07 | PURCHASE AUTHORIZED ON 08/31 COSTCO BY INSTACAR HTTPSINSTACAR C/ |
| 9/2/21 | 34.18 | PURCHASE AUTHORIZED ON 08/31 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 9/2/21 | 17.99 | PURCHASE AUTHORIZED ON 08/31 AMAZON.COM*2539686 AMZN.COM/BILL |
| 9/2/21 | 13.74 | PURCHASE AUTHORIZED ON 09/01 AMZN MKTP US*2578U AMZN.COM/BILL |
| 9/3/21 | 200.00 | PURCHASE AUTHORIZED ON 09/02 PAYPAL *BBFS 402-935-7733 CA S3012455 |
| 9/3/21 | 107.65 | PURCHASE AUTHORIZED ON 09/02 WHOLEFDS CDP #1066 CEDAR PARK TX S3 |
| 9/3/21 | 100.00 | ZELLE TO REAGAN JANET ON 09/03 REF #RP0CBK86WS SEPT 2021 JLR PMT 3 |
| 9/3/21 | 42.96 | PURCHASE AUTHORIZED ON 09/01 Amazon.com*255617J Amzn.com/bill WA |
| 9/3/21 | 24.96 | PURCHASE AUTHORIZED ON 08/31 AMAZON.COM*250U622 AMZN.COM/BIL |
| 9/7/21 | 95.99 | PURCHASE AUTHORIZED ON 09/04 CVSI PLUS CBD OIL 855-758-7223 CA S301 |
| 9/7/21 | 69.26 | PURCHASE AUTHORIZED ON 09/03 AMZN Mktp US*258CG Amzn.com/bill W. |
| 9/7/21 | 66.13 | PURCHASE AUTHORIZED ON 09/03 WHOLEFDS CDP #1066 CEDAR PARK TX S3 |
| 9/7/21 | 22.73 | PURCHASE AUTHORIZED ON 09/03 AMZN Mktp US*251G3 Amzn.com/bill W. |
| 9/7/21 | 21.98 | PURCHASE AUTHORIZED ON 09/03 AMZN Mktp US*257SH Amzn.com/bill W/ |
| 9/7/21 | 15.14 | RECURRING PAYMENT AUTHORIZED ON 09/06 NETFLIX.COM NETFLIX.COM C |
| 9/8/21 | 35.00 | PURCHASE AUTHORIZED ON 09/07 CARDIO SPEC OF TX AUSTIN TX S3812507 |
| 9/9/21 | 346.89 | PURCHASE AUTHORIZED ON 09/08 TOMLINSON'S LEANDE LEANDER TX S581 |
| 9/9/21 | 137.71 | PURCHASE AUTHORIZED ON 09/08 H-E-B #592 LEANDER TX S3012517295425 |
| 9/9/21 | 50.00 | PURCHASE AUTHORIZED ON 09/08 TEXAS ORTHOPEDICS 512-439-1062 TX S5 |

## ALLAN. L. REAGAN D-I-P Case: 20-11161 tmd
### QUARTERLY REPORT AS OF SEPTEMBER 30, 2021: DETAIL OF OTHER EXPENDITURES

| Date | $ Amount | Description |
|---|---|---|
| 9/10/21 | 109.62 | PURCHASE AUTHORIZED ON 09/09 COSTCO BY INSTACAR HTTPSINSTACAR C/ |
| 9/10/21 | 70.14 | PURCHASE AUTHORIZED ON 09/09 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 9/10/21 | 1.58 | PURCHASE AUTHORIZED ON 09/09 COSTCO BY INSTACAR HTTPSINSTACAR C/ |
| 9/13/21 | 197.25 | PURCHASE AUTHORIZED ON 09/11 INSTACART HTTPSINSTACAR CA S3812543 |
| 9/13/21 | 97.41 | PURCHASE AUTHORIZED ON 09/11 Amazon.com*2G1YO21 Amzn.com/bill W |
| 9/13/21 | 62.23 | PURCHASE AUTHORIZED ON 09/11 AMZN Mktp US*2G7G1 Amzn.com/bill W |
| 9/13/21 | 49.10 | PURCHASE AUTHORIZED ON 09/11 AMZN Mktp US*2G7DB Amzn.com/bill W |
| 9/13/21 | 42.68 | PURCHASE AUTHORIZED ON 09/10 AMZN Mktp US*2G7LI Amzn.com/bill WA |
| 9/13/21 | 41.12 | PURCHASE AUTHORIZED ON 09/10 AMZN Mktp US*2G0W2 Amzn.com/bill W |
| 9/13/21 | 12.98 | PURCHASE AUTHORIZED ON 09/09 AMZN Mktp US*253FT Amzn.com/bill W/ |
| 9/14/21 | 177.09 | PURCHASE AUTHORIZED ON 09/13 TARGET 0001 ROUND ROCK TX S3012566 |
| 9/14/21 | 79.00 | PURCHASE AUTHORIZED ON 09/13 PREFERRED IMAGING ROUND ROCK TX S: |
| 9/14/21 | 55.99 | PURCHASE AUTHORIZED ON 09/12 CVSI PLUS CBD OIL 855-758-7223 CA S301 |
| 9/14/21 | 43.25 | PURCHASE AUTHORIZED ON 09/12 AMZN Mktp US*2G7SX Amzn.com/bill W/ |
| 9/15/21 | 215.11 | PURCHASE AUTHORIZED ON 09/14 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 9/15/21 | 122.86 | PURCHASE AUTHORIZED ON 09/12 Amazon.com*2G3IQ0B Amzn.com/bill W/ |
| 9/15/21 | 118.98 | PURCHASE AUTHORIZED ON 09/12 Amazon.com*2G7U55C Amzn.com/bill W |
| 9/15/21 | 6.15 | PURCHASE AUTHORIZED ON 09/14 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 9/16/21 | 107.17 | RECURRING PAYMENT AUTHORIZED ON 09/15 INSTACART*SUBSCRIP HTTPS |
| 9/17/21 | 179.97 | PURCHASE AUTHORIZED ON 09/16 WALGREENS #9216 ROUND ROCK TX S46 |
| 9/17/21 | 72.84 | PURCHASE AUTHORIZED ON 09/16 AMZN Mktp US*2G8X9 Amzn.com/bill W/ |
| 9/17/21 | 35.00 | PURCHASE AUTHORIZED ON 09/16 CEDAR PARK PEDIATR 512-3362777 TX S3 |
| 9/17/21 | 34.80 | PURCHASE AUTHORIZED ON 09/16 AMZN Mktp US*2G35S Amzn.com/bill W/ |
| 9/20/21 | 273.78 | PURCHASE AUTHORIZED ON 09/18 INSTACART HTTPSINSTACAR CA S5812617 |
| 9/20/21 | 249.97 | PURCHASE AUTHORIZED ON 09/16 AMZN MKTP US*2G6VA AMZN.COM/BILL |
| 9/20/21 | 138.70 | PURCHASE AUTHORIZED ON 09/19 WHOLEFDS CDP #1066 CEDAR PARK TX S3 |
| 9/20/21 | 62.93 | PURCHASE AUTHORIZED ON 09/18 INSTACART HTTPSINSTACAR CA S4612617 |
| 9/20/21 | 56.11 | PURCHASE AUTHORIZED ON 09/17 COMANCHE TRAIL VET LIBERTY HILL TX S5 |
| 9/20/21 | 35.83 | PURCHASE AUTHORIZED ON 09/16 AMAZON.COM*2G3RQ9J AMZN.COM/BIL |
| 9/20/21 | 18.09 | RECURRING PAYMENT AUTHORIZED ON 09/18 NYTimes*NYTimes 800-698-4 |
| 9/20/21 | 16.24 | PURCHASE AUTHORIZED ON 09/16 AMAZON.COM*2G7ME92 AMZN.COM/BII |
| 9/20/21 | 6.44 | PURCHASE AUTHORIZED ON 09/16 AMAZON.COM*2G6K60J AMZN.COM/BILL |
| 9/20/21 | 5.38 | PURCHASE AUTHORIZED ON 09/16 AMZN MKTP US*2G0XZ AMZN.COM/BILL |
| 9/21/21 | 165.19 | PURCHASE AUTHORIZED ON 09/18 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 9/21/21 | 90.24 | PURCHASE AUTHORIZED ON 09/18 COSTCO BY INSTACAR WWW.COSTCO.CO |
| 9/23/21 | 56.03 | PURCHASE AUTHORIZED ON 09/22 WHOLEFDS DOM # 103 AUSTIN TX S4612( |
| 9/23/21 | 50.00 | PURCHASE AUTHORIZED ON 09/22 TEXAS ORTHOPEDICS 512-439-1062 TX S3 |
| 9/24/21 | 463.39 | PURCHASE AUTHORIZED ON 09/23 FAVOR HEB HTTPSWWW.FAVO TX S5812 |
| 9/24/21 | 50.00 | PURCHASE AUTHORIZED ON 09/22 COMANCHE TRAIL VET LIBERTY HILL TX S3 |
| 9/24/21 | 30.50 | PURCHASE AUTHORIZED ON 09/22 Amazon.com*2G3HW0S Amzn.com/bill W |
| 9/24/21 | 22.52 | PURCHASE AUTHORIZED ON 09/22 AMZN Mktp US*2C109 Amzn.com/bill W/ |
| 9/24/21 | 20.39 | PURCHASE AUTHORIZED ON 09/22 AMAZON.COM*2C52A6N AMZN.COM/BIL |

**ALLAN. L. REAGAN D-I-P Case: 20-11161 tmd**

QUARTERLY REPORT AS OF SEPTEMBER 30, 2021: DETAIL OF OTHER EXPENDITURES

| Date | $ Amount | Description |
|---|---|---|
| 9/24/21 | 18.39 | PURCHASE AUTHORIZED ON 09/23 Amazon.com*2C7HO63 Amzn.com/bill W. |
| 9/24/21 | 15.57 | PURCHASE AUTHORIZED ON 09/22 AMZN MKTP US*2G98N AMZN.COM/BILL |
| 9/24/21 | 5.86 | PURCHASE AUTHORIZED ON 09/22 Amazon.com*2C0E73N Amzn.com/bill W. |
| 9/27/21 | 500.00 | ZELLE TO REAGAN JANET ON 09/26 REF #RP0CHFNLRK HAY |
| 9/27/21 | 26.11 | PURCHASE AUTHORIZED ON 09/25 Amazon.com*2C0WS5P Amzn.com/bill W |
| 9/27/21 | 21.37 | PURCHASE AUTHORIZED ON 09/22 AMAZON.COM*2G5V357 AMZN.COM/BIL |
| 9/28/21 | 268.57 | PURCHASE AUTHORIZED ON 09/27 COSTCO WHSE #1152 CEDAR PARK TX S38 |
| 9/28/21 | 59.47 | PURCHASE AUTHORIZED ON 09/27 COSTCO WHSE #1152 CEDAR PARK TX S38 |
| 9/28/21 | 35.00 | PURCHASE AUTHORIZED ON 09/27 CEDAR PARK PEDIATR CEDAR PARK TX S46 |
| 9/28/21 | 3.99 | PURCHASE AUTHORIZED ON 09/27 COSTCO WHSE #1152 CEDAR PARK TX S30 |
| 9/30/21 | 38.54 | PURCHASE AUTHORIZED ON 09/29 H-E-B #592 LEANDER TX S3012727792228 |
| 9/30/21 | 0.99 | RECURRING PAYMENT AUTHORIZED ON 09/28 APPLE.COM/BILL 866-712-775 |
| | 30,909.13 | TOTAL |

6/6